AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Paul Bame, Gregory Keltner, Ivan Welander,
and all other similarly situated.

**SUMMONS IN A CIVIL CASE**

V.

John F. Clark,
In his official capacity as
Acting Director
United States Marshal's Service
et al.

CASE NUMBER  1:05CV01833

JUDGE: Emmet G. Sullivan

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 09/15/2005

TO: (Name and address of Defendant)

Todd Walther Dillard
In his individual capacity
5414 Freelark Place
Columbia, MD 21045

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynn E. Cunningham, Esq.
P.O. Box 1547
Dubois, Wyoming 82513

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         SEP 15 2005
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | September 24, 2005 |
| NAME OF SERVER *(PRINT)*<br>Zachary Wolfe | TITLE |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant. Place where served: _____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted: _____

G    Other (specify): served via certified mail, return receipt bearing signature of named Defendant Todd W. Dillard. Delivered on September 24, 2005.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10/2/05
           *Date*        *Signature of Server*

1725 I Street, NW, Suite 300; Washington, DC 20006
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Todd Walther Dillard
5414 Freelark Pl
Columbia, MD 21045

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☒ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Todd W. Dillard                    9/24/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

2. Article Number
*(Transfer from service label)*     7004 2510 0004 0649 2110

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(1) As to who may