AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE SEPT. 30, 2005 |
| NAME OF SERVER (PRINT) STEPHANIE BODENE | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: PERSONALLY SERVED US ATTORNEY FOR THE DISTRICT OF COLUMBIA THROUGH REGINALD ROWAN, WHO STATED HE IS AUTHORIZED TO ACCEPT SERVICE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  OCT 5, 2005           *Stephanie Bodene*
            Date                    Signature of Server

5244 COLORADO AVENUE NW
Address of Server  WASHINGTON DC 20011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Paul Bame, Gregory Keltner, Ivan Welander,
and all other similarly situated.

**SUMMONS IN A CIVIL CASE**

V.

John F. Clark,
In his official capacity as
Acting Director
United States Marshal's Service
et al.

CASE NUMBER  1:05CV01833

JUDGE: Emmet G. Sullivan

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 09/15/2005

TO: (Name and address of Defendant)

~~[redacted]~~
~~[redacted]~~
~~[redacted]~~: US Attorney for DC, Civil Process Clerk
555 4th Street, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynn E. Cunningham, Esq.
D.C. Bar No. 221598
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        SEP 15 2005
CLERK                              DATE

_[signature]_
(By) DEPUTY CLERK