AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Paul Bame, Gregory Keltner, Ivan Welander,
and all other similarly situated.

**SUMMONS IN A CIVIL CASE**

V.

John F. Clark,
In his official capacity as
Acting Director
United States Marshal's Service
et al.

CASE NUMBER  1:05CV01833

JUDGE: Emmet G. Sullivan

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 09/15/2005

TO: (Name and address of Defendant)

George B. Walsh,
in his official capacity as the United States Marshal for the District of Columbia,
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynn E. Cunningham, Esq.
P.O. Box 1547
Dubois, Wyoming 8251

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        SEP 15 2005
CLERK                             DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | October 5, 2005 |
| NAME OF SERVER *(PRINT)* <br> Zachary Wolfe | TITLE |

*Check one box below to indicate appropriate method of service*

    ☐  Served personally upon the defendant. Place where served: _____

    ☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    ☐  Returned unexecuted: _____

    ☒  Other (specify):  Served George B. Walsh, in his official capacity as United States Marshal for the District of Columbia, via certified mail delivered on October 5, 2005.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/13/05
               Date
                                         *Signature of Server*

                                  1725 I Street, NW, Suite 300; Washington, DC 20006
                                                 *Address of Server*

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    George B. Walsh
    US Marshal for DC
    333 Constitution Ave, NW, Suite 1400
    Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent   ☐ Addressee

B. Received by (*Printed Name*)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   (*Transfer from service label*)   7004 2510 0004 0649 2127

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

(1) As to who r