AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[1] | DATE SEPT. 30, 2005 |
| NAME OF SERVER (PRINT) STEPHANIE BODENE | TITLE |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: PERSONALLY SERVED U.S. ATTORNEY GENERAL THROUGH DAVID BURROUGHS, WHO STATED HE IS AUTHORIZED TO ACCEPT SERVICE

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on OCT 5, 2005      *Signature of Server* [signed]
            Date

Address of Server: 5244 COLORADO AVENUE NW, WASHINGTON DC 20011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

Paul Bame, Gregory Keltner, Ivan Welander,
and all other similarly situated.

**SUMMONS IN A CIVIL CASE**

V.

John F. Clark,
In his official capacity as
Acting Director
United States Marshal's Service
et al.

CASE

CASE NUMBER   1:05CV01833

JUDGE: Emmet G. Sullivan

DECK TYPE: Civil Rights (non-employ)

DATE STAMP: 09/15/2005

TO: (Name and address of Defendant)

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆: Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynn E. Cunningham, Esq.
D.C. Bar No. 221598
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          SEP 15 2005

CLERK                                DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK