**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Paul Bame,<br>Gregory Keltner, and<br>Ivan Welander.<br><br>Plaintiffs,<br>on behalf of themselves and all<br>other similarly situated | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| vs. | ) | Civil Action No. 1:05CV01833 (EGS) |
| John F. Clark,<br>In his official capacity as<br>Acting Director<br>United States Marshal's Service,<br>United Stated Marshals Service<br>Headquarters<br>Washington, D.C. 20530-1000<br><br>Steve Conboy,<br>in his official capacity as the<br>United States Marshal for the<br>Superior Court of the District of<br>Columbia,<br>500 Indiana Avenue, N.W.<br>Washington, D.C.  20001<br><br>Todd Walther Dillard<br>In his individual capacity<br>(Former United States Marshall for<br>the District of Columbia, D.C.)<br><br><br>John Does No. 1 to 15<br>United States Deputy Marshals for<br>the District of Columbia, D.C.<br>Superior Court for the District of<br>Columbia<br>500 Indiana Ave., N.W.<br>Washington, D.C.  20001<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

**NOTICE OF DISMISSAL OF DEFENDANT GEORGE B. WALSH**

  Plaintiffs, by counsel, hereby notice the Court that Defendant George B. Walsh is hereby dismissed from this action, pursuant to F.R.C.P. Rule 41 (a) (1).

Respectfully submitted,

/s/ Lynn E. Cunningham
Lynn E. Cunningham, Esq.
D.C. Bar No. 221598
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu


Zachary Wolfe, Esq.
D.C. Bar No. 463548
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006
Phone: 202 265 5965
email: zwolfe@peopleslawresourcecenter.org

Dated: November 1, 2005