AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>November 8, 2005 |
| NAME OF SERVER *(PRINT)*<br>Zachary Wolfe | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served John Clark, in his official capacity as Acting Director of the United States Marshals Service, via certified mail delivered on November 8, 2005.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/15/05          *[signature: Zach Wolfe]*
             Date                Signature of Server

1725 I Street, NW, Suite 300; Washington, DC 20006
Address of Server

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. John Clark
   Acting Director
   United States Marshals Service Headquarters
   Washington, DC 20530-1000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *[signature]*   ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(1) As to who

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Paul Bame, Gregory Keltner, Ivan Welander,
and all other similarly situated.

**SUMMONS IN A CIVIL CASE**

V.

John F. Clark,
In his official capacity as
Acting Director
United States Marshal's Service
et al.

CASE NUMBER   1:05CV01833

JUDGE: Emmet G. Sullivan

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 09/15/2005

TO: (Name and address of Defendant)

John F. Clark,
In his official capacity as
Acting Director
United States Marshal's Service
600 Army Navy Drive
Arlington, VA 22202-4210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynn E. Cunningham, Esq.
P.O. Box 1547
Dubois, Wyoming 8251

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    SEP 15 2005

CLERK                                          DATE

_____
(By) DEPUTY CLERK