UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BAME, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1833 EGS |
| ) | |
| JOHN F. CLARK, et al., ) | |
|   Acting Director, ) | |
|   U.S. Marshals Service, ) | |
| ) | |
| Defendants. ) | |

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

The named defendants[1] move, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time to respond to the Amended Complaint and to respond to Plaintiff's notice of related case[2] in this action up to and including January 19, 2006.  Counsel for Plaintiffs, Lynn Cunningham, Esq., has indicated that plaintiffs do not oppose this enlargement of time.

Counsel for defendants ask for this additional time, because

---

[1] The named defendants are:  John F. Clark, Acting Director, United States Marshals Service ("USMS"); Steve Conboy, United States Marshal for the Superior Court of the District of Columbia; and former United States Marshal Todd Dillard, who is sued in his individual capacity.  Claims against George Walsh have previously been dismissed by Plaintiffs.

[2] Defendants believe that this case is related to Johnson, et al. v. District of Columbia, et al., Civil Action No. 02-2364 (RMC), rather than to Chang v. United States, Civil Action No. 02-2010 EGS.  The complexity of the pleadings in Chang, however, has made it impossible for counsel to assure himself by today's date that this action is not related within the meaning of Local Civ. R. 40.5.

an administrative error delayed receipt of the Amended Complaint[3] in the office of agency counsel, which has delayed undersigned counsel in securing the factual information necessary properly to respond to the pleading.[4]  In addition, undersigned counsel has been called upon within the past two weeks to file responses in three separate matters in the Court of Appeals, each of which proved more complex than had been anticipated.  And, Counsel was required to complete a lengthy Motion To Dismiss Or, In The Alternative, For Summary Judgment in another case that required review of several boxes of depositions, and which resulted in his working each day of the weekend.  Moreover, Counsel completed an opposition, reply and response in another case last week and has a lengthy dispositive motion to complete this week.

Counsel is also scheduled to be out of the office during the upcoming holiday season.  For these reasons, counsel asks for an

---

[3] The Amended Complaint was filed late last month, but was delayed in the mails.

[4] Defendants do not hereby waive any defense or defenses that may be available to them pursuant to Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

enlargement of time to file a response to the Amended Complaint and notice of related cases up to and including January 19, 2006.

    Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made through the Court's electronic transmission facilities on this 28th day of November, 2005.

_____
W. MARK NEBEKER
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230