```
               UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA

PAUL BAME, et al.,                 )
                                   )
        Plaintiffs,                )
                                   )
    v.                             ) Civil Action No. 05-1833 EGS
                                   )
JOHN F. CLARK, et al.,             )
  Acting Director,                 )
  U.S. Marshals Service,           )
                                   )
        Defendants.                )
_____)
```

ORDER

UPON CONSIDERATION of the defendants' Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2005, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which the defendants may respond to the amended complaint and to plaintiff's notice of related cases herein is enlarged up to and including January 19, 2006.

_____
UNITED STATES DISTRICT JUDGE

```
W. MARK NEBEKER               LYNN CUNNINGHAM, ESQ.
Assistant U.S. Attorney       P.O. Box 1547
Civil Division                Dubois, WY  82513
555 4th Street, N.W.
Washington, DC  20530         ZACHARY WOLFE, ESQ.
                              People's Law Resource Center
                              1725 I St., N.W., Suite 300
                              Washington, DC  20006
```