AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | November 17, 2005 |
| NAME OF SERVER *(PRINT)* <br> Zachary Wolfe | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Served Steve Conboy, in his official capacity as United States Marshal for the Superior Court of the District of Columbia, via certified mail delivered on November 17, 2005.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/29/05        *[signature]*
                 Date              Signature of Server

1725 I Street, NW, Suite 300; Washington, DC 20006
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Steve Conboy
    United States Marshal for the Superior
    Court of the District of Columbia
    500 Indiana Avenue, N.W.
    Washington, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Keith Evans*   ☐ Agent   ☐ Addressee

B. Received by (*Printed Name*)   C. Date of Delivery  11-17-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   (*Transfer from service label*)    7004 2510 0004 0649 2158

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(1) As to who ...

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Paul Bame, et al.

**SUMMONS IN A CIVIL CASE**

V.

John F. Clark, et al.

CASE NUMBER:   05-CV-1833 (EGS)

TO: (Name and address of Defendant)

Steve Conboy, in his official capacity as
United States Marshal for the District of Columbia
500 Indiana Avenue, NW     *Superior Court of the*
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynn Cunningham
P.O. Box 1547
Dubois, WY 82513

an answer to the *answered* complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable *answered* period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    NOV 1 0 2005

CLERK  /s/ Laura M. Chipley                        DATE

(By) DEPUTY CLERK