UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Paul Bame,<br>Gregory Keltner, and<br>Ivan Welander.<br><br>Plaintiffs,<br>on behalf of themselves and all<br>other similarly situated | ) ) ) ) ) ) ) | |
|---|---|---|
| vs. | ) | Civil Action No. 1:05CV01833 (EGS)<br>No scheduled hearings. |
| John F. Clark, et al.<br><br>Defendants | ) ) ) | |

**PLAINTIFFS' UNCONTESTED  MOTION FOR CONTINUANCE OF DEADLINE
TO FILE MOTION FOR CLASS CERTIFICATION,
AND MEMORANDUM IN SUPPORT THEREOF**

Plaintiffs, by counsel, hereby move for an extension of time, pursuant to FRCP Rule 6(b), within which to file their motion for class certification to, and including, January 31, 2006.

Under local rule 23.1(b), plaintiffs' motion for class certification must be filed within 90 days of the initial filing of the complaint.   The filing of the initial complaint herein occurred on September 15, 2005 (1), which would make the motion for class certification due on or before December 14, 2005.

The grounds for this motion are that defendants' responsive pleadings are not due until January 19, 2006, since defendants have obtained leave of the Court to file their responsive pleading on or before January 19, 2006 (11, and Order entered 11/30/05).  Moreover, service of process on defendant Steve Conboy was not effected until November 17, 2005 (12).  Plaintiffs may desire to review the responsive pleading prior to final preparation of, and filing, their

motion for class certification.

Thus, if this proposed extension be granted by the Court, the motion for class certification would be filed twelve days following the filing of defendants' initial responsive pleading in this case.

Defendants, by counsel, W. Mark Nebeker, has informed plaintiffs' counsel that his client does not contest this motion.

Respectfully submitted,

/s/ Lynn E. Cunningham
Lynn E. Cunningham, Esq.
D.C. Bar No. 221598
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu

Zachary Wolfe, Esq.
D.C. Bar No. 463548
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006
Phone: 202 265 5965
email: zwolfe@peopleslawresourcecenter.org

CERFICATE OF SERVICE

I hereby certify that service of the foregoing PLAINTIFFS' UNCONTESTED MOTION FOR CONTIUANCE OF DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION, AND MEMORANDUM IN SUPPORT THEREOF, and a proposed Order has been made through the Court's electronic transmission facilities on this 12th day of December, 2005.
Lynn E. Cunningham, Esq. (D.C. Bar No. 221598)
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu
Attorney for Plaintiff