```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PAUL BAME, et al.,               )
                                 )
        Plaintiffs,              )
                                 )
   v.                            ) Civil Action No. 05-1833 EGS
                                 )
JOHN F. CLARK, et al.,           )
   Acting Director,              )
   U.S. Marshals Service,        )
                                 )
        Defendants.              )
_____)
```

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

The named defendants[1] move, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time to respond to the Amended Complaint and to respond to Plaintiff's notice of related case[2] in this action up to and including February 2, 2006. Counsel for Plaintiffs, Lynn Cunningham, Esq., has indicated that plaintiffs do not oppose this enlargement of time.

Counsel for defendants ask for this additional time, because

---

[1] The named defendants are: John F. Clark, Acting Director, United States Marshals Service ("USMS"); Steve Conboy, United States Marshal for the Superior Court of the District of Columbia; and former United States Marshal Todd Dillard, who is sued in his individual capacity. Claims against George Walsh have previously been dismissed by Plaintiffs. Defendants do not waive any defense or defenses available to them pursuant to Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

[2] Defendants believe that this case is related to Johnson, et al. v. District of Columbia, et al., Civil Action No. 02-2364 (RMC), rather than to Chang v. United States, Civil Action No. 02-2010 EGS. The complexity of the pleadings in Chang, and other responsibilities of counsel, have made it impossible for counsel to assure himself by today's date that this action is not related within the meaning of Local Civ. R. 40.5.

although he is in the process of completing the needed responses, he has not yet had sufficient time to complete the filings. This is because he has been required to devote substantial time to unrelated matters that required attention on an expedited basis. Specifically, counsel has been assigned responsibility to assist in an emergency matter with the Office of Bar Counsel this week, and has been called upon in the past three business days to complete an appellate brief and a pleading in unrelated cases. In addition, counsel must draft a reply in yet another case this week.

    For these reasons, counsel asks for an enlargement of time to file a response to the Amended Complaint and notice of related cases up to and including February 2, 2006.

                              Respectfully submitted,

                              _____
                              KENNETH L. WAINSTEIN, DC Bar #451058
                              United States Attorney

                              _____
                              R. CRAIG LAWRENCE, DC Bar #171538
                              Assistant United States Attorney

                              _____
                              W. MARK NEBEKER, DC Bar #396739
                              Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made through the Court's electronic transmission facilities on this 18th day of January, 2006.

```
                              _____
                              W. MARK NEBEKER
                              Assistant United States Attorney
                              555 4th Street, N.W.
                              Civil Division
                              Washington, DC  20530
                              (202) 514-7230
```