UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL BAME, <u>et</u> <u>al.</u>,                    )
                                              )
          Plaintiffs,                         )
                                              )
     v.                                       ) Civil Action No. 05-1833 EGS
                                              )
JOHN F. CLARK, <u>et</u> <u>al.</u>,               )
   Acting Director,                           )
   U.S. Marshals Service,                     )
                                              )
          Defendants.                         )
─────────────────────────────────────)

ORDER

     UPON CONSIDERATION of the defendants' Unopposed Motion For

An Enlargement Of Time, And Memorandum In Support Thereof, and

the grounds stated therefor, and the entire record herein, it is

on this _____ day of _____, 2006, hereby

     ORDERED that the said motion should be and hereby is

granted; and it is

     FURTHER ORDERED that the time by which the defendants may

respond to the amended complaint and to plaintiff's notice of

related cases herein is enlarged up to and including February 2,

2006.


                          _____
                          UNITED STATES DISTRICT JUDGE


W. MARK NEBEKER               LYNN CUNNINGHAM, ESQ.
Assistant U.S. Attorney       P.O. Box 1547
Civil Division                Dubois, WY  82513
555 4th Street, N.W.
Washington, DC  20530         ZACHARY WOLFE, ESQ.
                              People's Law Resource Center
                              1725 I St., N.W., Suite 300
                              Washington, DC  20006