UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Paul Bame,<br>Gregory Keltner, and<br>Ivan Welander.<br><br>Plaintiffs,<br>on behalf of themselves and all<br>other similarly situated | )<br>)<br>)<br>)<br>)<br>)<br>) | |
|---|---|---|
| vs. | ) | Civil Action No. 1:05CV01833 (EGS)<br>No scheduled hearings. |
| John F. Clark, et al.<br><br>Defendants | )<br>)<br>) | |

**PLAINTIFFS' SECOND UNCONTESTED MOTION FOR
CONTINUANCE OF DEADLINE
TO FILE MOTION FOR CLASS CERTIFICATION,
AND MEMORANDUM IN SUPPORT THEREOF**

Plaintiffs, by counsel, hereby move for an extension of time, pursuant to FRCP Rule 6(b), within which to file their motion for class certification to, and including, February 7, 2006.

Under local rule 23.1(b), plaintiffs' motion for class certification must be filed within 90 days of the initial filing of the complaint. The filing of the initial complaint herein occurred on September 15, 2005 (1), which would have make the motion for class certification due on or before December 14, 2005. And earlier extension of plaintiffs' motion for class certification was granted by the Court to January 31, 2006 [13].

The grounds for this motion are that defendants' responsive pleadings are under their latest extension of time [14], not due until February 2, 2006. Plaintiffs may desire to review the responsive pleading prior to final preparation of, and filing, their motion for class certification. Plaintiffs note that their motion for certification is practically ready for filing.

Thus, if this proposed extension be granted by the Court, the motion for class certification would be filed five days following the filing of defendants' initial responsive pleading in this case.

Defendants, by counsel, W. Mark Nebeker, has graciously informed plaintiffs' counsel that his client does not contest this motion.

Respectfully submitted,

/s/ Lynn E. Cunningham
Lynn E. Cunningham, Esq.
D.C. Bar No. 221598
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu

Zachary Wolfe, Esq.
D.C. Bar No. 463548
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006
Phone: 202 265 5965
email: zwolfe@peopleslawresourcecenter.org

CERFICATE OF SERVICE

I hereby certify that service of the foregoing PLAINTIFFS' UNCONTESTED MOTION FOR CONTIUANCE OF DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION, AND MEMORANDUM IN SUPPORT THEREOF, and a proposed Order has been made through the Court's electronic transmission facilities on this 27th th day of January, 2006.
Lynn E. Cunningham, Esq. (D.C. Bar No. 221598)
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu
Attorney for Plaintiff

2