UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
PAUL BAME, et al.,              )
                                )
        Plaintiffs,             )
                                )
    v.                          ) Civil Action No. 05-1833 EGS
                                )
JOHN F. CLARK, et al.,          )
  Acting Director,              )
  U.S. Marshals Service,        )
                                )
        Defendants.             )
                                )
```

NOTICE REGARDING RELATED CASES

Defendants John F. Clark, Steve Conboy and Todd Dillard object to Plaintiff's Notice Of Designation Of Related Civil Cases Pending In This Or Any Other United States Court,[1] dated 9/15/05, and provide notice that, in Defendants' view, this case is unrelated to Chang, but does appear related to Johnson, et al. v. District of Columbia, et al., Civil Action No. 02-2364 RMC.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

---

[1] Plaintiffs have identified as related the case of Rayming [sic] Chang v. United States, Civil Action No. 02-2010 EGS.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice Regarding Related Cases has been made through the Court's electronic transmission facilities on this 2d day of February, 2006.

---

W. MARK NEBEKER
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230