P1

PLT EX 1

# IMF PROTESTOR LOCK UP LIST
### DATE  9/28/02

| L/U # | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|---|---|---|---|---|
| P 1 | Carrig, LAURA F | 558 914 | Incommcding | Mark Goldstone |
| P 2 | Doe, John | 558 908 | " " | |
| P 3 | Doe, John | 558 113 | " " | |
| P 4 | HArper, Trenton | 558 912 | " " | |
| P 5 | Schulman, Zachery | 558 844 | " " | |
| P 6 | Doe, John | 547215 | " " | |
| P 7 | Rhodes, Anthony | 558 105 | " " | |
| P 8 | Doe, JANE F | 547 205 | " " | |
| P 9 | Doe, JANE F | 547 854 | " " | |
| P 10 | Doe, JANE F | 547 216 | " " | ▽ |
| P 11 | Doe, JANE F | 547 189 | " " | Marc Reader |
| P 12 | Doe, JANE F | 558 838 | " " | |
| P 13 | Doe, JANE F | 547 860 | " " | |
| P 14 | Doe, JANE F | 547 857 | " " | |
| P 15 | Doe, JANE F | 558 905 | " " | |
| P 16 | Colgan, Aislyn F | 547 183 | " " | |
| P 17 | Doe, JANE F | 547 202 | " " | |
| P 18 | Doe, JANE | 547 858 | Fail to Obey | |
| P 19 | Doe, JANE | 548 101 | " " | |
| P 20 | Doe, JANE | 547 878 | " " | ▽ |
| P 21 | Doe, JANE | 547 188 | " " | Paul Riley |

# IMF PROTESTOR LOCK UP LIST
## DATE_____

| L/U # | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|-------|------|---------------|--------|------------------|
| P 22 | Doe, Jane | 565 701 | Fail to Obey | Paul Riley |
| P 23 | Doe, Jane | 558 827 | "      " | |
| P 24 | Doe, Jane | 548 103 | "      " | |
| P 25 | Doe, Jane | 558 112 | "      " | |
| P 26 | Milstein, Cindy | 111 119 | "      " | |
| P 27 | Bell, Yekaterina | 111 152 | "      " | |
| P 28 | Stratton, Heather | 111 146 | "      " | |
| P 29 | Waobali, Sheila | 111 215 | "      " | |
| P 30 | Shockley, Amy | 111 231 | "      " | ▽ |
| P 31 | Doe, Jane | 111 180 | | Donald Dworsky |
| P 32 | Doe, Jane | 111 164 | | |
| P 33 | Doe, Jane | 111 163 | | |
| P 34 | Doe, Jane | 111 177 | | |
| P 35 | Doe, Jane | 111 176 | | Juv. |
| P 36 | Doe, Jane | 111 175 | | |
| P 37 | Doe, Jane | 111 167 | | |
| P 38 | Doe, Jane | 111 171 | | |
| P 39 | Doe, Jane | 111 134 | | |
| P 40 | Doe, Jane | 111 133 | | ▽ |
| P 41 | Doe, Jane | 111 132 | | Robert Schultz |
| P 42 | Doe, Jane | 111 188 | | Robert Schultz |

# IMF PROTESTOR LOCK UP LIST
## DATE_____

| L/U # | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|-------|------|---------------|--------|------------------|
| P 43 | Doe, Jane | 111 187 | Fail to Obey | Robert Schultz |
| P 44 | Doe, Jane | 111 186 | " " | |
| P 45 | Doe, Jane | 564 151 | Incommoding | |
| P 46 | Doe, John | 565704 | " " | |
| P 47 | Doe, Jane | 558 913 | Fail to Obey | |
| P 48 | Doe, Jane | 564 159 | Fail to Obey | |
| P 49 | Doe, John | 547 544 | Fail to Obey | |
| P 50 | Doe, John | 547541 | Fail to Obey | ▽ |
| P 51 | Doe, John | 565895 | Fail to Obey | Betty Ballester |
| P 52 | Doe, John | 547550 | Fail to Obey | |
| P 53 | Doe, John | 547 543 | Fail to Obey | |
| P 54 | Vonarx, Paul | 547 242 | " " | |
| P 55 | Doe, Jane | 564 161 | " " | ▽ |
| P | | | | |
| P | | | | |
| P | | | | |
| P | | | | |
| P | | | | |
| P | | | | |
| P | | | | |
| P | | | | |

# BLUE PLAINS

| L/U# | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|------|------|---------------|--------|------------------|
| 56 | OHERN, SHAWN | 547-484 | FAILURE TO OBEY (FTO) | Betty Ballante |
| 57 | ✗ JOHN DOE ✗  *(GILDEA, JEREMIAH)* | 565894 | FTO ✗ | |
| 58 | HEIMBURG, MATT | 547012 | FTO | |
| 59 | JOHN DOE | 547549 | FTO | |
| 60 | INGRAM, JOSHUA | 547016 | FTO | ▽ |
| 61 | ✗ JOHN DOE ✗  *(AKA MAKUSTA, William)* | 565897 | FTO * | Lydia Wade |
| 62 | HAYMAN, JOHN | 547485 | FTO | |
| 63 | QUINN, JENNIFER | 547466 | FTO | |
| 64 | JANE DOE | 564163 | FTO | |
| 65 | JOHN DOE | 547542 | FTO | |
| 66 | JOHN DOE | 547548 | FTO | |
| 67 | JOHN DOE | 547545 | FTO | |
| 68 | LEMOS, CARLOS | 547476 | FTO | |
| 69 | LARSEN, JEREMIAH | 547470 | FTO | |
| 70 | SAMTER, JOSHUA | 547439 | FTO | ▽ |
| 71 | BARLOW, RYAN | 547437 | FTO | Gwendolyn Edwards |
| 72 | DANIEL, MATTHEW | 567263 | FTO | ▽ |
| | | | | |
| | | | | |
| | | | | |

✳ MAKUSTA, WILLIAM AKA JOHN DOE   565897

✗ GILDEA, JEREMIAH   565894

# IMF LOCK UP LIST
## BOOKING SITE LOCATION:

| L/U # | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|---|---|---|---|---|
| 73 | Doe, Jane | 111 184 | FTC | Gwynndelyn Edwards |
| 74 | Doe, Jane | 111 173 | | |
| 75 | Doe, Jane | 111 174 | | |
| 76 | Doe, Jane | 111 183 | | |
| 77 | Doe, Jane | 111 182 | | |
| 78 | Doe, Jane | 111 172 | | |
| 79 | Doe, Jane | 111 185 | | |
| 80 | Doe, Jane | 111 181 | ✓ | ▽ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## IMF LOCK UP LIST
## BOOKING SITE LOCATION:

| L/U # | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|-------|------|---------------|--------|------------------|
| 81 | Doe John | 111 179 | FTC | Thomas Eapern |
| 82 | Doe John | 111 169 | FTC | |
| 83 | Doe John | 111 189 | FTC | |
| 84 | Doe John | 111 191 | FTC | |
| 85 | Doe John | 111 172 | FTC | |
| 86 | Doe John | 111 170 | FTC | |
| 87 | Doe John | 565 564 | FTC | |
| 88 | Doe John | 558 115 | FTC | |
| 89 | Doe John | 547 210 | FTC | |
| 90 | Doe John | 547 155 | FTC | |
| 91 | Doe John | 547 211 | FTC | Betty Ballesten |
| 92 | Doe John | 558 104 | FTC | |
| 93 | Doe John | 547 208 | FTC | |
| 94 | Doe John | 547 184 | FTC | |
| 95 | Doe John | 558 108 | FTC | |
| 96 | Doe John | 547 802 | FTC | |
| 97 | Doe John | 558 831 | FTC | |
| 98 | Doe John | 564 157 | FTC | |
| 99 | Doe John | 558 103 | FTC | |
| 100 | Doe John | 558 830 | FTC | |
| 101 | Doe John | 547 356 | FTC | Mack Goldstone |

## IMF LOCK UP LIST
## BOOKING SITE LOCATION:

| L/U # | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|-------|------|---------------|--------|------------------|
| 102 | Doe John | 558110 | FTC | Mark Goldstone |
| 103 | | 558828 | | |
| 104 | | 558910 | | |
| 105 | | 547863 | | |
| 106 | | 565565 | | |
| 107 | | 547187 | | |
| 108 | | 565851 | | |
| 109 | | 565882 | | |
| 110 | | 547186 | | ▽ |
| 111 | | 547859 | | Marc Reader |
| 112 | | 545109 | | |
| 113 | | 547190 | | ▽ |
| 114 | | 547884 | | ▽ |
| | | 13 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MALE

## IMF LOCK UP LIST
## BOOKING SITE LOCATION:

| L/U # | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|-------|------|---------------|--------|------------------|
| 115 | Brauer Peter | 565 387 | | Marc Reader |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Jane Doe

# IMF LOCK UP LIST
## BOOKING SITE LOCATION:

| L/U # | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|---|---|---|---|---|
| 116 | Doe, Jane | 265880 | FTO | Marc Reader |
| 117 | Doe, Jane | 547881 | FTO | Marc Reader |
| 1 | Doe, Jane | | FTO | |
| | Doe, Jane | | FTO | |
| | Doe, Jane | | FTO | |
| | Doe, Jane | | FTO | |
| | Doe, Jane | | FTO | |
| | Doe, Jane | | FTO | |
| | Doe, Jane | | FTO | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PII

| L/U# | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|------|------|---------------|--------|------------------|
| 131 | Doe, Jane | 546573 | FTO | Donald Diworsky |
| 132 | Oberman, Nora | 546121 | FTO | |
| 133 | Wood, Rebecca | 547985 | FTO | |
| 134 | DOE, JANICE | 54160 | FO | ↓ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Sep-28-02   13:02   From-MPD-IPS                    202-645-0057        T-319  P 001/001   F-818

Blue Plains

| L/U# | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|---|---|---|---|---|
| 135 | JOHN DOE | 558842 | FAILURE TO OBEY (FTO) | Donald Dworsky |
| 136 | ZIELINSKI, MICHAEL | 546558 | FTO | |
| 137 | JOHNSON, WILLIAM | 546115 | FTO | |
| 138 | JOHN DOE | 546572 | FTO | |
| 139 | JOHN DOE 8 | 548114 | FTO | |
| 140 | STELLA, JASON | 547979 | FTO | ▽ |
| 141 | ATKINSON, GENTRY | 547540 | FTO | Robert Schultz |
| 142 | CHRISTIAN, DAVID | 546556 | FTO | |
| 143 | JOHN DOE | 565603 | FTO | |
| 144 | KURTZ, RYAN | 547304 | FTO | |
| 145 | JOHN DOE AKA RICHEY, CHRISTIAN | 547209 | FTO | |
| 146 | HANNA, JONATHAN | 546562 | FTO | ▽ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Blue Plains                                          females

| L/U# | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|---|---|---|---|---|
| 147 | FLETCHER  ABIGAIL | 547992 | FAIL TO OBEY F.T.O. | Robert Schultz |
| 148 | ~~Hanna~~ HICKEY, JENNIFER | 547037 | FTO | |
| 149 | WILHELM, ANNIE | 546569 | FTO | |
| 150 | CROSSKEY, SARAH | 547980 | FTO | ↓ |
| 151 | YATES, DEVON | 547958 | FTO | Lydia Wade |
| 152 | SOLOFF, ARIELLE | 547990 | FTO | |
| 153 | SOLOMON, LOUISA | 546564 | FTO | |
| 154 | LAHN, JENNIFER | 547991 | FTO | ↓ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# IMF LOCK UP LIST
## BOOKING SITE LOCATION:

| L/U # | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|-------|------|---------------|--------|------------------|
| 155 | GILLULY, DAVID | 547 431 | FTO | Lydia Wade |
|  | MAXEY, KYLE | 547 451 | FTO | Raid out |
| 156 | WIERZBOOSKI, ROBERT | 111 236 | FTO | |
| 157 | CAMPBELL, MATT | 547 455 | FTO | |
| 158 | FESTER, ANTHONY | 547 482 | FTO | |
| 159 | BARTLETT, WILLIAM | 111 257 | FTO | |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

MALE

## IMF LOCK UP LIST
## BOOKING SITE LOCATION:

| L/U # | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|-------|------|---------------|--------|------------------|
| 160 | KNOOF, JAMES | 547 434 | FTO | Lydia Wade |
| | DANNER, BLAKE | 547 486 | FTC | Paid Out |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

JOHN DOE

# IMF LOCK UP LIST
## BOOKING SITE LOCATION:

| L/U # | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|-------|------|---------------|--------|------------------|
| 161 | Doe, John | 111 178 | FTO | G. Edwards |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

JANE DOE

## IMF LOCK UP LIST
## BOOKING SITE LOCATION:

| L/U # | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|---|---|---|---|---|
| 162 | Doe, Jane | 547882 | FTO | G Edwards |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

FEMALE

# IMF LOCK UP LIST
## BOOKING SITE LOCATION:

| L/U # | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|---|---|---|---|---|
| 163 | DZIERZA, CAREY | 547 232 | FTO | G Edwards |
|  | BANCROFT, NATASHA | 565 CCC | FTO | PAID B OUT BLD. |
| 164 | JACOBY, KATIE | 547 436 | FTO |  |
| 165 | SOLOMON, NICOLE | 111 235 | FTO |  |
| 166 | ABBATE, JULIE | 111 255 | FTO | ↓ |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Sep-28-02  14:13   From-MPD-IPS   202-645-0057   T-320  P 001/002  F-820

(Male)

# Blue Plains

| L/U# | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|------|------|---------------|--------|------------------|
| 170 | JOHN DOE AKA ARMAN, DAVID | 547879 | FTO | T. Eapen |
| 171 | LAVHMVANI, BEGJAL | 546112 | FTO | T. Eapen |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Blue Plains

(Fence)

| L/U# | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|------|------|---------------|--------|------------------|
| 172 | Knight, Natosha | 548117 | FTO | Eastern |
| 173 | Naples, Eileen | 547035 | FTO | |
| 174 | Barnes, Maggie | 546766 | FTO | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Blue Plains

| L/U# | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|------|------|---------------|--------|------------------|
| 175 | KETCHAM RICHARD | 548115 | FTO | T.Taper |
| 176 | JOHN DOE | 547546 | FTO | |
| 177 | BOERER, ERIC | 546579 | FTO | ↓ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Blue Plains                                females

| L/U# | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|------|------|---------------|--------|------------------|
| 178 | HULBURT, EMILY | 547038 | FTO | J.Papers |
| 179 | VACARELLA, MARIA | 547036 | FTO | T Papers |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Female          Blue Plains

| L/U# | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|------|------|---------------|--------|------------------|
| 180 | Bragn, Lailah | 546568 | FTO | T Eapern |
| 181 | Wyrsch, Mary Elizabeth | 546108 | FTO | M Goldston |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Blue Plains*

| L/U# | NAME | MASS ARREST # | CHARGE | DCSC CB LOCATION |
|---|---|---|---|---|
| 182 | HALL, TYSON | 546585 | FTO | M.Goldstone |
| 183 | MAHER RYAN | 548112 | FTO | |
| 184 | Doe, John | 546984 | FTO | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |