UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Paul Bame, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>John F. Clark, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 05-1833(RMC) |

**ORDER**

Upon consideration of plaintiffs' motion for certification of a class of plaintiffs herein, defendants' responses, and all the premises herein, it is, this _____, day of _____, 2006, hereby,

ORDERED THAT that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the class is certified; and it is,

FURTHER ORDERED that this action shall proceed on behalf of the following class of persons-plaintiff:

> All men who were: (1) arrested on September 27, 2002 by the D.C. Police officials during a series of mass protests in downtown Washington, D.C.; (2) remanded by D.C. Police, following that arrest, into the custody of the U.S. Marshal for the District of Columbia prior to being released; and (3) subjected by deputy U.S. Marshals to a strip, visual, body cavity search without any particularized or individualized reasonable suspicion that he was concealing drugs, weapons or other contraband; (4) excluding, however, all men arrested within the confines of Pershing Park on September 27, 2002.

FURTHER ORDERED, that this action may be maintained as a class action pursuant to Federal Rule of Civil Procedure 23(a), 23(b)(3), and Paul Bame, Greg Keltner, and Ivan

Welander are certified as the proper representatives of the subclass; and it is further,

FURTHER ORDERED, that Lynn E. Cunningham and Zachary J. Wolfe shall serve as class counsel; and it is,

FURTHER ORDERED, that within thirty days of the date of this Order, defendants shall provide to plaintiffs' counsel all electronic and hard copy data in their possession, in a form useable by plaintiffs, relating to any members of the class; and it is

FURTHER ORDERED that defendants shall pay, within 60 days of submission, to plaintiffs' counsel all invoices relating to costs for preparing and mailing class notices submitted to them by plaintiffs' counsel.

Hon. Rosemary Collier  
UNITED STATES DISTRICT JUDGE

COPIES TO:

ATTORNEYS FOR PLAINTIFFS
Lynn E. Cunningham, Esq.
D.C. Bar No. 221598
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3374
Email: lcunningham@law.gwu.edu

Zachary Wolfe, Esq.
D.C. Bar No. 463548
People's Law Resource Center
1725 I Street, NW, Suite 300

2

Washington, DC 20006
Phone: 202-265-5965
email: zwolfe@peopleslawresourcecenter.org


ATTORNEYS FOR DEFENDANTS
W. Mark Nebeker
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7230