PLAINTIFFS' EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Paul Bame, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 05-1833(RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| John F. Clark, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

AFFIRMATION OF LYNN E. CUNNINGHAM IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION.

Lynn E. Cunningham, states and affirms as follows:

1. I am counsel of record for plaintiffs in this matter. I submit this affirmation in support of plaintiffs' Motion for Class Certification. My co-counsel is attorney Zachary C. Wolfe. The facts set forth herein are to my personal knowledge. If called upon I could and would testify to those facts in a court of law.

2. The following information is provided to assist the court in evaluation of my legal skills, experience and performance as a basis for determining my qualifications to serve as class counsel herein.

3. I have worked on complex litigation primarily in federal court for thirty-two years. I have been a solo practitioner of law since May, 2005, and in this practice I handle only public interest, civil rights cases involving self-generated, public interest attorneys fees. In May, 2005 I retired as a Professor of Clinical Law at the George Washington University Law School, where I had begun employment on July 1, 1996. I now hold the status of Professor Emeritus of Clinical Law at that school. I am also of-counsel to the law firm of Terris

1

Pravlik & Millian, LLP. My resume setting forth my education and background is attached hereto.

4. I graduated from Columbia Law School in June, 1972.

5. From September, 1972, until January, 1975, I was an associate at Lovejoy, Wasson, Lundgren & Ashton, a private law firm in New York City. At that firm, I worked on securities and complex corporate litigation, including defending stockholder derivative class actions.

6. In April, 1975, I began employment in Washington, D.C. at the law offices of Florence Wagman Roisman, a private law firm. At that office we served as the Washington Branch Office of the National Housing Law Project, a national Legal Services Corporation back-up center. In addition, I worked extensively on three complex, multi-year, class action, civil rights litigations: *Underwood v. Hills*, 414 F. Supp. 526 (D.D.C. 1976), *stay granted*, 429 U.S. 892 (1976) (successful nationwide class action against HUD to release $60 million in impounded multifamily housing subsidy funds); *Cole v. Lynn*, 389 F. Supp. 99 (D.D.C. 1975), *aff'd.* 571 F.2d 590 (D.C. Cir. 1977), *rev'd. on other grounds*, 441 U.S. 39 (1979) (successful action against HUD to prevent the demolition of a low-income housing project in D.C.); and *Women Working in Construction v. Lowery*, Civil Action No. 76-0527 (D.D.C. 1976), (successful action against the U.S. Secretary of Labor under the federal APA to provide employment goals and timetables for women in the skilled construction trades).

7. On August 1, 1977, I became a staff attorney at the Neighborhood Legal Services Program Office Number Eight in Far Northeast, D.C. There I handled individual landlord-tenant, consumer, welfare and auto-negligence cases. In March, 1978, I became the staff

attorney specializing in housing law in the NLSP Law Reform Unit. On January 1, 1980, I became the managing attorney of the Law Reform Unit, where I practiced in the areas of landlord-tenant, low-income housing, homelessness, public benefits and support of general litigation for attorneys at NLSP.

8. Between 1980 and the present, I have, among other things, handled, as lead counsel or as co-counsel, major litigation in the District of Columbia involving, prison conditions, public benefits, affordable health care, consumer protection, housing, and homelessness. These cases resulted in substantial relief for the plaintiffs, with the exception of the *Thornton* case. These cases include:

   a. *Bynum v. District of Columbia*, 257 F. Supp. 2d 1 (D.D.C. 2002)(RCL) (Class action on behalf of approximately 25,000 D.C. Jail prisoners raising claims of illegal strip searching of prisoners and arrestees, and overdetention. The matter recently settled favorably to the class.)

   b. *Mary Stone, et al. v. District of Columbia*, 572 F. Supp. 976 (D.D.C. 1984), *vacated and remanded*, 799 F.2d 773 (D.C. Cir. 1986)(Class action on behalf of 3800 D.C. public housing tenants against HUD and D.C. public housing officials to obtain increased utility allowances and to recover $1.9 million in rental over-charges.);

   c. *Massachusetts Union of Public Housing Tenants v. Pierce*, 755 F.2d 177 (D.C. Cir. 1985), *reversing and remanding, Massachusetts Union of Public Housing Tenants v. Pierce*, 577 F. Supp. 1499 (D.D.C. 1984) (Action on behalf of public housing tenants nationally to overturn HUD regulations governing the use of utility meters, under claims based upon the federal Administrative Procedure Act.);

d. *Pearson v. Kelly*, C.A. No. 92-14030 (D.C. Superior Court, 1992)(Judge Steffen W. Graae), *appeal settled*, No. 94-CV-1222 and 1234 (D.C.C.A., 1995) (Class action on behalf of public housing applicants, which resulted in court appointment of a receiver in 1995 to oversee complete reform of the D.C. public housing authority);

e. *Salazar v. District of Columbia*, 123 F.Supp.2d 8 (2000)(Class action challenging practices of the District of Columbia government in its handling of the Medicaid program. The matter settled following trial. Plaintiffs' counsel, including myself, have conducted monitoring of the District's performance for the past several years.);

f. *Little v. Kelly*, C.A. 91-14119 (D.C. Superior Court, filed 11/91) (Judge Cheryl Long), *petition for rehearing en banc*, No. 92-CV-1148 and 1157 (D.C.C.A. 1992) (challenging DHS terminations of certain D.C. General Public Assistance beneficiaries for violations of the Due Process Clause and other law);

g. *Thornton v. D.C.*, 647 A.2d 385 (D.C. 1994) (unsuccessful challenge to certain procedures used by the D.C. public housing program to collect debts from tenants);

h. *Walls v. Barry*, C.A. 1372-88 (D.C. Superior Court, 1988) (challenging DHS use of overnight motel rooms and mass shelters to house homeless families with children);

i. *Franklin v. Kelly*, CA No. 90-3124 (SS) (USDC, 1990)(challenging DHS failure to process applications for expedited and regular food stamps as required by the federal Food Stamp Act and failure to handle recertifications of food stamp benefits as required by federal law);

j. *Feeling v. Barry*, CA No. 82-2994 (JHP) (D.D.C., filed 1982)(Class action on behalf of needy applicants for Emergency Assistance benefits to, for example, cover unpaid rent to

      avoid eviction, purchase replacement furniture in the event of fire or eviction, and provision of emergency food, and clothing);

  k. *Jones v. Barry*, C.A. 82-410 (D.D.C.) (Judge June Green) (challenging DHS delays in handling General Public Assistance benefit applications and fair hearings relating to GPA benefits);

  l. *Dorothy Dave v. Household International*, Civil Action No. 04-ca-000786 (Calendar #2) (Michael Rankin, J.) (D.C. Superior Court)(Class action by homeowners challenging failure of Household International and subsidiaries to maintain licenses required by law for making mortgage loans in the District of Columbia.  The matter was recently settled favorably to plaintiffs.);

  m. *Nelson v. District of Columbia*, Civil Action No. 00-2930(GK)(D.D.C.)(Class action on behalf of school children with disabilities challenging failure of the D.C. Public Schools to maintain emergency evacuation plans for plaintiff class members.  The matter settled favorably to plaintiffs.).

9. From 1995 to 2000, I was one of two attorneys overseeing the actions of the public housing receiver in the District of Columbia, as representatives of the plaintiff class in *Pearson v. Kelly, noted supra*.

10. I am prepared to devote sufficient resources to this lawsuit to prosecute it to its lawful conclusion.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on February 8, 2006.

/s/Lynn E. Cunningham  
Lynn E. Cunningham, Esq.  
Attorney for Paul Bame, et al.  
D.C. Bar # 221598  
P.O. Box 1547  
Dubois, Wyoming 82513  
Telephone: 307-455-3374  
Email: lcunningham@clinic.nlc.gwu.edu