PLAINTIFFS' EXHIBIT 3

# RESUME OF LYNN E. CUNNINGHAM, ESQ.

Office:
307 Westview Drive (Street Address)
P.O. Box 1547 (mailing address)
Dubois, Wyoming 82513
Telephone: 307-455-3334/3374
email: lcunningham@law.gwu.edu

## LEGAL EMPLOYMENT

| | |
|---|---|
| 6/05 to present | Solo practice, specializing in civil rights and consumer protection litigation. |
| 2/95 to present | Terris Pravlik & Millian<br>　　Washington, D.C.<br>　　Of Counsel. |
| 5/05 to present | The George Washington University Law School,<br>　　Jacob Burns Community Legal Clinics<br>　　Professor of Clinical Law, Emeritus. |
| 7/96 to 5/05 | The George Washington University Law School,<br>　　Jacob Burns Community Legal Clinics<br>　　Professor of Clinical Law. |
| 8/77 to 2/95 | Neighborhood Legal Services Program<br>　　Washington, D.C.<br>　　Managing attorney and housing<br>　　law specialist, Law Reform Unit. |
| 5/75 to 6/77 | Law Offices of Florence Wagman Roisman, Esq.<br>　　Washington, D.C.<br>　　Associate handling housing<br>　　litigation for low income clients. |
| 9/72 to 1/74 | Lovejoy, Wasson, Lundgren & Ashton<br>　　New York, New York<br>　　Associate in Corporate Litigation. |

**PRINCIPAL COMMUNITY ACTIVITIES**

| | |
|---|---|
| 06/05 to present | Rector, St. Thomas Episcopal Church<br>　　Dubois, Wyoming |
| 7/00 to 5/05 | District of Columbia Housing Authority<br>　　Member, Board of Commissioners |
| 3/87 to 5/05 | St. Margarets Episcopal Church,<br>　　Washington, D.C.<br>　　Member of Adjunct Clergy |
| 9/98 to 12/31/04 | Ring Lake Ranch Retreat Center<br>　　Dubois, Wyoming<br>　　Member of Board of Directors |
| 8/97 to 3/00 | D.C. Consortium of Legal Services Providers<br>Washington, D.C.<br>　　Co-Chair |
| 5/92 to 2/93 | Legal Resource Center for Non-Profit<br>　　Housing Development<br>　　Washington, D.C.<br>　　Member of Board of Directors |
| 5/89 to 1992 | Churches Conference on Shelter and Housing<br>　　Washington, D.C.<br>　　Member of Board of Directors |
| 9/86 to 9/87 | Mayor's Blue Ribbon Commission On Public Housing<br>　　Washington, D.C.<br>　　Member of Commission |

**EDUCATION**

| | |
|---|---|
| 1972 | Columbia Law School, N.Y., N.Y., J.D. |
| 1969 | Union Theological Seminary, N.Y., N.Y., B.D. |
| 1966 | Cornell University, Ithaca, N.Y., A.B. |
| 1964-65 | Cambridge University, England |

Studies in history.

**BAR MEMBERSHIPS**
　　State:
　　　　New York, admitted 10/73
　　　　District of Columbia, admitted 12/03/75

　　Federal District Courts:
　　　　Southern District of New York
　　　　District of Columbia, admitted 1/05/76

　　United States Circuit Courts of Appeals:
　　　　District of Columbia Circuit

　　United States Supreme Court

**BAR ACTIVITIES**

　　D.C. Bar Section 6 (D.C. Affairs). Steering Committee, 1992 to 1996
　　　　Co-Chair, 1993-95.

　　D.C. Bar Division 15 (Real Estate). Steering Committee, 1980-83.

　　Conducted Continuing Legal Education training for D.C. Bar members in landlord-tenant law, annually, 1977 to 1995.

**LEGAL PUBLICATIONS**

*HUD Utility Allowance Program Spawns Major Disputes,*
CLEARINGHOUSE REVIEW, October, 1985 (co-author).

NEIGHBORHOOD LEGAL SERVICES PROGRAM LANDLORD AND TENANT MANUAL
Managing editor, compiler, and contributing author. 1992.

*Part H and EPSDT: Helping At-Risk Infants and Toddlers,*
CLEARINGHOUSE REVIEW. May, 1993 (co-author).

*Receivership as a Remedy for Poor Agency Performance,*
CLEARINGHOUSE REVIEW. March, 1996 (co-author).

*Washington, D.C.'s Successful Public Housing Receivership*,
JOURNAL OF AFFORDABLE HOUSING, Fall, 1999.

*Legal Needs for the Low Income Population in Washington, D.C.,*
5 THE UNIVERSITY OF THE DISTRICT OF COLUMBIA LAW REVIEW, No. 1, 21, Fall,   2000.

*Large PHAs and Their Regional Housing Markets:*
*Time for More Robust Advocacy for Affordable Housing*,
JOURNAL OF AFFORDABLE HOUSING, Fall, 2000.

*Islands of Affordability in a Sea of Gentrification: Lessons Learned from the D.C.*
*Housing Authoritys Hope VI Projects in a Hot Housing Market*,
JOURNAL OF AFFORDABLE HOUSING, Summer, 2001

*Managing Assets/Managing Families: Reconceptualizing Affordable Housing Solutions*
*for Extended Families in the USA.*  JOURNAL OF AFFORDABLE HOUSING, Summer, 2002

*A Structural Analysis of Housing Subsidy Delivery Systems: PHAs Part in Solving the*
*Housing Crisis.* JOURNAL OF AFFORDABLE HOUSING, Fall, 2003.

*Due Process Perspectives on Forcible Entry and Detainer Cases*, Rutgers Race and the
Law Review, Spring, 2005

*Major Lenders May Violate Due Process by Enforcing One-sided Arbitration Contracts*
*to Avoid  Borrowers Defenses to Foreclosure.* Submitted for publication, February, 2005.

**AWARDS & HONORS**

       Professor of Clinical Law, Emeritus, George Washington Univ. Law School
       Stuart Stiller Award
       Jerrold Scout Prize for 1994
       Servant of Justice Award, D.C. Legal Aid Society, 2001

*January 31, 2006*