PLAINTIFFS' EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Paul Bame, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 05-1833(EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| John F. Clark, et al., | ) | |
| | ) | |
| Defendants. | ) | |

AFFIRMATION OF ZACHARY WOLFE IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION.

I, Zachary Wolfe, am counsel for Plaintiffs' in the above-captioned case and competent to testify to the following based on my personal knowledge.

1. I am counsel of record for Plaintiffs in this matter. I submit this affirmation in support of Plaintiffs' Motion for Class Certification. The facts set forth herein are to my personal knowledge. If called upon I could and would testify to those facts in a court of law.

2. My co-counsel is attorney Lynn Cunningham, who, as reflected in his Affirmation, has extensive experience in class actions and other complex civil matters over his 32 years of practice.

3. The following information is provided to assist the court in evaluation of my legal skills, experience and performance as a basis for determining my qualifications to serve as class counsel herein. My resume setting forth my education and background is attached hereto.

4. I am in my sixth year of legal practice. I graduated from the George Washington

University Law School in 2000. For approximately three years, I worked at the Partnership for Civil Justice, which has brought the bulk of the significant litigation involving political protest in the District of Columbia in recent years (among other public interest cases). In 2003, I started a small nonprofit legal advocacy organization, the People's Law Resource Center, which is where I currently work. I am also a member of the regular part-time faculty at the George Washington University, where I am in my fourth semester of teaching an undergraduate course examining the role of law and legal rhetoric in social movements.

5. As most relevant here, I have worked extensively as attorney of record in a number of complex civil matters advancing Constitutional claims brought by protestors who were arrested at large demonstrations in the District of Columbia. These cases include:

   i. *International Action Center v. United States*, No. 01-CV-0072(GK) (D.D.C.). The case involved the right to protest at the 2001 Presidential Inaugural Parade. It sought preliminary relief related to restrictions announced prior to the event, and it is ongoing as an action for damages and equitable relief based on events that occurred on Inauguration Day 2001. Although ongoing, it has secured favorable resolution of a number of legal issues important to the Plaintiffs, including the right to sue private actors under § 1983 in circumstances of joint action with government actors, 2002 U.S. Dist. LEXIS 4614 (slip op., March 14, 2002), the applicability of the First Amendment Privilege to protestors and associations who bring suits of this type, 207 F.R.D. 1 (D.D.C. 2002), and the discoverability of FBI

2

        and other federal agency records, 2002 U.S. Dist. LEXIS 16874 (slip op., Aug. 30, 2002).

    ii.    *Alliance for Global Justice, et al. v. District of Columbia*, No. 01-0811(PLF) (D.D.C.).  This case involved the large-scale demonstrations opposite the meetings of the World Bank and International Monetary Fund in 2000, and includes a class action component relating to a mass arrest.

    iii.    *Barham v. Ramsey*, No. 02-2283(EGS) (D.D.C).  This case involved the large-scale demonstrations and mass arrest at Pershing Park on September 27, 2002.  With a number of individual lawsuits and putative class actions pending regarding this incident, Judge Sullivan granted the motion for class certification in this action.  217 F.R.D 262 (D.D.C. 2003).  In addition, the Court's important decision regarding the scope of qualified immunity, which was substantially favorable to Plaintiffs, 338 F. Supp. 2d 48 (D.D.C. 2004), was recently affirmed, --- F.3d. ---, 2006 U.S. App. LEXIS 807 (D.C. Cir. Jan. 13, 2006).

6.    I have worked on First Amendment issues outside the context of large-scale demonstrations as well.  For example, I authored the 2005 update to the First Amendment chapter in a treatise published by West, *Sexual Orientation and the Law*.  I also authored the *amicus curiae* brief of the National Lawyers Guild in the case before the U.S. Supreme Court involving a First Amendment challenge to the Solomon Amendment (which requires military recruiting on campus notwithstanding the military's noncompliance with school nondiscrimination policies).  *Rumsfeld v. Forum for Academic and Institutional Rights*, No. 04-1152

(U.S.), 2005 WL 2312117, 2005 U.S. S. Ct. Briefs LEXIS 618 (2005).

7. I am prepared to devote sufficient resources to this lawsuit to prosecute it to its lawful conclusion.

I, Zachary Wolfe, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on February 7, 2006.

_____
Zachary Wolfe, Esq. (D.C. Bar No. 463548)
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006
Phone: 202-265-5965
Fax: 202-250-6712
email: zwolfe@PeoplesLawResourceCenter.org