P L A I N T I F F S' E X H I B I T 5

# ZACHARY JAY WOLFE

1725 I Street, NW, Suite 300 • Washington, DC 20006
202-265-5965 • zwolfe@PeoplesLawResourceCenter.org

## RELEVANT EXPERIENCE

**PEOPLE'S LAW RESOURCE CENTER**               Sept. 2003 – present, Washington, DC
*Founding Attorney*
Founded legal organization to respond to the legal needs of working people, low income people, and community organizations.  Responsible attorney for public interest litigation, development of educational materials, and supervision of law student interns and volunteers.

**THE GEORGE WASHINGTON UNIVERSITY**               Aug. 2004 – present, Washington, DC
*Regular Part-time Faculty, University Writing Program*
Developed curriculum and taught as sole faculty in an undergraduate course, "Law as a force for social change."  The course teaches advocacy and effective writing by exploring the role of law and legal rhetoric in progressive social movements.

**PARTNERSHIP FOR CIVIL JUSTICE, INC.**               Aug. 2000 – Sept. 2003, Washington, DC
*Staff Attorney*
One of three attorneys in public interest law firm engaged in extensive civil litigation.  Held primary responsibility for some cases and provided general litigation support on other matters.  Developed fluency with issues including laws against discrimination, consumer rights, and Constitutional torts.

**O'DONNELL, SCHWARTZ & ANDERSON, P.C.**               Aug. 1999 – May 2000, Washington, DC
*Law Clerk*
Drafted court motions and in-house memoranda for the varied needs of union-side labor law firm.

**NATIONAL LABOR RELATIONS BOARD**               June 1999 – Aug. 1999, Washington, DC
*Law Clerk, Office of Representation Appeals*
- Peggy Browning Fund Fellow

Prepared legal memoranda and proposed decisions and orders for approval by Board Members. Presented cases and recommendations to panels of the Board.

**MIGRANT LEGAL ACTION PROGRAM**               May 1998 – June 1998, Washington, DC
*Law Clerk*
- Murray Snyder Public Interest Fellow

Produced legal memoranda and articles on poverty law and employment rights issues of interest to immigration lawyers.  Attended and reported on Congressional and Agency meetings.

**JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS**        Aug. 1995 – May 1997, Washington, DC
*Administrative Coordinator, Office of Protocol*
Organized meetings and events at Kennedy Center, embassies, and White House. Maintained resolutions of the Board of Trustees, arranged for selective theater seating, and provided general support to members of the Board, White House, Members of Congress, and foreign diplomats.

## EDUCATION

**THE GEORGE WASHINGTON UNIVERSITY LAW SCHOOL**
- J.D. with honors, May 2000
- Jacob Burns Merit Scholar
- Justice Thurgood Marshall Civil Liberties Award
- Managing Editor, THE ENVIRONMENTAL LAWYER (law journal published by GWU and ABA)
- Founded National Lawyers Guild, GWU Law School Chapter

**UNIVERSITY OF OXFORD AND GWU INTERNATIONAL HUMAN RIGHTS LAW PROGRAMME**
- Certificate, July 1998 (summer program)
- Sohn-Buergenthal Scholarship (merit-based)

**UNIVERSITY OF CALIFORNIA AT SANTA CRUZ**
- B.A. in Politics, June 1995
- Honors in the major
- Honors in the senior thesis, on topic of international human rights law in domestic courts and social movements
- Dean's Undergraduate Award for essay on the role of international human rights law in foreign intervention

## PUBLICATIONS

- *Fields of Opportunity: Protecting Farmworkers Through a Broader Statutory Interpretation*, 33 CLEARINGHOUSE REVIEW: JOURNAL OF POVERTY LAW AND POLICY 701 (2000)
- *What We Think, Say and Do: Why the Guild Must Apply Its Radical Analysis in Practice*, 62 GUILD PRACTITIONER 1 (2005)
- 2005 Update to *Chapter 11: First Amendment, in* SEXUAL ORIENTATION AND THE LAW (Westgroup)
- Brief *Amicus Curiae* of National Lawyers Guild in Support of Respondents, *Rumsfeld v. Forum for Academic and Institutional Rights*, U.S. Supreme Court, No. 04-1152, 2005 WESTLAW 2312117, 2005 U.S. S. CT. BRIEFS LEXIS 618, *reprinted in* 62 GUILD PRACTITIONER 113 (2005)

## AFFILIATIONS

- Member of the Bars of the District of Columbia and the Commonwealth of Virginia
- Member of the Bars of the U.S. Supreme Court, U.S. Court of Appeals for the District of Columbia Circuit, the U.S. District Court for the District of Columbia, and the U.S. District Court for the Eastern District of Virginia
- National Lawyers Guild: twice elected National Vice President