```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PAUL BAME, et al.,                )
                                  )
        Plaintiffs,               )
                                  )
    v.                            ) Civil Action No. 05-1833 RMC
                                  )
JOHN F. CLARK, et al.,            )
  Acting Director,                )
  U.S. Marshals Service,          )
                                  )
        Defendants.               )
                                  )
```

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

The named defendants[1] move, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time to respond to Plaintiffs' Motion For Class Certification in this action up to and including March 13, 2006.  Counsel for Plaintiffs, Lynn Cunningham, Esq., has indicated that plaintiffs do not oppose this enlargement of time.

Undersigned counsel asks for this additional time, because he is awaiting needed information from agency counsel, which has been delayed.  In addition, undersigned counsel has been called upon this week to complete several other submissions, and to undertake on an emergency basis obligations to assist two colleagues in representation before disciplinary authorities.

---

[1] The named defendants are:  John F. Clark, Acting Director, United States Marshals Service ("USMS"); Steve Conboy, United States Marshal for the Superior Court of the District of Columbia; and former United States Marshal Todd Dillard, who is sued in his individual capacity.  Claims against George Walsh have previously been dismissed by Plaintiffs.

Moreover, counsel must prepare for an oral argument on Thursday before the Court of Appeals in an unrelated action. These and other matters will not permit counsel to complete the needed response this week.

WHEREFORE, defendants seek an enlargement of time to file a response to Plaintiffs' Motion For Class Certification.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made through the Court's electronic transmission facilities on this 21st day of February 2006.

```
                            _____
                            W. MARK NEBEKER
                            Assistant United States Attorney
                            555 4th Street, N.W.
                            Civil Division
                            Washington, DC  20530
                            (202) 514-7230
```