```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

PAUL BAME, et al.,                  )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              ) Civil Action No. 05-1833 RMC
                                    )
JOHN F. CLARK, et al.,              )
  Acting Director,                  )
  U.S. Marshals Service,            )
                                    )
        Defendants.                 )
_____ )
```

ORDER

UPON CONSIDERATION of the defendants' Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this \_\_\_\_\_ day of _____, 2006, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which the defendants may respond to Plaintiffs' Motion For Class Certification is enlarged up to and including March 13, 2006.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```

| | |
|---|---|
| W. MARK NEBEKER<br>Assistant U.S. Attorney<br>Civil Division<br>555 4th Street, N.W.<br>Washington, DC  20530 | LYNN CUNNINGHAM, ESQ.<br>P.O. Box 1547<br>Dubois, WY  82513<br><br>ZACHARY WOLFE, ESQ.<br>People's Law Resource Center<br>1725 I St., N.W., Suite 300<br>Washington, DC  20006 |