**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Paul Bame,<br>Gregory Keltner, and<br>Ivan Welander.<br><br>Plaintiffs,<br>on behalf of themselves and all<br>other similarly situated | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| vs. | ) | Civil Action No. 1:05CV01833 (RMC)<br>No scheduled hearings. |
| John F. Clark, et al.<br><br>Defendants | )<br>)<br>) | |

**PLAINTIFFS' UNCONTESTED  MOTION FOR**
**CONTINUANCE OF DEADLINE**
**TO FILE REPORT TO COURT PURSUANT TO LOCAL CIVIL RULE 16(b)**
**AND MEMORANDUM IN SUPPORT THEREOF**

Plaintiffs, by counsel, hereby move for an extension of time, pursuant to FRCP Rule 6(b), within which to file the parties' joint report to the Court pursuant to Local Civil Rule 16, to and including, March 15, 2006.  Under Local Civ. Rule 16(b), in such cases such as this involving multiple defendants, the parties must file such a report within 21 days of the initial filing of an answer, which occurred herein on February 2, 2006 [16].  Thus, the Report was due February 23, 2006.  Through a miscalculation under the rules, plaintiffs' counsel believed the Report to be due by March 9, 2006.  Plaintiffs request that the parties be given to and including March 15, 2006 to file the Report.

The grounds for this motion are that parties need additional time to try to reach agreement on the terms of the Report.  Counsel for both sides have met by telephone, discussed their positions on the issues raised in the rules, and have exchanged detailed drafts of the Report

1

by email.   Some additional time is needed for counsel for both sides to try to resolve differences

on the terms of the Report in order to avoid asking the Court for rulings on various matters.

Defendants, by counsel, W. Mark Nebeker, has  informed plaintiffs' counsel that his

client does not contest this motion.

Respectfully submitted,

/s/ Lynn E. Cunningham
Lynn E. Cunningham, Esq.
D.C. Bar No. 221598
P.O.  Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu

Zachary Wolfe, Esq.
D.C. Bar No. 463548
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006
Phone: 202 265 5965
email: zwolfe@peopleslawresourcecenter.org

CERFICATE OF SERVICE
        I hereby certify that service of the foregoing PLAINTIFFS' UNCONTESTED  MOTION
FOR CONTINUANCE OF DEADLINE TO FILE REPORT TO COURT PURSUANT TO
LOCAL CIVIL RULE 16(b) AND MEMORANDUM IN SUPPORT THEREOF, and a proposed
Order has been made through the Court's electronic transmission facilities on this 9th th day of
March, 2006.

Lynn E. Cunningham, Esq. (D.C. Bar No. 221598)
P.O.  Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu
Attorney for Plaintiffs

2