UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BAME, et al., | ) |
|     Plaintiffs, | ) ) ) |
|   v. | ) Civil Action No. 05-1833 RMC ) |
| JOHN F. CLARK, et al., <br>   Acting Director, <br>   U.S. Marshals Service, | ) ) ) ) |
|     Defendants. | ) ) |

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

The named defendants[1] move, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time to respond to Plaintiffs' Motion For Class Certification in this action up to and including March 20, 2006.  Counsel for Plaintiffs, Lynn Cunningham, Esq., has indicated that plaintiffs do not oppose this enlargement of time.

Undersigned counsel asks for this additional time, because he is still in the process of completing the needed response and does not anticipate being able to do so before March 20, 2006. Undersigned counsel was called upon in the past week to draft at least two other submissions and to prepare for depositions in an unrelated action.  These and other matters will not permit

---

[1] The named defendants are: John F. Clark, Acting Director, United States Marshals Service ("USMS"); Steve Conboy, United States Marshal for the Superior Court of the District of Columbia; and former United States Marshal Todd Dillard, who is sued in his individual capacity.  Claims against George Walsh have previously been dismissed by Plaintiffs.

counsel to complete the needed response by next week.

WHEREFORE, defendants seek an enlargement of time to file a response to Plaintiffs' Motion For Class Certification.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made through the Court's electronic transmission facilities on this 10th day of March, 2006.

```
_____
W. MARK NEBEKER
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230
```