UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BAME, et al., | ) |
|     Plaintiffs, | ) ) ) |
|   v. | ) Civil Action No. 05-1833 RMC ) |
| JOHN F. CLARK, et al., <br>   Acting Director, <br>   U.S. Marshals Service, | ) ) ) ) |
|     Defendants. | ) ) |

## ORDER

UPON CONSIDERATION of the defendants' Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which the defendants may respond to Plaintiffs' Motion For Class Certification is enlarged up to and including March 20, 2006.

_____
UNITED STATES DISTRICT JUDGE


W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

LYNN CUNNINGHAM, ESQ.
P.O. Box 1547
Dubois, WY  82513

ZACHARY WOLFE, ESQ.
People's Law Resource Center
1725 I St., N.W., Suite 300
Washington, DC  20006