```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

PAUL BAME, et al.,                )
                                  )
        Plaintiffs,               )
                                  )
   v.                             ) Civil Action No. 05-1833 RMC
                                  )
JOHN F. CLARK, et al.,            )
  Acting Director,                )
  U.S. Marshals Service,          )
                                  )
        Defendants.               )
                                  )
```

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

The named defendants[1] move, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time to respond to Plaintiffs' Motion For Class Certification in this action up to and including March 30, 2006.  Counsel for Plaintiffs, Lynn Cunningham, Esq., has indicated that plaintiffs do not oppose this enlargement of time.

Undersigned counsel asks for this additional time, because he has been delayed in completing the needed response and does not anticipate being able to do so before March 30, 2006. Undersigned counsel has begun the process of drafting the needed

---

[1] The named defendants are:  John F. Clark, Acting Director, United States Marshals Service ("USMS"); Steve Conboy, United States Marshal for the Superior Court of the District of Columbia; and former United States Marshal Todd Dillard, who is sued in his individual capacity.  Claims against George Walsh have previously been dismissed by Plaintiffs.  Defendants do not hereby waive any defense or defenses that may be available to them pursuant to Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

response, but has been delayed by his responsibilities in several other matter, difficulties encountered in upgrading software on his office computer, and unforeseen complexities in researching the factual and legal issues involved.[2]  In addition, counsel must complete a dispositive motion due in the Court of Appeals today and three other filings and/or discovery requests in unrelated actions by March 23, 2006.  These and other matters will not permit counsel to complete the needed response by today's date.

WHEREFORE, defendants seek an enlargement of time to file a response to Plaintiffs' Motion For Class Certification.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

---

[2] Counsel learned only recently of a Court of Appeals decision issued earlier this month regarding class certification, see Love v. Johanns, No. 04-5449 (D.C. Cir. Mar. 3, 2006), and has also been called upon to investigate the allegations in numerous other civil actions in this Court in order to assess their significance to the class claims in the instant action.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made through the Court's electronic transmission facilities on this 20th day of March, 2006.

_____
W. MARK NEBEKER
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230