```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PAUL BAME, et al.,                    )
                                      )
        Plaintiffs,                   )
                                      )
    v.                                ) Civil Action No. 05-1833 RMC
                                      )
JOHN F. CLARK, et al.,                )
   Acting Director,                   )
   U.S. Marshals Service,             )
                                      )
        Defendants.                   )
_____)
```

                                ORDER

UPON CONSIDERATION of the defendants' Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which the defendants may respond to Plaintiffs' Motion For Class Certification is enlarged up to and including March 30, 2006.

_____
                                            UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER                       LYNN CUNNINGHAM, ESQ.
Assistant U.S. Attorney               P.O. Box 1547
Civil Division                        Dubois, WY  82513
555 4th Street, N.W.
Washington, DC  20530                 ZACHARY WOLFE, ESQ.
                                      People's Law Resource Center
                                      1725 I St., N.W., Suite 300
                                      Washington, DC  20006