```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

PAUL BAME, et al.,                  )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              ) Civil Action No. 05-1833 RMC
                                    )
JOHN F. CLARK, et al.,              )
  Acting Director,                  )
  U.S. Marshals Service,            )
                                    )
        Defendants.                 )
_____)
```

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

The named defendants[1] move, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time to respond to Plaintiffs' Motion For Class Certification in this action up to and including April 3, 2006.  In addition, counsel for these defendants had earlier indicated that he anticipated the filing of a dispositive motion (or partially dispositive motion) by April 4, 2006, but also seeks an additional eleven (11) business days to complete that filing.  Counsel for Plaintiffs, Lynn Cunningham, Esq., has indicated that plaintiffs do not oppose either requested enlargement of time.

---

[1] The named defendants are:  John F. Clark, Acting Director, United States Marshals Service ("USMS"); Steve Conboy, United States Marshal for the Superior Court of the District of Columbia; and former United States Marshal Todd Dillard, who is sued in his individual capacity.  Claims against George Walsh have previously been dismissed by Plaintiffs.  Defendants do not hereby waive any defense or defenses that may be available to them pursuant to Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

Undersigned counsel asks for this additional time, because he has been delayed in completing the needed response and does not anticipate being able to do so before April 3, 2006. Undersigned counsel is nearing completion of the response, but delays occasioned by difficulties with a recent upgrade to his computer software[2] and his need to assist his colleagues in matters unrelated to this action delayed its completion by today's date.  In addition, counsel's responsibilities in several other matters and the complexities in researching the numerous class-actions cited in Plaintiffs' motion have added to the delay.  These and other matters will not permit counsel to complete the needed response by today's date or to draft the anticipated dispositive motion by next week.

WHEREFORE, the named defendants seek an enlargement of time to file a response to Plaintiffs' Motion For Class Certification

---

[2] For instance, as counsel was making edits to the draft last evening, his computer ceased to operate and lost was at approximately an hour of work.

and further seek until April 19, 2006, to file a motion that may dispose of some or all of the claims herein.

                              Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made through the Court's electronic transmission facilities on this 30th day of March, 2006.

_____
W. MARK NEBEKER
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230