```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

PAUL BAME, et al.,                  )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              ) Civil Action No. 05-1833 RMC
                                    )
JOHN F. CLARK, et al.,              )
  Acting Director,                  )
  U.S. Marshals Service,            )
                                    )
        Defendants.                 )
_____)
```

ORDER

UPON CONSIDERATION of the defendants' Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which the defendants may respond to Plaintiffs' Motion For Class Certification is enlarged up to and including April 3, 2006; and the date by which the named defendants are expected to file a motion that may dispose of some or all of the claims herein shall be April 19, 2006.

```
                        _____
                        UNITED STATES DISTRICT JUDGE
```

copies to:

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

LYNN CUNNINGHAM, ESQ.
P.O. Box 1547
Dubois, WY  82513

ZACHARY WOLFE, ESQ.
People's Law Resource Center
1725 I St., N.W., Suite 300
Washington, DC  20006