```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PAUL BAME, et al.,                  )
                                    )
         Plaintiffs,                )
                                    )
    v.                              ) Civil Action No. 05-1833 RMC
                                    )
JOHN F. CLARK, et al.,              )
    Acting Director,                )
    U.S. Marshals Service,          )
                                    )
         Defendants.                )
                                    )
```

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

The named defendants[1] move, pursuant to Fed. R. Civ. P. 6(b)(2), for an enlargement of time to respond to Plaintiffs' Motion For Class Certification in this action up to and including April 4, 2006.  Counsel for Plaintiffs, Lynn Cunningham, Esq., has indicated that plaintiffs do not oppose this requested enlargement of time.

Undersigned counsel asks for this additional time, because he completed the needed opposition and thought that the computer filing had been accomplished last evening.  Counsel learned only this morning when searching for the electronic receipt and his

---

[1] The named defendants are:  John F. Clark, Acting Director, United States Marshals Service ("USMS"); Steve Conboy, United States Marshal for the Superior Court of the District of Columbia; and former United States Marshal Todd Dillard, who is sued in his individual capacity.  Claims against George Walsh have previously been dismissed by Plaintiffs.  Defendants do not hereby waive any defense or defenses that may be available to them pursuant to Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

electronic mail for notice of the filing that the opposition had been unsuccessful yesterday.[2]  Counsel for the named defendants immediately e-mailed copies to counsel for plaintiff and secured plaintiff's agreement to the filing this morning.

WHEREFORE, the named defendants seek an enlargement of time to allow the filing of the accompanying Opposition To Plaintiffs' Motion For Class Certification.

                    Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

---

[2] This was apparently due to an exceptionally large exhibit included with the filing.  The named defendants intend to file the exhibit separately today.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made through the Court's electronic transmission facilities on this 4th day of April, 2006.

```
_____
W. MARK NEBEKER
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230
```