```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

PAUL BAME, et al.,                )
                                  )
        Plaintiffs,               )
                                  )
    v.                            ) Civil Action No. 05-1833 RMC
                                  )
JOHN F. CLARK, et al.,            )
  Acting Director,                )
  U.S. Marshals Service,          )
                                  )
        Defendants.               )
_____)
```

ORDER

UPON CONSIDERATION of the Plaintiffs' Motion For Class Certification, for the reasons set forth in opposition to plaintiffs' motion, and based upon the entire record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the Plaintiffs' Motion For Class Certification should be and hereby is DENIED.

_____
UNITED STATES DISTRICT JUDGE


W. MARK NEBEKER                    LYNN CUNNINGHAM, ESQ.
Assistant U.S. Attorney            P.O. Box 1547
Civil Division                     Dubois, WY  82513
555 4th Street, N.W.
Washington, DC  20530              ZACHARY WOLFE, ESQ.
                                   People's Law Resource Center
                                   1725 I St., N.W., Suite 300
                                   Washington, DC  20006