UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL BAME, <u>et</u> <u>al.</u>,                    )
                                              )
          Plaintiffs,                         )
                                              )
     v.                                       ) Civil Action No. 05-1833 RMC
                                              )
JOHN F. CLARK, <u>et</u> <u>al.</u>,               )
  Acting Director,                            )
  U.S. Marshals Service,                      )
                                              )
          Defendants.                         )
_____)

<u>NOTICE OF FILING</u>

     The named defendants hereby provide notice of the filing of

the attached Exhibits A and B, which were referenced in the

Opposition To Plaintiffs' Motion For Class Certification, filed

on April 4, 2006.[1]

                         Respectfully submitted,


                         _____
                         KENNETH L. WAINSTEIN, DC Bar #451058
                         United States Attorney


                         _____
                         RUDOLPH CONTRERAS, DC Bar #434122
                         Assistant United States Attorney


                         _____
                         W. MARK NEBEKER, DC Bar #396739
                         Assistant United States Attorney

_____

     [1]  The Marshals Service has concluded that the second
exhibit (Exhibit B) may be filed on the public record with a
single word redacted to protect law enforcement security
interests.  Thus, the redacted document accompanies this filing.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Notice Of Filing and attachments has been made through the Court's electronic transmission facilities on this 5th day of April, 2006.

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230