U.S. Department of Justice
United States Marshals Service

  

# FIELD REPORT

| TITLE OF REPORT | DATE OF INCIDENT | REPORT BY |
|---|---|---|
| Cellblock incident | 12/16/2002 | SDUSM |
| | REPORTING DISTRICT | |
| | DC/SC | |

**TYPE OF INCIDENT**
Officer safety issue

**NARRATIVE DESCRIPTION OF INCIDENT**

At approximately 6:45 pm SDUSM ___ observed DC Jail prisoners ___ DCDC# ___ and ___ DCDC# ___ practice fighting with a wooden stick which was approximately 6 inches in lenth and sharpened to a point. They passed the stick back and forth and practiced striking with it. SDUSM ___ notified the control room of the situation and responded to the traffic cell with DUSM ___ SDUSM ___ removed the stick from prisoner ___ without incident. Both prisoners were removed from the Traffic cell and strip searched. No further incident.

SDUSM ___ wrote a memo notifying the AM Court Support Supervisor and attached the same memo to Court 211 assignment board and Judge ___ assignment board, thereby notify DUSMs who will be handlig these prisoners tomorrow. Both prisoners are currently on trial and will be in our facility repeatedly.

SDUSM ___ notified Sgt ___ at the DC Jail - R&D section and advised him of the incident.

CONTINUED ON ____ ATTACHED PAGES

| SIGNATURE OF PREPARER: | DATE: 12-16-02 | DISTRIBUTION: ☒ DISTRICT |
|---|---|---|
| APPROVED (Name and Title) | DATE: 12-17-02 | ☐ HEADQUARTERS ☐ OTHER: |

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which it is loaned.**
**FOR OFFICIAL USE ONLY**

USM Form-210
Rev. 05/95
Automated 02/01
Earlier editions are obsolete



U.S. Department of Justice
United States Marshals Service

# FIELD REPORT



| TITLE OF REPORT | Weapon Recovery/ Step-Back | DATE OF INCIDENT December 9, 2002 | REPORT BY DUSM ▇▇▇▇▇ |
|---|---|---|---|
| | | REPORTING DISTRICT Superior Court/District of Columbia | |

| TYPE OF INCIDENT | Weapon Recovery |
|---|---|

NARRATIVE DESCRIPTION OF INCIDENT    December 9, 2002, DUSM ▇▇▇▇ was assigned to the Court Support Section of SC/DC, more specifically, Courtroom 103. At approximately 1115 hours I received into my custody, ▇▇▇▇▇▇▇▇▇ PDID ▇▇▇▇ a lunch-hold step-back. DUSM ▇▇▇▇▇▇ was searching ▇▇▇▇ in the holding cell behind the court while DUSM ▇▇▇▇▇ was searching an oversized, dark, puffy coat belonging to ▇▇▇▇. DUSM ▇▇▇▇ found in a pocket of this coat a locking blade measuring approximately 3 to 3.5 inches long, with a serrated edge. DUSM ▇▇▇▇ immediately called for a Supervisory Deputy United States Marshal. SDUSM ▇▇▇▇ arrived. DUSM ▇▇▇▇ turned over the weapon to SDUSM ▇▇▇▇ for destruction.

CONTINUED ON ____ ATTACHED PAGES

| SIGNATURE OF PREPARER: ▇▇▇▇▇▇▇▇ | DATE: 12-10-02 | DISTRIBUTION: ☒ DISTRICT |
|---|---|---|
| APPROVED (Name and Title) ▇▇▇▇▇▇ DUSON | DATE: 12-11-02 | ☐ HEADQUARTERS ☐ OTHER: _____ |

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which it is loaned.**
**FOR OFFICIAL USE ONLY**

USM Form-210
Rev. 05/95
Automated 02/01
Earlier editions are obsolete



**U.S. Department of Justice**
United States Marshals Service

| **REPORT OF INVESTIGATION** | | Page 1 of 1 |
|---|---|---|
| 1. CASE # | 2. DATE OF REPORT<br>6-5-02 | 3. REPORTED<br>BY: ▓▓▓▓▓<br>AT: 1:10 pm |
| 4. CASE TITLE ▓▓▓▓ (PDID ▓▓▓, DOB ▓▓▓) | | |
| 5. OTHER DEPUTIES: DUSM ▓▓▓ | | |

6. TYPE OF REPORT *(Check One):*

  [ ] REPORT OF ELECTRONIC INTERCEPTION      [x] ARREST
  [ ] COLLATERAL LEAD                       [ ] INTELLIGENCE UPDATE
  [ ] WITNESS INTERVIEW                  [ ] MEMORANDUM TO FILE
                                          [ ] OTHER_____

    On 6-5-02 ▓▓▓▓ (PDID ▓▓▓, DOB ▓▓▓) appeared before Judge ▓▓▓ in courtroom 317 on the third floor of Superior Court, 500 Indiana Ave., Wash DC 20001 for a show cause hearing. ▓▓▓▓ was stepped back for failing to comply with conditions of release. During a search incident to arrest DUSM ▓▓▓▓ found a clear zip lock bag containing a green weed substance in ▓▓▓'s tennis shoe. ▓▓▓▓ was taken to the Marshal Service cellblock by DUSM ▓▓▓▓ for processing. During processing DUSM ▓▓▓▓ overheard ▓▓▓▓ say that he had forgotten it was in his shoe.

    The zip lock bag and contents were turned over to Inv.▓▓▓▓ of MPD 1D.

    Per AUSA▓▓▓▓ it would not be advantageous to pursue this case due the amount of resources required.  On 6-6-02 the investigation was terminated.

| 7. SIGNATURE *(DUSM)* ▓▓▓▓ | 8. DATE   6-6-02 | 11. DISTRIBUTION |
|---|---|---|
| | |   _X_ DISTRICT |
| 9. APPROVED *(Name and Title)* ▓▓▓▓ | 10. DATE   6-6-02 | ____HEADQUARTERS |
| | | ____OTHER_____ |

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE NEITHER IT NOR ITS
CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

Form USM-11
Automated 02/01

**United States Department of Justice**
**United States Marshals Service**



5450

| REPORT OF INVESTIGATION | | |
|---|---|---|
| 1.CASE #:<br>  ID #: | 2.DATE OF REPORT:<br>10/11/00 | 3.REPORTED BY:<br>████████,DUSM |
| 4.DEFENDANT: ████████ PDID-<br>                        DOB-████ | | |

5.TYPE OF REPORT (Check One):
[ ] REPORT OF INVESTIGATION          [ ] ARREST
[ ] COLLATERAL LEAD                  [ ] INTELLIGENCE UPDATE
[ ] WITNESS INTERVIEW                [ ] MEMORANDUM TO FILE
                                     [X] OTHER: Courtroom Incident

On October 11, 2000 DUSM ████ was called to court and assigned to Courtroom 213 (Judge ████. At approximately 1045 hrs Judge ████ ordered DUSMs ████ and ████ to take defendant ████ into custody. While in the courtroom ████ was asked if he had any money or property that his attorney could take. ████ did not reply. Once in the cellblock ████ was again asked and this time replied in the negative. DUSM ████ then asked ████ if he had anything else on him. ████ then stated that he had a pocket knife. ████ then retrieved the pocket knife without incident. The knife is a Cold Steel brand lockblade approximately 9 inches long opened, with a four inch blade.

████ was then asked how he got the knife into the courthouse. He stated that he came in the Indiana Avenue (West) entrance, placed the knife on the table, walked through the magnotometer, retrieved the knife and came to court. DUSM ████ observed ████ enter Courtroom 213 at approximately 1000 to 1015 hrs.

Attached is a photocopy of the weapon taken from ████.

| 7.SIGNATURE (DUSM): | 8.DATE:<br>10/11/00 | 11.DISTRIBUTION:<br>[X] DISTRICT<br>[ ] HEADQUARTERS<br>[ ] OTHER:_____ |
|---|---|---|
| 9.APPROVED (Name and Title): | 10.DATE:<br>10/11/00 | |

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE U.S. MARSHALS SERVICE.
NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE
THE AGENCY TO WHICH IT IS LOANED.



**U.S. Department of Justice**
**United States Marshals Service**



## FIELD REPORT

| TITLE OF REPORT: Discovery of Contraband | DATE OF INCIDENT: TIME: 1410 | REPORT BY: DED ████████ |
|---|---|---|
| | REPORTING DISTRICT:  Superior Court, District of Columbia | |

TYPE OF INCIDENT: Contraband          LOCATION: Cell Block

OFFENDER NAME: ████████    DOB: ████    PDID: ████    DCDC: N/A

RACE: B    SEX: F    FBI NUMBER: N/A

ORIGINAL OFFENSE: Simple Assault

JUDGE / SENTENCE: N/A

DATE IMPOSED: N/A    TYPE OF PRISONER: Lock-up    INSTITUTION: N/A

RELEASE DATE: N/A

NOTIFICATION MADE TO: Sbusm ████████

NARRATIVE DESCRIPTION OF INCIDENT: Ms. ████ was a lock-up coming from 7th District. I DED ████ was called to search Ms. ████, upon searching her coat first, I found a red box cutter with a long razor in it I confisted the red box cutter and continued to search Ms. ████, Nonthing else was found

CONTINUED ON ___ ATTACHED PAGES

| SIGNATURE OF PREPARER: ████████ | DATE: 12-9-99 | DISTRIBUTION |
|---|---|---|
| APPROVED (Name and Title) ████████ | DATE: 12-9-99 | ✓ DISTRICT ___ HEADQUARTERS ___ OTHER |

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

This report is the property of the United States Marshals Service.
Neither it nor its contents may be disseminated outside the agency to which loaned.
FOR OFFICIAL USE ONLY

**U.S. Department of Justice**
**United States Marshals Service**



| | |
|---|---|
| **REPORT OF INVESTIGATION** | Page 1 of 1 |

| 1. CASE# CCN#575131 ARREST#059906961 | 2.DATE OF REPORT 11  October 1999 | 3. REPORTED BY: USM ███████ |
|---|---|---|
| 4.CASE TITLE: Contraband found on prisoner ████████ (DOB ████, PDID █████ LOCK UP 52) | | AT: Superior Court Cell Block, 500 Indiana ave. NW Washington, D.C. 20001 |

**5.OTHER DEPUTIES:** Deputy U.S. Marshal ████████████████

**6.TYPE OF REPORT** *(Check One)*:
[ ] REPORT OF ELECTRONIC INTERCEPTION     [ ] ARREST
[ ] COLLATERAL LEAD                        [ ] INTELLIGENCE UPDATE
[ ] WITNESS INTERVIEW                      [ ] MEMORANDUM TO FILE
                                          [X] OTHER contraband

*Narrative:* On 11 October 99 at 0718 hrs., prisoner ████████ (DOB █████, PDID █████ Lock Up #52) was transported to the Superior Court cell block for processing for arraignment court. ████ who was in an electric wheel chair was transferred to U.S. Marshal cellblock wheel chair and placed in cell#M-1. Deputy U.S. Marshal (DUSM) ███████ conducted an in custody search and found a medium zip lock bag of green leafy substance in his left shoe. ████ was then placed in room A-11 were a more thorough search was conducted and five more medium zip lock bags of leafy green substance in the front toe area of ████' left shoe were found by DUSM ██████████ The green leafy substance was tested with a narcotics analysis regent kit which tested positive for THC.

| 7.SIGNATURE (DUSM) ████████████ | 8.DATE 11 Oct 99 | 11.DISTRIBUTION  X DISTRICT |
|---|---|---|
| 9.APPROVED *(Name and Title)* ██████████ | 10.DATE 10-11-99 | __ HEADQUARTERS  __ OTHER _____ |

**UNITED STATES MARSHALS SERVICE**
*THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE NEITHER*
*IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.*

USM FORM 11
(REVISED APRIL 1990)

August 19, 1999

MEMORANDUM TO: Todd W. Dillard
U.S. Marshal

THRU: ████████████
Chief Deputy U.S. Marshal

THRU: ████████████████
Acting Assistant Chief Deputy U.S. Marshal

FROM: █████████████████
Supervisory Deputy U.S. Marshal

SUBJECT: Contraband - Lock Up # 42

Attached USM-210 relates to suspected crack cocaine found on Lock-Up #42 (███████████). DC Metropolitan Police Lieutenant ███████ - 5th District (███████) was contacted. A 5th District Scout car responded to DC Superior Court Cellblock to assume custody of ███████ for the purpose of filing additional charges.

U.S. Department of Justice
United States Marshals Service



**FIELD REPORT**

| TITLE OF REPORT: CONTRABAND | DATE OF INCIDENT: 081999 TIME: 0645 | REPORT BY: DUSM ▓▓▓ |
|---|---|---|
| | REPORTING DISTRICT: Superior Court, District of Columbia | |

TYPE OF INCIDENT: SUSPECTED DRUGS (CRACK COCAINE) LOCATION: USMS CELLBLOCK
FOUND IN CROTCH OF LOCK UP 42

OFFENDER NAME: ▓▓▓ DOB: ▓▓▓ PDID: ▓▓▓ DCDC: _____

RACE: B  SEX: M  FBI NUMBER: _____

ORIGINAL OFFENSE: UCSA DIST. COCAINE (CRACK)

JUDGE / SENTENCE: N/A

DATE IMPOSED: 081999   TYPE OF PRISONER: LOCK UP 42   INSTITUTION: DCSC CELLBLOCK

RELEASE DATE: N/A

NOTIFICATION MADE TO: SDUSM ▓▓▓

NARRATIVE DESCRIPTION OF INCIDENT:

SEARCHING LISTED SUBJECT AFTER RECEIVING
FROM MPD 5TH DIST. FELT SUSPICIOUS BULGE IN CROTCH AREA
OF SUBJECT AND REMOVED CLEAR PLASTIC ZIP CONTAINING 46 TOTAL
SMALL ZIPS OF OFF WHITE ROCK SUBSTANCE AND POWDER SUBSTANCE.
FIELD TESTED POSITIVE FOR COCAINE AT 0705 HRS BY SDUSM
▓▓▓

X CONTINUED ON ___ BACK ATTACHED PAGES

| SIGNATURE OF PREPARER ▓▓▓ | DATE: 081999 | DISTRIBUTION |
|---|---|---|
| APPROVED (Name and Title) SDUSM / ▓▓▓ | DATE: 8/19/99 | ___ DISTRICT ___ HEADQUARTERS ___ OTHER |

FORM USM-210 (Rev. 3/1/93)
Earlier editions are obsolete

This report is the property of the United States Marshals Service.
Neither it nor its contents may be disseminated outside the agency to which loaned.
FOR OFFICIAL USE ONLY

MPD 5TH DISTRICT CALLED TO TAKE POSSESSION OF SUBJECT AND CONTRABAND. FIELD TEST TURNED OVER TO MPD.





**U.S. Department of Justice**

United States Marshals Service

*District of Columbia*

*5450*

*DC Superior Court*
*500 Indiana Avenue, NW C-250*
*Washington, D.C. 20001*


TO:    Todd W. Dillard
       U.S. Marshal

FROM:  ██████████████
       Supervisory Deputy U.S. Marshal

SUBJECT: Contraband (Female Lock-up)

In reference to the attached USM -210, Captain ██████ (DC Metropolitan Police - 5th District ██████████) was contacted and advised of the contraband located on the prisoner, arrested and processed by his personnel.

**U.S. Department of Justice**
United States Marshals Service



## FIELD REPORT

| | | |
|---|---|---|
| TITLE OF REPORT: *Contraband* | DATE OF INCIDENT:<br>TIME: *10⁴⁵*<br>*08/06/99* | REPORT BY:<br>*LDEO* ▓▓▓▓▓▓ |
| | REPORTING DISTRICT: Superior Court, District of Columbia | |

TYPE OF INCIDENT: *Seized Contraband*                LOCATION: *Cellblock*

OFFENDER NAME: ▓▓▓▓▓▓▓▓ DOB: _____ PDID: ▓▓▓▓▓ DCDC: _____

RACE: *BLK*   SEX: *Female*   FBI NUMBER: _____

ORIGINAL OFFENSE: *Assault with Dangerous Weapon*

JUDGE / SENTENCE: _____

DATE IMPOSED: _____ TYPE OF PRISONER: _____ INSTITUTION: _____

RELEASE DATE: _____

NOTIFICATION MADE TO: _____

NARRATIVE DESCRIPTION OF INCIDENT:

*On Aug 6, 1999 at Approx 10⁴⁵ Female prisoner Lock-up 73
Came into the cell block with keys And Attached to keys was
A can opener with A Corkscrew can opener with A knife blade
on the end.*

CONTINUED ON ___ ATTACHED PAGES

| | | DISTRIBUTION |
|---|---|---|
| SIGNATURE OF PREPARER:<br>▓▓▓▓▓▓▓ | DATE:<br>*08/06/99* | ___ DISTRICT |
| APPROVED (Name and Title)<br>▓▓▓▓▓▓▓ | DATE:<br>*8/6/99* | ___ HEADQUARTERS<br>___ OTHER |

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

This report is the property of the United States Marshals Service.
Neither it nor its contents may be disseminated outside the agency to which loaned.
FOR OFFICIAL USE ONLY

U.S. Department of Justice
United States Marshals Service



# FIELD REPORT

| TITLE OF REPORT | DATE OF INCIDENT August 03, 1999 | REPORT·BY _____ DUSM |
|---|---|---|
| | REPORTING DISTRICT Superior Court / District of Columbia | |

**TYPE OF INCIDENT**
Recovery of contraband from a step- back

**NARRATIVE DESCRIPTION OF INCIDENT**

　　On August 03, 1999, Deputy _____ was assigned to Courtroom 120 with Commissioner _____. Commissioner _____ stepped-back defendant _____ While Deputy _____ was searching _____ he discovered a box cutter with a retractable razor. Deputy _____ seized the box cutter and _____ was placed in the cell. Deputy _____ took the box cutter to the metal detector and waived it through to see if it would set off the metal detector. The metal detector did not go off. Deputy _____ went down to the supervisor's office and reported the incident.

**SIGNATURE OF PREPARER:**

**U.S. Department of Justice**
United States Marshals Service



## FIELD REPORT

| TITLE OF REPORT: | DATE OF INCIDENT: May 6 1999<br>TIME:0945 | REPORT BY:DUSM ▮▮▮▮▮▮ |
|---|---|---|
| | REPORTING DISTRICT:    Superior Court, District of Columbia | |

| TYPE OF INCIDENT: Location of contraband | LOCATION: Superior Court Cellblock |
|---|---|

OFFENDER NAME: ▮▮▮▮▮▮q        DOB:▮▮▮▮▮        PDID:_____        DCDC: _____

RACE:_Black____ SEX: _Male_____ FBI NUMBER: _____

ORIGINAL OFFENSE: Fugitive from justice
_____

JUDGE / SENTENCE: _____

DATE IMPOSED: _____ TYPE OF PRISONER: Lock-up_____ INSTITUTION: _____

RELEASE DATE: _____

NOTIFICATION MADE TO: _____

NARRATIVE DESCRIPTION OF INCIDENT: While conducting a search of ▮▮▮▮▮ ▮▮▮ lock-up number 52, DUSM ▮▮▮▮▮discovered 22 bags of rock like substance and 1 bag of a crushed substance.  The bags were hidden under the insoles of ▮▮▮▮▮S shoes. ▮▮▮▮▮ was then separated and strip searched. ▮▮▮▮▮ was a lock-up from 6th District ▮▮▮▮▮▮▮ was then picked up from Marshals cell block and transported to 6th District by Officer▮▮▮▮.

_____

CONTINUED ON ___ ATTACHED PAGES

| SIGNATURE OF PREPARER:<br>▮▮▮▮▮▮ | DATE:<br>May 06 1999 | DISTRIBUTION<br>___ DISTRICT |
|---|---|---|
| APPROVED (Name and Title)<br>▮▮▮▮▮▮ | DATE:<br>5/6/99 | ___ HEADQUARTERS<br>___ OTHER |

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

This report is the property of the United States Marshals Service.
Neither it nor its contents may be disseminated outside the agency to which loaned.
FOR OFFICIAL USE ONLY

5450

*"u SMM"*



**U.S. Department of Justice**
United States Marshals Service

## FIELD REPORT

| | | |
|---|---|---|
| TITLE OF REPORT: Court Security Officers (CSO) failure to detect O/C | DATE OF INCIDENT: 3/25/99<br>TIME: 1300 | REPORT BY: DUSM ▓▓▓▓▓▓ |
| | REPORTING DISTRICT: Superior Court, District of Columbia | |

| | |
|---|---|
| TYPE OF INCIDENT: Contraband Seizure | LOCATION: Adult Cellblock |

NARRATIVE DESCRIPTION OF INCIDENT

On 3/25/99 at approximately 1300 hours, DUSM ▓▓▓▓▓ was in the cellblock returning a prisoner to the custody of the cellblock. DUSM ▓▓▓▓ observed two cans of "Halt Dog Repellent" laying on the lockup desk. Each can held 1.5 ounces and appeared completely full. The primary, active ingredient is CAPSAICIN. The cans were taken from the purse of ▓▓▓▓▓ a stepback from courtroom 119. The cans were seized as contraband as a result of a search incident to an arrest. I interviewed ▓▓▓▓▓ and learned that she entered the courthouse at the eastern entrance on Indiana Avenue at approximately 1200 hours. ▓▓▓ told DUSM ▓▓▓▓ that she had entered the courthouse and laid her purse (which contained the two cans of Dog Repellent) on the conveyer belt of the X-ray machine. ▓▓▓▓ went through the Magnetometer and retrieved her purse after it had been X-rayed. ▓▓▓ stated that at no time did a CSO or any other individual touch her bag before or after the x-ray process. ▓▓▓ also stated that at no time did a CSO or any other individual ask to inspect her bag.

| SIGNATURE OF PREPARER:<br>▓▓▓▓▓▓▓ | DATE:<br>25 March 1999 | DISTRIBUTION<br>__ DISTRICT |
|---|---|---|
| APPROVED (Name and Title)<br>▓▓▓▓▓▓▓ | DATE:<br>3/25/1999 | __ HEADQUARTERS<br>__ OTHER |

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which loaned.**
**FOR OFFICIAL USE ONLY**

**U.S. Department of Justice**
United States Marshals Service



## FIELD REPORT

| TITLE OF REPORT: Contraband | DATE OF INCIDENT:<br>TIME: 0745 | REPORT BY: DEO ▮▮▮▮▮ |
|---|---|---|
| | REPORTING DISTRICT: Superior Court, District of Columbia | |

TYPE OF INCIDENT: C S A          LOCATION: Search Room in cellblock

OFFENDER NAME: ▮▮▮▮▮     DOB: ▮▮▮▮     PDID: ▮▮▮▮     DCDC: _____

RACE: Black     SEX: male     FBI NUMBER: _____

ORIGINAL OFFENSE: UCSA Possision Drug Paraphona

JUDGE / SENTENCE: _____

DATE IMPOSED: _____   TYPE OF PRISONER: _____   INSTITUTION: _____

RELEASE DATE: _____

NOTIFICATION MADE TO: _____

NARRATIVE DESCRIPTION OF INCIDENT: At appoximately 0745 while searching Lockup #40 (▮▮▮▮▮ pdid # ▮▮▮▮) I discovered a clear ziplock bag containing a green leafy substance. M.P.D. was Notified And the inmate was transported to M.P.D to be charged with possision of a controlled substance.

CONTINUED ON ___ ATTACHED PAGES

| SIGNATURE OF PREPARER: ▮▮▮▮▮ | DATE: 3/24/99 | DISTRIBUTION<br>✓ DISTRICT<br>___ HEADQUARTERS<br>___ OTHER |
|---|---|---|
| APPROVED (Name and Title) ▮▮▮▮▮ | DATE: 3-24-99 | |

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

This report is the property of the United States Marshals Service.
Neither it nor its contents may be disseminated outside the agency to which loaned.
FOR OFFICIAL USE ONLY

U.S. Department of Justice
United States Marshals Service



## FIELD REPORT

| | | |
|---|---|---|
| TITLE OF REPORT: Report of Incident | DATE OF INCIDENT: 02/17/99 | REPORT BY: ███████ DUSM |
| | REPORTING DISTRICT:  Superior Court, District of Columbia | |

| | |
|---|---|
| TYPE OF INCIDENT: Contraband Seizure | LOCATION: CT 317 |

OFFENDER NAME: ████████d      DOB: _____ PDID: ████ ___ DCDC: _____

RACE:____B_____ SEX:_____M_____ FBI NUMBER: _____

ORIGINAL OFFENSE: _____Posession of Majajuana_____

JUDGE / SENTENCE: Judge Jackson _____

DATE IMPOSED: _____ TYPE OF PRISONER: __Step Back_____ INSTITUTION: ___DC Jail_____

RELEASE DATE: _____

NOTIFICATION MADE TO: __SDUSM Hedgepeth_____

NARRATIVE DESCRIPTION OF INCIDENT: ____While searching a Step-Back in courtroom 317 a small zip lock bag containing a green plant material was recovered from the coat pcket of ████████ ██████████ stated that he forgot that he had the bag in his pocket. DUSM █████ notified SDUSM ████████ of the item. SDUSM █████ stated that there was not enough material for testing and to destoy the material.

_____

_____

_____

| SIGNATURE OF PREPARER: ████████ | DATE: 02/17/99 | DISTRIBUTION __ DISTRICT __ HEADQUARTERS __ OTHER |
| APPROVED (Name and Title) SDUSA ████████ | DATE: 2-17-99 | |

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

This report is the property of the United States Marshals Service.
Neither it nor its contents may be disseminated outside the agency to which loaned.
FOR OFFICIAL USE ONLY

U.S. Department of Justice
United States Marshals Service

FIELD REPORT

Superior Court, District of Columbia

TYPE OF INCIDENT:                                          LOCATION:

OFFENDER NAME: ███████████    DOB: ████    PDID: ███████    DCDC: _____

RACE: Black  SEX: Male    FBI NUMBER: _____

ORIGINAL OFFENSE: Theft from Auto I _____

JUDGE / SENTENCE: _____

DATE IMPOSED: _____    TYPE OF PRISONER: Lock Up    INSTITUTION: DC/SC

RELEASE DATE: _____

NOTIFICATION MADE TO: _____

NARRATIVE DESCRIPTION OF INCIDENT:

2 needles were found in the liner of ████████s
Jacket sleeve during a search. A strip search was
conducted and nothing else was found.

CONTINUED ON ___ ATTACHED PAGES

SIGNATURE OF PREPARER ███████████    DATE: 2/6/99

APPROVED (Name and Title) ███████████    DATE: 2/6/99

DISTRIBUTION

___ DISTRICT
___ HEADQUARTERS
___ OTHER

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

This report is the property of the United States Marshals Service.
Neither it nor its contents may be disseminated outside the agency to which loaned.
FOR OFFICIAL USE ONLY



**U.S. Department of Justice**
United States Marshals Service

## FIELD REPORT

| | | |
|---|---|---|
| TITLE OF REPORT: Report of Incident | DATE OF INCIDENT: 2/2/99<br>TIME: 1130 | REPORT BY: DUSM █ |
| | REPORTING DISTRICT:  Superior Court, District of Columbia | |

| | |
|---|---|
| TYPE OF INCIDENT: Contraband Seizure | LOCATION: CT 112 |

OFFENDER NAME: ███████___  DOB: ████___  PDID: ████___  DCDC: ___257-334___

RACE:___B___  SEX:___M___  FBI NUMBER: ___1458PA41_____

ORIGINAL OFFENSE: ____FTA for Status Hearing;  Paternity and Support_____

JUDGE / SENTENCE: __Judge█_____

DATE IMPOSED: __2/2/99___  TYPE OF PRISONER: __Step Back_____  INSTITUTION: __DC Jail____

RELEASE DATE: _____

NOTIFICATION MADE TO: __SDUSM Surles, Barry_____

NARRATIVE DESCRIPTION OF INCIDENT: ____While searching a Step-Back in courtroom 112 a knife; ████ folding lockback was recovered from ████ waistband.  ████ stated that he had left a bag at the Indiana ave. east side entrance where he entered the building at approximately 0900 am.  I went to that location and retrieved the property.  While searching ████ s bag three other knifes ranging from 7" to 5" unfolded were recovered and  I immediately showed them to the CSO's at that location.  I returned the knives to the backpack and the backpack was reentered into the X-Ray machine, where they were spotted immediately by the attending CSO.  I then checked the knife found on ████ belt via the Magnetometer, it also activated the alarm.  I returned to court room 112 and Judge ████ stated she had notified the CSO supervisor who reponded, and was briefed on what had taken place.  SDUSM ████ was notified and photos were made of the contraband.  The knives were annotated on form USM-112 and turned over to CSO ████  No further actions were taken._____

_ATT: 1 Color polaroid picture attached._____

CONTINUED ON ___ ATTACHED PAGES

| | | |
|---|---|---|
| SIGNATURE OF PREPARER:<br>████████ | DATE:<br>2/2/99 | DISTRIBUTION<br>✓ DISTRICT |
| APPROVED (Name and Title)<br>████████ | DATE:<br>2/3/99 | __ HEADQUARTERS<br>__ OTHER |

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

5

U.S. Department of Justice
United States Marshals Service

**FIELD REPORT**



| TITLE OF REPORT: Contraband Discovery | DATE OF INCIDENT: 01-20-99  TIME: 0720 | REPORT BY: ███████ |
|---|---|---|
| | REPORTING DISTRICT: Superior Court, District of Columbia | |

TYPE OF INCIDENT: Discovery of Hidden Razor Blade    LOCATION: Cell Block

OFFENDER NAME: ███████    DOB: _____    PDID: _____    DCDC: ██████

RACE: B    SEX: M    FBI NUMBER: _____

ORIGINAL OFFENSE: _____

JUDGE / SENTENCE: _____

DATE IMPOSED: _____    TYPE OF PRISONER: _____    INSTITUTION: OCC

RELEASE DATE: _____

NOTIFICATION MADE TO: SDUSM ███████ & SDEO ███████

NARRATIVE DESCRIPTION OF INCIDENT:

_____

During a routine search of incoming OCC prisoners

I found a razor blade hidden beneath the inside

sole of a prisoner's boot - The prisoner, identified as

███████ denied the razor was his, and claimed that he

recently had received the boots                    CONTINUED ON __ ATTACHED PAGES

| SIGNATURE OF PREPARER: ███████ | DATE: 01/20/99 | DISTRIBUTION |
|---|---|---|
| APPROVED (Name and Title) ███████ | DATE: 1-20-99 | __ DISTRICT  __ HEADQUARTERS  __ OTHER |

SDUSM

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

This report is the property of the United States Marshals Service.
Neither it nor its contents may be disseminated outside the agency to which loaned.
FOR OFFICIAL USE ONLY

Date: 12/21/98

Reply To  UNITED STATES MARSHALS SERVICE
Attn of: DUSM ████████████████████

Subj: **CERTIFICATE OF DESTRUCTION**

To: FILE: _RE: JUVENILE_ ██████████████████

CASE NO: _____

CASE TITLE: _FOUND CONTRABAND_

We certify that on ____12/21/98____ the following items were destroyed and the undersigned individuals did personally observe this destruction and by our signature below do attest to this.

Items were destroyed in the following manner: _ZIP WAS DISPOSED OF IN THE TOILET. RAZOR WAS PLACED IN TRASH._

at _JUVENILE CELLBLOCK_____

___2___ (1) Items listed separately

_____ (2) Items destroyed are listed in separate attachment.

**WITNESSES:**

_████████████████████████████__DUSM__
DUSM

_____
DUSM




U.S. Department of Justice
United States Marshals Service

## FIELD REPORT

| TITLE OF REPORT:<br>FOUND CONTRABAND | DATE OF INCIDENT:<br>TIME: 1230 PM | REPORT BY:<br>DUSM ▓▓▓▓▓ |
|---|---|---|
| | REPORTING DISTRICT:   Superior Court, District of Columbia | |

TYPE OF INCIDENT: **FOUND CONTRABAND ON MALE JUVENILE BROUGHT BY MPD 4TH DISTRICT**
**LOCATION: JUVENILE CELLBLOCK**

OFFENDER NAME: ▓▓▓▓▓      DOB: ▓▓▓▓      PDID: ▓▓▓▓▓      DCDC: _____

RACE: ___B___  SEX: ___M___   FBI NUMBER: _____

ORIGINAL OFFENSE: __POSSESSION OF MARIJUANA_____

JUDGE / SENTENCE: _____

· DATE IMPOSED: _____  TYPE OF PRISONER: _____  INSTITUTION: _____

RELEASE DATE: _____

NOTIFICATION MADE TO: __SDUSM ▓▓▓▓▓ _____

NARRATIVE DESCRIPTION OF INCIDENT:  _UPON RECEIPT AND INITIAL SEARCH OF JUVENILE, DUSM
FOUND A  SMALL RED ZIP CONTAINING A WHITE ROCK LIKE SUBSTANCE IN JV FRONT RIGHT
SMALL JEANS POCKET. DUSM ALSO RECOVERED A SINGLE EDGE RAZOR BLADE IN FRONT
RIGHT POCKET.

CONTINUED ON ___ ATTACHED PAGES

| SIGNATURE OF PREPARER: ▓▓▓▓▓ | DATE:<br>12/21/98 | DISTRIBUTION |
|---|---|---|
| APPROVED (Name and Title) ▓▓▓▓▓ | DATE:<br>12/21/98 | _X_ DISTRICT 7<br>___ HEADQUARTERS<br>___ OTHER |

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

**This report is the property of the United States Marshals Service.**



U.S. Department of Justice
United States Marshals Service

# FIELD REPORT



| TITLE OF REPORT<br>CELL BLOCK SECURITY | DATE OF INCIDENT<br>9/27/04 | REPORT BY<br>DUSM ██████ |
|---|---|---|
| | REPORTING DISTRICT<br>SC/DC | |

TYPE OF INCIDENT
CONTRABAND ON PRISONER

NARRATIVE DESCRIPTION OF INCIDENT
ON 9-27-04 AT APPROXIMATELY 0630 DUSM ████ WAS ASSIGNED TO THE CELL BLOCK TO CONDUCT
PRISONER SEARCHES AND PROVIDE CELL BLOCK SECURITY. AT APPROXIMATELY 0735 DUSM ████
CONDUCTED A SEARCH ON MPD LOCK-UP # 69███████████{DOB:███████. WHILE DUSM █
SEARCHED THE PRISONER HE DISCOVERED TWO {2} METAL SLABS/SHANKS IN THE PRISONERS SHOES. DUSM
████ IMMEDIATELY CONFISCATED THE CONTRABAND AND INFORMED SDUSM████████F THE INCIDENT.
DUSM ████COMPLETED THE PROPER PAPERWORK AND TURNED THE PAPERWORK OVER TO SDUSM████████

CONTINUED ON _____ ATTACHED PAGES

| SIGNATURE OF PREPARER: ██████████ | DATE:<br>9-27-04 | DISTRIBUTION:<br>☐ DISTRICT |
|---|---|---|
| APPROVED (Name and Title) | DATE: | ☐ HEADQUARTERS<br>☐ OTHER: _____ |

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which it is loaned.**
**FOR OFFICIAL USE ONLY**

USM Form-210
Rev. 05/95
Automated 02/01
Earlier editions are obsolete

U.S. Department of Justice
United States Marshals Service

# FIELD REPORT



| TITLE OF REPORT | DATE OF INCIDENT | REPORT BY |
|---|---|---|
| | 9/22/04 | DUSM ███████ |
| Prisoner Contraband | REPORTING DISTRICT | |
| | DC/SC | |

| TYPE OF INCIDENT |
|---|
| Contraband seizure |

**NARRATIVE DESCRIPTION OF INCIDENT**

On September 22, 2004 at approximately 0710 hours, while searching incoming jail inmates in the Superior Court cellblock, DUSM ███████ recovered (2) steel plates from the shoe soles of prisoner ███████████ (DCDC # ███████). The steel plates were attached to the underside of the hard sole of ███████ black Nike ACG boots. These plates are a standard component of the boots, most likely included in their construction to provide support and rigidity to the shoe sole. These boots, along with similarly constructed Timberland work boots, are a popular item amongst many District of Columbia inmates. The plates pose a significant hazard in that they have sharp edges that could potentially be filed down and/or bonded together to create an even more dangerous weapon than if used individually. Additionally, the plates found in ███████ boots were rusty and corroded, posing an additional threat if used as a weapon. One of these plates has been included with this document to illustrate the threat it poses to DUSMs and other courthouse personnel.

CONTINUED ON ____ ATTACHED PAGES

| SIGNATURE OF PREPARER: | DATE: | DISTRIBUTION: |
|---|---|---|
| DUSM ███████ | 9/22/04 | ☐ DISTRICT |
| APPROVED (Name and Title) | DATE: | ☐ HEADQUARTERS |
| | | ☐ OTHER: _____ |

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which it is loaned.**
**FOR OFFICIAL USE ONLY**

U.S. Department of Justice
United States Marshals Service

# FIELD REPORT



| TITLE OF REPORT | DATE OF INCIDENT | REPORT BY |
|---|---|---|
| CELL BLOCK SECURITY | 9-15-04 | DUSM ▮▮▮ |
| | REPORTING DISTRICT | |
| | SC/DC | |

TYPE OF INCIDENT
CONTRABAND ON PRISONERS

NARRATIVE DESCRIPTION OF INCIDENT
ON 9-15-04 AT APPROXIMATELY 0630 DUSM ▮▮▮ WAS ASSIGNED TO THE CELL BLOCK TO CONDUCT PRISONER SEARCHES AND PROVIDE CELL BLOCK SECURITY. AT APPROXIMATELY 0745 DUSM ▮▮▮ CONDUCTED A SEARCH ON A CDF INMATE ▮▮▮▮▮▮ (DCDC: ▮▮▮). WHILE CONDUCTING THE SEARCH DUSM ▮▮▮ FOUND A METAL SHANK IN THE PRISONERS SHOE. DUSM ▮▮▮ CONDUCTED A SEARCH ON ANOTHER CDF INMATE ▮▮▮▮▮ (DCDC: ▮▮▮ AND DISCOVERED THAT IN THE PRISONERS SHOES WERE TWO METAL SLABS SHANKS. THE CONTRABAND WAS TAKEN FROM THE PRISONERS AND SDUSM ▮▮▮ WAS INFORMED OF THE INCIDENT. THE PROPER PAPERWORK WAS COMPLETED AND TURNED IN TO SDUSM SURLES.

CONTINUED ON _____ ATTACHED PAGES

| SIGNATURE OF PREPARER | DATE: 9-15-04 | DISTRIBUTION: ☐ DISTRICT |
|---|---|---|
| | | ☐ HEADQUARTERS |
| APPROVED (Name and Title) | DATE: 9/15/04 | ☐ OTHER: _DOC_ |

This report is the property of the United States Marshals Service.
Neither it nor its contents may be disseminated outside the agency to which it is loaned.
FOR OFFICIAL USE ONLY

USM Form-210
Rev. 05/95
Automated 02/01
Earlier editions are obsolete

U.S. Department of Justice
United States Marshals Service

# FIELD REPORT



| TITLE OF REPORT<br>CELL BLOCK SECURITY | DATE OF INCIDENT<br>09-14-04 | REPORT BY<br>DUSM ▆▆▆ |
|---|---|---|
| | REPORTING DISTRICT<br>SC/DC | |

TYPE OF INCIDENT
CONTRABAND ON PRISONER

NARRATIVE DESCRIPTION OF INCIDENT
ON 9-14-04 AT APPROXIMATELY 0630 DUSM ▆▆▆ WAS ASSIGNED TO THE CELL BLOCK TO CONDUCT PRISONER SEARCHES AND PROVIDE CELL BLOCK SECURITY. AT APPROXIMATELY 0730 DUSM ▆ CONDUCTED A SEARCH OF CDF INMATE ▆▆▆▆ {DCDC: ▆▆▆}. UPON SEARCHING THE PRISONER DUSM ▆▆▆ FOUND TWO METAL SLABS {SHANKS} IN THE PRISONERS SHOES. THE CONTRABAND WAS TAKEN AND REPORTED TO SDUSM ▆▆▆ THE PROPER PAPERWORK WAS COMPLETED AND TURNED INTO SDUSM ▆▆▆

CONTINUED ON ____ ATTACHED PAGES

| SIGNATURE OF PREPARER: ▆▆▆ | DATE:<br>9-14-04 | DISTRIBUTION:<br>☒ DISTRICT |
|---|---|---|
| APPROVED (Name and Title) ▆▆▆ | DATE:<br>9-14-04 | ☐ HEADQUARTERS<br>☐ OTHER: DDC |

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which it is loaned.**
**FOR OFFICIAL USE ONLY**

USM Form-210<br>Rev. 05/95<br>Automated 02/01<br>Earlier editions are obsolete

U.S. Department of Justice
United States Marshals Service



# FIELD REPORT

| TITLE OF REPORT | DATE OF INCIDENT | REPORT BY |
|---|---|---|
| Courtroom Security Breach | 3/10/2005 | DUSM ▮▮▮▮▮ |
| | REPORTING DISTRICT | |
| | Superior Court of the District of Columbia | |

**TYPE OF INCIDENT**
6" knife found on a Step Back

**NARRATIVE DESCRIPTION OF INCIDENT**
On 3/10/2005; DUSM ▮▮▮▮▮ was assigned to Courtroom 210, Judge ▮▮▮▮▮▮▮▮ who conducts misdemeanor matters. DUSM ▮▮▮▮▮ was ordered by the Judge to place defendant ▮▮▮▮▮ into USMS Custody after his hearing. DUSM ▮▮▮▮ escorted ▮▮▮▮ into the back holding area of the courtroom. While conducting the search of ▮▮▮▮▮, DUSM ▮▮▮▮ discovered a 6" knife hidden in ▮▮▮▮▮'s back pocket. DUSM ▮▮▮▮ immediately restrained ▮▮▮▮ and placed him in a holding cell. DUSM ▮▮▮▮ notified the duty Court Support Supervisor ▮▮▮▮▮▮ and was asked to write a incident report on the situation. The knife was taken into custody and was then properly disposed of.

☐ CONTINUED ON ___ ATTACHED PAGES

| SIGNATURE OF PREPARER: | DATE: 3/11/05 | DISTRIBUTION: ☐ DISTRICT |
|---|---|---|
| APPROVED (Name and title) | DATE: 3/11/05 | ☐ HEADQUARTERS ☐ OTHER: _____ |

**This report is the property of the United States Marshals Service.
Neither it nor its contents may be disseminated outside the agency to which it is loaned.
FOR OFFICIAL USE ONLY**

**U.S. Department of Justice**
**United States Marshals Service**



# FIELD REPORT

| TITLE OF REPORT | DATE OF INCIDENT<br>09 March 2005 | REPORT BY<br>DUSM █████████ |
|---|---|---|
| | REPORTING DISTRICT<br>DC/SC | |

| TYPE OF INCIDENT |
|---|
| Contraband Found and Destroyed |

**NARRATIVE DESCRIPTION OF INCIDENT**

On 09 March 2005 in Courtroom 221 presiding Judge ████, DUSM ██████ recovered 2 small zips of green weed like substance.  At aproximately 0930 hours in case ██████ defendant ████████ was ordered into custody by Judge ████ on a probation violation.  DUSM ████ stepped Mr. ████ behind the courtroom and proceeded to conduct an in-custody search.  DUSM ████ directed Mr. ████ to remove his coat and all property from and contents within his pockets.  DUSM ████ felt something in the right back pocket of Mr. ███████.  DUSM ████ opened the pocket to view the contents to observe two small zips of a green weed like substance.  DUSM ████ removed the two small zips and finished the in-custody search.

DUSM ████ reported the recovery of the contraband to SDUSM ████ at 1100 hours.  SDUSM ████ instructed DUSM ████ to destroy the items.  DUSM ████ and SDUSM ████ proceeded to the restroom located in the Court Support Section and flushed the items.  SDUSM witnessed the destruction at 1110 hours.

☐ CONTINUED ON ___ ATTACHED PAGES

| SIGNATURE OF PREPARER:<br>████████████ | DATE:<br>09 MAR 2005 | DISTRIBUTION:<br>☐ DISTRICT |
|---|---|---|
| APPROVED (Name and Title)<br>████████████ | DATE:<br>3-9-05 | ☐ HEADQUARTERS<br>☐ OTHER: _____ |

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which it is loaned.**
**FOR OFFICIAL USE ONLY**

Earlier editions are obsolete.

USM Form-210
Rev. 04/03

U.S. Department of Justice
United States Marshals Service

# FIELD REPORT



| TITLE OF REPORT | DATE OF INCIDENT | REPORT BY |
|---|---|---|
| Possession of controlled substance | 02-17-05 | DUSM ███████ |
| | REPORTING DISTRICT | |
| | Washington DC Superior Court | |

| TYPE OF INCIDENT |
|---|
| Possession of controlled substance (Cocaine) ███████ PDID ███████ |

**NARRATIVE DESCRIPTION OF INCIDENT**

On 16FEB05, at approximately 0930, DUSM ███████ executed a traffic warrant on ███████ in DC Superior Courtroom 212. DUSM ███████ learned of the warrant through Pretrial Services, which he immediately varified via telephone, and placed ███████ under arrest. DUSM ███████ then escorted ███████ to the holding cells in the rear of the courtroom. Prior to placing ███████ in a cell, DUSM ███████ took possession of ███████ coat at his request, and conducted a search incident to arrest of his person. Among items recovered were 1 black in color winter coat, $76.00 in U.S currency, 2 shoe laces, and a yellow in color ring with 1 small, clear stone mounted in it. DUSM ███████ then secured his property in a closet under the clerks desk to be mailed out to an address provided by ███████.

At approximately 1230, during a court recess, DUSM ███████ conducted a search of ███████ coat and recovered from an inside left pocket, a clear ziplock which held 19 red, and green in color zip locks, each containing a white rock-like substance. Among other items recovered were a cellphone, and a lighter. DUSM ███████ then notified SDUSM ███████ and advised him of the recovered items. SDUSM ███████ arrived on scene at approximately 1235, and advised DUSM ███████ that he had contacted a DUSM from the warrant squad to assist.

At approximately 1245, ███████ was escorted to the USMS cell block by DUSM ███████ for processing. DUSM ███████ then placed recovered items in an envelope and secured it in his locker.

At approximately 1435, DUSM ███████ from the warrant squad met with DUSM ███████, at which time DUSM ███████ turned over the recovered items via a chain of custody form. DUSM ███████ then field tested the contents of a single ziplock of the white rock-like substance, which revealed a positive reaction for the presence of cocaine.

CONTINUED ON ____ ATTACHED PAGES

| SIGNATURE OF PREPARER: *DUSM* ███████ | DATE: 02/17/05 | DISTRIBUTION: ☐ DISTRICT |
|---|---|---|
| APPROVED (Name and Title) | DATE: | ☐ HEADQUARTERS |
| | | ☐ OTHER: _____ |

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which it is loaned.**
**FOR OFFICIAL USE ONLY**

USM Form-210
Rev. 05/95
Automated 02/01
Earlier editions are obsolete

United States Department of Justice
United States Marshals Service



---

# REPORT OF INVESTIGATION

Page___ of___

| 1. CASE # | 2. DATE OF REPORT | 3. REPORTED |
|---|---|---|
| N/A | 1/14/05 | BY:  DUSM ▐▐▐ |

| 4. CASE TITLE | AT:  12:00 pm |
|---|---|
| N/A | |

5. OTHER DEPUTIES:
DEO ▐▐

6. TYPE OF REPORT *(Check One)*:

☐ REPORT OF ELECTRONIC INTERCEPTION          ☐ ARREST
☐ COLLATERAL LEAD                            ☐ INTELLIGENCE UPDATE
☐ WITNESS INTERVIEW                          ☐ MEMORANDUM TO FILE
                                             ☒ OTHER

---

On or about January 14th 2005 at about 11:00 hours, I responded to courtroom 116 to a call for assistance. Upon my arrival in courtroom 116, I was advised that there had been an altercation between two prisoners. SDUSM ▐▐▐ advised me to take the aggressor in the scuffle, ▐▐▐▐▐▐ n (PDID ▐▐▐▐), down to the cellblock and strip search him. I took ▐▐▐▐▐▐▐ down to the cellblock and asked DEO ▐▐▐ to assist me in the strip search. I then strip searched Mr. ▐▐▐▐ as per my training and our policy on said procedure. I found several items on Mr. ▐▐▐ that could have been used as weapons. I found two, ridged pieces of plastic in his shoes. One of the pieces was loose and easily accessible the other was glued in place. I secured the objects in an envelope and turned them over to SDUSM ▐▐▐

---

| 7. SIGNATURE (DUSM) | 8. DATE | 11. DISTRIBUTION |
|---|---|---|
| ▐▐▐▐▐▐▐▐▐ | 1/14/05 | ☐ DISTRICT |
| | | ☐ HEADQUARTERS |
| 9. APPROVED (Name and Title) | 10. DATE | ☐ OTHER _____ |
| | | |

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE NEITHER IT NOR ITS
CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

USM FORM-11
(Rev. 4/90)
Automated 10/00
(Replaces USM-210)

U.S. Department of Justice
United States Marshals Service

# FIELD REPORT



| TITLE OF REPORT<br>CELL BLOCK SECURITY | DATE OF INCIDENT<br>9-24-04 | REPORT BY<br>DUSM ■■■■■ |
|---|---|---|
| | REPORTING DISTRICT<br>SC/DC | |

TYPE OF INCIDENT
CONTRABAND ON PRISONERS

NARRATIVE DESCRIPTION OF INCIDENT
ON 9-24-04 AT APPROXIMATELY 0630 DUSM ■■■■■ WAS ASSIGNED TO THE CELL BLOCK TO CONDUCT PRISONER SEARCHES AND PROVIDE CELL BLOCK SECURITY. AT APPROXIMATELY 0725 DUSM ■■■■■ CONDUCTED A SEARCH OF CDF INMATE ■■■■■■■■■■ {DCDC: ■■■■■}. WHILE DUSM■■■■■ CONDUCTED THE SEARCH ON THE PRISONER DUSM ■■■■■ FOUND ONE {1} METAL SLAB/SHANK IN THE PRISONERS SHOE. DUSM ■■■■■ CONFISCATED THE CONTRABAND AND INFORMED SDUSM ■■■■■ OF THE INCIDENT. THE PROPER PAPERWORK WAS COMPLETED AND TURNED INTO SDUSM RIVERS.

CONTINUED ON ____ ATTACHED PAGES

| SIGNATURE OF PREPARER | DATE:<br>9-24-04 | DISTRIBUTION:<br>☐ DISTRICT |
|---|---|---|
| APPROVED (Name and Title) | DATE: | ☐ HEADQUARTERS<br>☐ OTHER: _____ |

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which it is loaned.**
**FOR OFFICIAL USE ONLY**

USM Form-210
Rev. 05/95
Automated 02/01
Earlier editions are obsolete

U.S. Department of Justice
United States Marshals Service

# FIELD REPORT



| TITLE OF REPORT | DATE OF INCIDENT | REPORT BY |
|---|---|---|
| CELL BLOCK SECURITY | 9/22/04 | DUSM ▓▓▓▓ |
| | REPORTING DISTRICT | |
| | SC/DC | |

**TYPE OF INCIDENT**
CONTRABAND ON PRISONER

**NARRATIVE DESCRIPTION OF INCIDENT**
ON 9/22/04 AT APPROXIMATELY 0630 DUSM ▓▓▓▓ WAS ASSIGNED TO THE CELL BLOCK TO CONDUCT PRISONER SEARCHES AND PROVIDE CELL BLOCK SECURITY. AT APPROXIMATELY 0710 DUSM ▓▓▓▓ CONDUCTED A SEARCH ON CDF INMATE ▓▓▓▓ {DCDC: ▓▓▓▓}. WHILE CONDUCTING THE SEARCH ON THE PRISONER DUSM ▓▓▓▓ FOUND ONE {1} METAL SLAB/SHANK IN THE PRISONERS SHOE. DUSM ▓▓▓▓ CONFISCATED THE CONTRABAND AND INFORMED SDUSM ▓▓▓▓ OF THE INCIDENT. THE PROPER PAPERWORK WAS COMPLETED AND TURNED INTO SDUSM ▓▓▓▓

CONTINUED ON ____ ATTACHED PAGES

| SIGNATURE OF PREPARER: ▓▓▓▓ | DATE: 9-22-04 | DISTRIBUTION: |
|---|---|---|
| | | ☐ DISTRICT |
| APPROVED (Name and Title) | DATE: | ☐ HEADQUARTERS |
| | | ☐ OTHER: _____ |

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which it is loaned.**
**FOR OFFICIAL USE ONLY**

USM Form-210
Rev. 05/95
Automated 02/01
Earlier editions are obsolete

U.S. Department of Justice
United States Marshals Service

# FIELD REPORT



| TITLE OF REPORT<br>Contraband | DATE OF INCIDENT<br>09/23/04 | REPORT BY<br>DUSM ▬▬▬▬ |
|---|---|---|
| | REPORTING DISTRICT<br>District Of Columbia Superior Court | |

TYPE OF INCIDENT
Removal Of Contraband From Prisoner

NARRATIVE DESCRIPTION OF INCIDENT
On 09/23/04 at approx 0740 will on duty in the main cell block DUSM ▬▬▬▬ removed a contrband metal shank from Prisoner ▬▬▬▬ DCDC Number ▬▬▬▬ These shank was located in the the prisoner's left shoe underneath and a part of the shoe's sole. The event occured without incident.

CONTINUED ON _____ ATTACHED PAGES

| SIGNATURE OF PREPARER:<br>▬▬▬▬ | DATE:<br>09/23/04 | DISTRIBUTION:<br>☐ DISTRICT |
|---|---|---|
| APPROVED (Name and Title) | DATE: | ☐ HEADQUARTERS<br>☐ OTHER: _____ |

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which it is loaned.**
**FOR OFFICIAL USE ONLY**

USM Form-210
Rev. 05/95
Automated 02/01
Earlier editions are obsolete

**U.S. Department of Justice**
**United States Marshals Service**



---

| **REPORT OF INVESTIGATION** | | Page 1 of 1 |
|---|---|---|
| 1. CASE# CCN#: ▮▮▮ ARREST#059906961 | 2.DATE OF REPORT 11  October 1999 | 3. REPORTED BY: USM ▮▮▮ |
| 4.CASE TITLE: Contraband found on prisoner ▮▮▮ (DOB ▮▮▮, PDID ▮▮▮ LOCK UP 52) | | AT: Superior Court Cell Block, 500 Indiana ave. NW Washington, D.C. 20001 |
| 5.OTHER DEPUTIES: Deputy U.S. Marshal ▮▮▮, ▮▮▮ | | |

**6.TYPE OF REPORT** (*Check One*):

[ ] REPORT OF ELECTRONIC INTERCEPTION          [ ] ARREST
[ ] COLLATERAL LEAD                                             [ ] INTELLIGENCE UPDATE
[ ] WITNESS INTERVIEW                                          [ ] MEMORANDUM TO FILE
                                                                            [X ] OTHER contraband

*Narrative:* On 11 October 99 at 0718 hrs., prisoner ▮▮▮ (DOB ▮▮▮, PDID ▮▮▮, Lock Up #52) was transported to the Superior Court cell block for processing for arraignment court. ▮▮▮ who was in an electric wheel chair was transferred to U.S. Marshal cellblock wheel chair and placed in cell#M-1. Deputy U.S. Marshal (DUSM) ▮▮▮ conducted an in custody search and found a medium zip lock bag of green leafy substance in his left shoe. ▮▮▮ was then placed in room A-11 were a more thorough search was conducted and five more medium zip lock bags of leafy green substance in the front toe area of ▮▮▮ left shoe were found by DUSM ▮▮▮. The green leafy substance was tested with a narcotics analysis regent kit which tested positive for THC.

---

| 7.SIGNATURE (DUSM) ▮▮▮ | 8.DATE Oct 99 | 11.DISTRIBUTION X DISTRICT |
|---|---|---|
| 9.APPROVED (*Name and Title*) ▮▮▮ | 10.DATE 10-11-99 | __ HEADQUARTERS __ OTHER _____ |

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE NEITHER
IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

USM FORM 11
(REVISED APRIL 1990)

**From:**
**To:**
**Date:**        10/12/99 11:31am
**Subject:**        monday ot

17  people @ 8 Hrs Holiday pay  = 136 Hrs
01 guard   @ 7 Hrs Regular pay
**** no DUSMs or DEOs on standby
51.0 Hours overtime

 8 Juveniles
90 adult lockups

Note ***********        found THC on wheelchair prisoner from CCB, upon completion of more intense search appx 10
ziplock bags (total #)  of THC were found in his shoes. He was returned to them for rebooking.
Memo in your box chief

```
From:        ████████████
To:          mscdc
Date:        4/16/99 8:45am
Subject:     Contraband - Lorton Imate
```

    On this date, while searching Lorton Imate ████████████ (DCDC ████████,
DUSM ████████████ located and seized a five inch shank sewn into the coat worn
by the inmate.

    DUSMs ████, ████████, ████████ and ██████ strip searched the inmate to
determine if any additional contraband was present.

    DUSM ██████ is to be commended for his performance of duty relating to
this incident.

**U.S. Department of Justice**
**United States of America**

## FIELD REPORT

| TITLE OF REPORT | DATE OF INCIDENT | REPORTED BY |
|---|---|---|
| Contraband | Sept. 19, 2002 | DEO- ▓▓▓▓ ▓▓▓▓ |

**TYPE OF INCIDENT:** Female Search

**NARRATIVE DISCRIPTION OF INCIDENT:**

On Thursday 19th day of September 2002 at approximately 10:40 a.m. I DEO ▓▓▓▓ was searching a female prisoner named ▓▓▓▓▓▓. Date of Birth ▓▓▓ PDID ▓▓▓ Charged with Slip. While performing a normal search of this prisoner I felt something between her legs, so I immediately asked her if in fact she had on a sanitary pad. She replied by say no I do not I have on a Tampax. I DEO ▓▓▓ responded and said that its know way that what I'm feeling is a tampax. So the prisoner was then escorted to the old Juvenile section of the adult cellblock and DEO ▓▓▓ and DEO ▓▓▓ performed a strip search and discovered that prisoner ▓▓▓▓▓ had crack pipe hanging from her outer vagina.    The prisoner was the handed some toilet tissue and asked to completely remove the crack pipe from her vagina at which time it was placed into an envelope.

The evidence was immediately sealed and turned over to Supervisor DEO Teeter.

▓▓▓▓▓▓▓▓                                    9/26/02

Signature of Preparer:                Date:

Jaqueline Hargrove

APPROVED ( Name and Title)         Date:

▓▓▓▓▓▓▓▓                                    9/26/02

**This report is the property of the United States Marshals Services.**

**U.S. Department of Justice**
United States Marshals Service



## FIELD REPORT

| TITLE OF REPORT: | DATE OF INCIDENT: 9/26/02 | REPORT BY: DUSM ▮▮▮▮ |
|---|---|---|
| *Contraband* | TIME: 0730hrs | |
| | REPORTING DISTRICT:   Superior Court, District of Columbia | |

TYPE OF INCIDENT:                                          LOCATION:

OFFENDER NAME: _____ DOB: _____ PDID:_____ DCDC: _____

RACE: _____ SEX: _____ FBI NUMBER: _____

ORIGINAL OFFENSE: _____

JUDGE / SENTENCE: _____

DATE IMPOSED: _____ TYPE OF PRISONER: _____ INSTITUTION: _____

RELEASE DATE: _____

NOTIFICATION MADE TO: _____

NARRATIVE DESCRIPTION OF INCIDENT:

_____

While searching the above defendant I found a crack pipe, which was aprox. 3inches in length and made of glass. The pipe was found in the lining of the defendants shirt. The pipe was turned over to the cell-block supervisor.

CONTINUED ON ___ ATTACHED PAGES

| SIGNATURE OF PREPARER: ▮▮▮▮ | DATE: 9/28/02 | DISTRIBUTION |
|---|---|---|
| APPROVED (Name and Title) ▮▮▮▮ SDUSM | DATE: 9/28/02 | ___ DISTRICT ___ HEADQUARTERS ___ OTHER |

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

This report is the property of the United States Marshals Service.
Neither it nor its contents may be disseminated outside the agency to which loaned.
FOR OFFICIAL USE ONLY

U.S. Department of Justice
United States Marshals Service



## FIELD REPORT

| | | |
|---|---|---|
| TITLE OF REPORT: Contraband / mini box cutter razor | DATE OF INCIDENT: 10/7/02 <br> TIME: 7:10 am | REPORT BY: <br> L DEO ███████████ |
| | REPORTING DISTRICT: **Superior Court, District of Columbia** | |

TYPE OF INCIDENT:               LOCATION: Adult Cell Block
Female Prisoner with mini box cutter razor    (female Block)

OFFENDER NAME: AKA ████████  DOB: ███████  PDID: ██████  DCDC: _____

RACE: Black  SEX: Female  FBI NUMBER: _____

ORIGINAL OFFENSE: Robbery (force and violent) / Theft (second degree) / Bench warrant ██████

JUDGE / SENTENCE: _____

DATE IMPOSED: 10/7/02 ___ TYPE OF PRISONER: Lock-up #3 (Female) INSTITUTION: Cellblock

RELEASE DATE: _____

NOTIFICATION MADE TO: SDEO ████████_____

NARRATIVE DESCRIPTION OF INCIDENT:

While searching Lock-up female #3 on 10/7/02
I asked her to pull down her paper jumpsuit,
She had a pair of shorts on gray in color with
cargo pockets, in her right front pocket she had a black
mini box cutter razor.

CONTINUED ON ___ ATTACHED PAGES

| | | DISTRIBUTION |
|---|---|---|
| SIGNATURE OF PREPARER: ████████████ | DATE: 10/7/02 | ✓ DISTRICT <br> ___ HEADQUARTERS <br> ___ OTHER |
| APPROVED (Name and Title): ██████████████ | DATE: 10-7-02 | |

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which loaned.**
**FOR OFFICIAL USE ONLY**



UNITED STATES GOVERNMENT

# memorandum

**DATE:** 12-5-96

**REPLY TO ATTN OF:** ████████████

Deputy US Marshal

**SUBJECT:** Contraband

**TO:** Supervisory Deputy ████████████

On December 5, 1996, at about 1100 in courtroom 202, prisoner ████████
████████, PDID #████████, DOB████████ was stepped back by Judge ████████
for a drug screening. Upon searching Mr. ████████I removed from his
person the following items: a pocket knife, a 200ML bottle of Black Watch Vodka,
and a piece of hollow metal pipe. I notified Supervisory Deputy ████████
of the preceeding facts. Mr. ████████ was held and sent to the D.C. jail.
the items found on Mr. ████████ were turned over to Judge████████ on
12-5-96.



Deputy US Marshal

UNITED STATES GOVERNMENT

# MEMORANDUM

DATE:    9 September 1998

TO:    Supervisory Deputy U.S. Marshal ██████████

FROM:    Deputy U.S. Marshal ███████

SUBJECT:    Lock-up search

On the morning of 9 Sept 98 at approximately 0730, while searching US Lock-up #17 ████████████; DOB ████████ SSN ███████, PDID ████████DCDC ████████ Dusm ███████ found one handcuff key inside the right front pants pocket of ███████████████████ who was locked up for Violation of CPO Order, stated that "He found the key yesterday on the ground before he got picked up by 4D".



5450

**U.S. Department of Justice**
United States Marshals Service



### FIELD REPORT

| TITLE OF REPORT: Report of Incident | DATE OF INCIDENT: 02/17/99 | REPORT BY: ▇▇▇▇▇▇ DUSM |
|---|---|---|
| | REPORTING DISTRICT:  Superior Court, District of Columbia | |

| TYPE OF INCIDENT: Contraband Seizure | LOCATION: CT 317 |
|---|---|

OFFENDER NAME: ▇▇▇▇▇▇         DOB: _____ PDID: ▇▇▇▇ _____ DCDC: _____

RACE:____B____ SEX: ____M____ FBI NUMBER: _____

ORIGINAL OFFENSE: _____Posession of Majajuana_____

JUDGE / SENTENCE: Judge ▇▇▇ _____

DATE IMPOSED: _____ TYPE OF PRISONER: __Step Back_____ INSTITUTION: ___DC Jail_____

RELEASE DATE: _____

NOTIFICATION MADE TO: __SDUSM ▇▇▇▇_____

NARRATIVE DESCRIPTION OF INCIDENT: ___While searching a Step-Back in courtroom 317 a small zip lock bag containing a green plant material was recovered from the coat pcket of ▇▇▇▇▇▇▇▇▇▇▇ stated that he forgot that he had the bag in his pocket. DUSM ▇▇▇ notified SDUSM ▇▇▇▇▇ of the item. SDUSM ▇▇▇▇ stated that there was not enough material for testing and to destoy the material.

_____

_____

_____

| SIGNATURE OF PREPARER: ▇▇▇▇▇▇ | DATE: 02/17/99 | DISTRIBUTION |
|---|---|---|
| | | __ DISTRICT |
| | | __ HEADQUARTERS |
| APPROVED (Name and Title)  SDUSM ▇▇▇▇▇ | DATE: 2-17-99 | __ OTHER |

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which loaned.**
**FOR OFFICIAL USE ONLY**