

**U.S. Department of Justice**
United States Marshals Service

### FIELD REPORT

| TITLE OF REPORT:<br><br>Contraband Discovery | DATE OF INCIDENT: 01-20-49<br>TIME: 0720 | REPORT BY: ▓▓▓▓▓▓▓▓▓▓ |
|---|---|---|
| | REPORTING DISTRICT: Superior Court, District of Columbia | |

TYPE OF INCIDENT: Discovery of Hidden Razor Blade    LOCATION: CELL BLOCK

OFFENDER NAME: ▓▓▓▓▓▓    DOB: _____    PDID: _____    DCDC: ▓▓▓▓▓▓

RACE: B    SEX: M    FBI NUMBER: _____

ORIGINAL OFFENSE: _____

JUDGE / SENTENCE: _____

DATE IMPOSED: _____ TYPE OF PRISONER: _____ INSTITUTION: OCC

RELEASE DATE: _____

NOTIFICATION MADE TO: SDUSM ▓▓▓▓▓▓▓▓ E SDEO ▓▓▓▓▓▓▓

NARRATIVE DESCRIPTION OF INCIDENT:

During a routine search of incoming OCC prisoners,
I found a razor blade hidden beneath the inside
sole of a prisoner's boot - The prisoner, identified as
▓▓▓▓▓▓, denied the razor was his, and claimed that he
recently had received the boots

CONTINUED ON ___ ATTACHED PAGES

| SIGNATURE OF PREPARER: ▓▓▓▓▓▓ | DATE:<br>01/20/99 | DISTRIBUTION |
|---|---|---|
| APPROVED (Name and Title) ▓▓▓▓▓▓ | DATE:<br>1-20-98 | ___ DISTRICT<br>___ HEADQUARTERS<br>___ OTHER |

SDUSM

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which loaned.**
**FOR OFFICIAL USE ONLY**



**From:**
**To:**
**Date:**  2/28/03 11:31am
**Subject:**  WEAPON SEIZED IN THE CELLBLOCK

** Proprietary **

THIS MORNING, DEO _____DISCOVERED A KNIFE HIDDEN IN THE WASTEBAND AREA OF A FEMALE DEFENDANTS UNDERGARMENTS.   THE DEFENDANT WAS LOCKUP NUMBER 22 RECEIVED FROM MPD.  THE KNIFE WITH AN OPEN BLADE IS APPROXIMATELY 6    - 7 INCHES IN LENGTH.

IT IS IMPORTANT TO NOTE THAT THE CELLBLOCK WAS EXTREMELY HECTIC THIS MORNING WITH LARGE AMOUNT OF PRISONERS AND MINIMAL SUPPORT STAFF.  DEO _____WAS DILIGENT IN HER OBSERVATION OF THE DEFENDANTS PASSING THRU THE MAGNETOMETER.....THE ALARMS REPEATEDLY SOUNDED AND EACH TIME THAT THE DEFENDANT REMOVED EXTERIOR GARMENTS AND SHOES THE ALARM STILL SOUNDED.  THE DEFENDANT WAS EVASIVE IN HER RESPONSE TO DEO_____ QUESTIONS CONCERNING METAL OBJECTS.....FINALLY DURING THE SEARCH PROCESS IS WHEN DEO _____ DISCOVERED THE WEAPON....

SHE DID A GREAT JOB

**CC:**

U.S. Department of Justice
United States Marshals Service

# FIELD REPORT



| TITLE OF REPORT | DATE OF INCIDENT | REPORT BY |
|---|---|---|
| DISCOVERY OF HEROIN NEEDLE DURRING IN CUSTODY SEARCH | I MAY 03 | DUSM ▮▮▮▮▮▮ |
| | REPORTING DISTRICT | |
| | DISTRICT OF COLOMBIA/SUPERIOR COURT | |

TYPE OF INCIDENT

DISCOVERY OF HEROIN NEEDLE DURRING IN CUSTODY SEARCH

NARRATIVE DESCRIPTION OF INCIDENT
At approxamatly 0825 on the stated date DUSM▮▮▮▮▮▮▮▮ searched ▮▮▮▮▮▮▮▮ Before being searched▮▮▮
was asked by the DUSM if he had "anything on him" specifically, any needles.▮▮▮ said "NO". During the search the DUSM
recovered a needle and syringe from▮▮▮▮▮ right rear pocket. When asked about the needle and syringe▮▮▮ stated the following:

   *That it was in fact a heroin needle
   *That he was a heroin addict
   *His last heroin injection use was 30 APR 03

CONTINUED ON   0   ATTACHED PAGES

| SIGNATURE OF PREPARER: | DATE:   I MAY 03 | DISTRIBUTION: |
|---|---|---|
| | | ☒ DISTRICT |
| APPROVED (Name and Title) | DATE: | ☐ HEADQUARTERS |
| *Supervisory Deputy* | 05/01/03 | ☒ OTHER:   *MAB* |

**This report is the property of the United States Marshals Service.
Neither it nor its contents may be disseminated outside the agency to which it is loaned.
FOR OFFICIAL USE ONLY**

USM Form-210
Rev. 05/95
Automated 02/01
Earlier editions are obsolete

| JUDGE/COMMISSIONER PRESIDING: | VAN LIST FOR >>> | VAN NBR:W-0558 | PRINTED: 05/01/03 | COURT DATE: |
|---|---|---|---|---|
| OFFICER/BADGE#   TRUE NAME | | ARREST NAME | SX/RC/DOB   PDID# | |
| ARREST #   CHARGE(S) | CHG DSP | CCN# | WARRANT#   DOCKET# | USAO OF CR. |

| / 288 | | [12] | | M B | 030430- 23755 |
|---|---|---|---|---|---|
| 010300922 | PROBATION VIOLATION | LOCK UP | | 5070746393 720 | |

Metropolitan Police Dept.

M

BLACK

United States Department of Justice
United States Marshals Service

*41.5M*

*5-465*

# REPORT OF INVESTIGATION

Page__ of __

| 1. CASE # | 2. DATE OF REPORT | 3. REPORTED |
|---|---|---|
| N/A | 4-15-03 | BY: DUSM▮▮▮▮▮ |
| **4. CASE TITLE** | | AT: D.C. Superior Court |
| contraband | | |

5. OTHER DEPUTIES:

6. TYPE OF REPORT *(Check One)*:

- ☐ REPORT OF ELECTRONIC INTERCEPTION
- ☐ COLLATERAL LEAD
- ☐ WITNESS INTERVIEW

- ☐ ARREST
- ☐ INTELLIGENCE UPDATE
- ☐ MEMORANDUM TO FILE
- ☒ OTHER

While assigned to courtroom 321 on Tuesday April 15th 2003 at approximatley 1400 hours Defendant ▮▮▮▮▮▮ PDID ▮▮▮▮ in case number ▮▮▮▮▮3 was ordered into custody by Judge ▮▮▮▮▮ While searching the defendants purse and fanny pack I recovered numerous pieces of drug paraphernalia, weapons and a Social Security check in the name of ▮▮▮▮▮ from the month of March.

Included in the drug paraphernalia was an empty vile, piece of a glass pipe, filters for the glass pipe, a holder for the glass pipe and rolling papers.

The weapons included numerous cutting devices and a twelve inch ice pick type tool.

The Secret Service Washington Field Office was notified of the Social Security check.

All of the evidence listed above will be secured in a secure lock box in The Marshals Service Court Support office until further action is taken.

| 7. SIGNATURE (DUSM) | 8. DATE | 11. DISTRIBUTION |
|---|---|---|
| ▮▮▮▮▮▮▮▮ | 4/15/03 | ☒ DISTRICT |
| 9. APPROVED (Name and Title) | 10. DATE | ☐ HEADQUARTERS |
| ▮▮▮▮▮▮▮▮ | 4/15/03 | ☐ OTHER _____ |

**UNITED STATES MARSHALS SERVICE**
**THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE NEITHER IT NOR ITS**
**CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.**

USM FORM-11
(Rev. 4/90)
Automated 10/00
(Replaces USM-210)

U.S. Department of Justice
United States Marshals Service

# FIELD REPORT



| TITLE OF REPORT | DATE OF INCIDENT | REPORT BY |
|---|---|---|
| CONTRABAND RECOVERED | 04/10/03 | D.E.O. ████████ |
| | REPORTING DISTRICT | |
| | SC/DC | |

| TYPE OF INCIDENT |
|---|
| CURSORY PATDOWN |

**NARRATIVE DESCRIPTION OF INCIDENT**

At approximately 0830 hours I received a female lockup in the cellblock from the METROPOLITAN POLICE DEPARTMENT. During a cursory patdown of L-21 ████████ (pdid ██████), a razor blade was found. Upon running my hand over her sleeve's I felt a hard object in a small pocket. In the pocket was a single edge razor blade. Miss ████████ was arrested by MPD at 1600 hours on 04/09/03.

CONTINUED ON _____ ATTACHED PAGES

| SIGNATURE OF PREPARER: | DATE: | DISTRIBUTION: |
|---|---|---|
| ████████ | ██/██/03 | ☑ DISTRICT |
| APPROVED (Name and Title): | DATE: | ☐ HEADQUARTERS |
| ████████ | 2/10/03 | ☐ OTHER |

... Neither it ne

... tes Marshals Service,
... the agency to which it is loan

U.S. Department of Justice
United States Marshals Service

# FIELD REPORT



| TITLE OF REPORT | DATE OF INCIDENT | REPORT BY |
|---|---|---|
| CELLBLOCK SECURITY | 04/08/03 | DUSM ███████ |

| REPORTING DISTRICT |
|---|
| WASHINGTON DC/SUPERIOR COURT |

**TYPE OF INCIDENT**

NARCOTICS FOUND

**NARRATIVE DESCRIPTION OF INCIDENT**

On April 8th, 2003 at approximately 0845 hours, the Juvenile Cellblock received ███████ into our custody from Oak Hill for the purpose of going to court. DUSM ███████ proceeded to search ███████ and discovered a small bag of a green, weed-like substance in the lower front pocket, on the right side of his jacket. DUSM ███████ field tested the substance at 0855 hours, and got a positive reaction for the presence of THC. DUSM ███████ then placed the small bag into an evidence bag and sealed it.

CONTINUED ON _____ ATTACHED PAGES

| SIGNATURE OF PREPARER: ███████ | DATE: 4/8/03 | DISTRIBUTION: [X] DISTRICT |
|---|---|---|
| APPROVED (Name and Title) ███████ | DATE: 4/8/2003 | [ ] HEADQUARTERS  [ ] OTHER: _____ |

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which it is loaned.**
**FOR OFFICIAL USE ONLY**

USM Form-210
Rev. 05/95
Automated 02/01
Earlier editions are obsolete

**From:**

**To:**         tdillard,

**Date:**       2/21/03 4:47pm

**Subject:**    Weapon Confiscation

Dear Sirs,

I am writing to inform you that once again, building security has been breached by weapons.  On Friday afternoon 2/21 DUSMs ▓▓▓▓▓ and ▓▓▓ confiscated a 5 inch kitchen knife and a pair of scissors from a step back in courtroom 321.  This is yet another in a continual series of security breaches that has reached critical proportions.

As a district court security coordinator, I am being inundated with reports of contraband found by DUSMs on a regular basis.  It is my belief that immidiate action must be taken by the district to ensure the safety of Deputies, Judges, and the General Public.

Thank you,

▓▓▓▓▓▓▓▓▓▓DUSM

**CC:**

UNITED STATES GOVERNMENT

# memorandum

DATE: 21 February 2003

ATTN: Todd Dillard, USM
██████████h, SDUSM
██████████ll, ACDUSM
██████████ CDUSM

FROM: DUSM ██████████

SUBJECT: Confiscated Weapons

On Friday, Feb. 21st, 2003, DUSMs ████████ and ████████ reported confiscating a kitchen knife with a five inch blade, and a pair of scissors off a step back in courtroom 321. The weapons were confiscated from ████████████ PDID ████████ This is once again another instance in what has become a continual lapse of building security. The fact that weapons continue to enter the building at an alarming rate, underscores the need to immediately increase security and take any necessary steps to rectify this situation. As a court security coordinator, I have taken custody of the weapons and are in my possession along with the OC spray confiscated a week ago. I will work with DUSMs ████████ and ████████ in the coming days to prepare a formal incident report on this situation. In addition, I will make the necessary entries into the Court Security log book.

**U.S. Department of Justice**
United States Marshals Service

# FIELD REPORT



| TITLE OF REPORT<br>Contraband | DATE OF INCIDENT<br><br>01-29-2003 | REPORT BY<br><br>DUSM ▇▇▇▇▇▇ |
|---|---|---|
| | REPORTING DISTRICT<br><br>Superior Court District of Columbia | |

**TYPE OF INCIDENT**
Discovery of contraband during in-custody search

**NARRATIVE DESCRIPTION OF INCIDENT**

On the morning of Wednesday, January 29, 2003 at approximately 8:05 a.m., during early routine cellblock intake procedures, DUSM ▇▇▇▇▇▇, while conducting an in-custody search of a female lock-up prisoner, discovered drug related contraband. The in-custody search was conducted along the female cellblock hallway entry . Lock-up # 72, ▇▇▇▇▇▇, was facing the wall at the time DUSM ▇▇▇▇▇▇ conducted the search of ▇▇▇▇▇'s jacket. During the search, DUSM ▇▇▇▇▇▇ was pricked by a six inch piece of metal located on the inside pocket of ▇▇▇▇▇ jacket. Upon further investigation of the pocket's contents, DUSM ▇▇▇▇▇▇ discovered an improvised crack pipe (made out of a souvenir sized liquor bottle containing some residue and brillo pad-like material) , two books of matches, one bobby pin, and a make-up compact  containing a small packet of a white/grayish looking material broken into several small pieces. DUSM ▇▇▇▇▇▇ searched the remaining portions of the jacket, body, and shoes of ▇▇▇▇▇ and placed her into a holding cell. Sgt ▇▇▇▇ of the District of Columbia Police Department's Six-D Division was contacted and notified of the findings. The contents discovered by DUSM ▇▇▇▇▇▇ were shown to ▇▇▇▇, the cellblock supervisor at the time the incident occured.

*ARRESTING OFFICER & AUSA NOTIFIED- EVIDENCE TOT'D TO MPD 1/29/03* ▇▇▇▇

CONTINUED ON _O_ ATTACHED PAGES

| SIGNATURE OF PREPARER<br>▇▇▇▇▇▇ | DATE:<br>*01-29-03* | DISTRIBUTION:<br>☑ DISTRICT |
|---|---|---|
| APPROVED (Name and Title)<br>▇▇▇▇▇▇ *DUSM* | DATE:<br>*1-29-03* | ☐ HEADQUARTERS<br>☐ OTHER: _____ |

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which it is loaned.**
**FOR OFFICIAL USE ONLY**

USM Form-210
Rev. 05/95
Automated 02/01
Earlier editions are obsolete

U.S. Department of Justice
United States Marshals Service

# FIELD REPORT



| TITLE OF REPORT | DATE OF INCIDENT | REPORT BY |
|---|---|---|
| Supplemental Report- Contraband` | 01-29-2003 | DUSM████████████ |
| | REPORTING DISTRICT | |
| | Superior Court District of Columbia | |

TYPE OF INCIDENT
Discovery of contraband during in-custody search

NARRATIVE DESCRIPTION OF INCIDENT

This is to serve as a supplemental report to the one issued earlier regarding the discovery of drug related contraband on lock-up # 72,████████████, on the morning of January 29, 2003.
DUSM██████████on the morning of January 29, 2003 at approximately 10:00 a.m., sought the assistance of the U.S. Attorney's Office for further action.  During the U.S. Attorney's Office visit the original Metropolitan Police Officer  (██████████ involved with  lock-up # 72.  With the assistance of the U.S. Attorney, DUSM██████████ turned the evidence over to ████████████ Badge #████ and ████████ ris (Badge ████) of the Metropolitan Police Department for the application of a new charge to lock-up # 72 and custody of the contraband.

CONTINUED ON  0  ATTACHED PAGES

| SIGNATURE OF PREPARER: | DATE: 01-29-2003 | DISTRIBUTION: |
|---|---|---|
| | | ☑ DISTRICT |
| APPROVED (Name and Title) | DATE: 1-30-2003 | ☐ HEADQUARTERS |
| | | ☐ OTHER: _____ |

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which it is loaned.**
**FOR OFFICIAL USE ONLY**

USM Form-210
Rev. 05/95
Automated 02/01
Earlier editions are obsolete



BLACK

Metropolitan Police Dec Dept.
VAN NBR:7D0103          PRINTED: 01/29/03          COURT DATE: 01/29/03

JUDGE/COMMISSIONER PRESIDING:
OFFICER/BADGE#     TRUE NAME              ARREST NAME     SX/RC/DOs     PDID#
*ARREST #    CHARGE(S)          CHG DSP            SCN#  WARRANT#  DOCKET#      USAO ST  USAO CHG  PS

7 1961                                          F B
070500110 | PROSTITUTION - SOLICITING   LOCK UP |              734

Ofc. ████████████████ # ████████

2455 ALABAMA Ave SE

202 610 1325

**METROPOLITAN POLICE DEPARTMENT**
WASHINGTON, D.C.

**OFFICER**

SEVENTH DISTRICT
2455 ALABAMA AVE., S.E.
WASHINGTON, D.C.

CCN: _____
(202)-698-1500
PAGER: _____

*U.S. GOVERNMENT PRINTING OFFICE: 2001-483-545

**U.S. Department of Justice**
*United States Marshals Service*

### FEDERAL PRISONER'S PROPERTY RECEIPT

*(Instructions on Reverse)*

ITEMS RECEIVED:

| | |
|---|---|
| 1 _____ | ✓ ✓ ✓ ✓ 1 |
| 2 book matches | ✓ ✓ ✓ ✓ |
| 1 _____ | |
| 1 metal rod | ✓ ✓ ✓ ✓ |
| _____ | |

| FROM *(Name and Title)* | RECEIVING OFFICER *(Signature and Title)* | |
|---|---|---|
| **NAME OF PRISONER** | **INSTITUTION** | **DATE** |
| | | |
| **ABOVE ITEMS RETURNED** *(Signature and Title of Person Receiving)* | | **DATE** |

U.S. Department of Justice
United States Marshals Service



# FIELD REPORT

| TITLE OF REPORT | DATE OF INCIDENT | REPORT BY |
|---|---|---|
| PDID: ▓▓▓▓ <br> DOB: ▓▓▓▓▓▓ | 01/29/2003 | CIDUSM▓▓▓▓▓▓▓ |
| | REPORTING DISTRICT <br> DC Superior Court (07) | |

**TYPE OF INCIDENT**
Contaband Found on Stepback

**NARRATIVE DESCRIPTION OF INCIDENT**

On January 29, 2003, CIDUSM's ▓▓▓▓ and ▓▓▓▓ were assigned to Felony Courtroom 216 with DC Superior Court Judge ▓▓▓▓▓. At approximately 1100 hours ▓▓▓▓▓▓▓▓ appeared before Judge ▓▓ to be sentenced in case number ▓▓▓▓▓ for Operating While Impaired. Judge ▓▓ sentenced ▓▓▓▓▓ to (24) days in jail and a $200 fine. CIDUSM's ▓▓▓▓ and ▓▓ took ▓▓▓▓▓ into custody and escorted him to the holding cell area behind the courtroom. CIDUSM ▓▓▓▓ performed an in custody search of prisoner ▓▓▓▓▓ before placing him in the holding cell. During the search, CIDUSM ▓▓▓▓ recovered (two) knives from the person of ▓▓▓▓▓ One kinfe had an overall length of five and one half inches and the second knife had an overall length of four and one half inches. The incident was reported to SDUSM ▓▓▓▓▓ SDUSM ▓▓▓▓, and ACDUSM ▓▓▓▓▓▓▓

CONTINUED ON ____ ATTACHED PAGES

| SIGNATURE OF PREPARER ▓▓▓▓▓▓ | DATE: <br> January 29, 2003 | DISTRIBUTION: <br> ☒ DISTRICT |
|---|---|---|
| APPROVED (Name and Title) <br> ▓▓▓▓▓▓▓ SDUSM 1-29-03 | DATE: | ☐ HEADQUARTERS <br> ☐ OTHER: _____ |

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which it is loaned.**
**FOR OFFICIAL USE ONLY**

USM Form-210
Rev. 05/95
Automated 02/01
Earlier editions are obsolete



**U.S. Department of Justice**
**United States Marshals Service**
*District of Columbia*
*Superior Court*

**500 Indiana Ave, NW C-250**
**Washington, DC    20001**
**202-616-8600  FAX: 202-616-8666**

Charles H. Ramsey
Chief of Police
Metropolitan Police Department
300 Indiana Avenue, NW
Room 5080
Washington, DC    20001                          12/29/98

Chief Ramsey,

It has come to my attention that an excessive amount of contraband is being recovered from prisoners arriving at the U.S. Marshals Cell Block (D.C. Superior Court) from the various MPD Districts.  I have reviewed several reports generated by my staff within recent weeks.  In addition to numerous narcotics seizures, paraphernalia such as home made "crack pipes" are being confiscated all to regularly.  These pipes not only could have resulted in an additional charge by your arresting officer(s), they could have been fashioned into weapons to be used against my staff or other judicial personnel.

Within the past year, several lock-blade knives have been recovered from MPD prisoners as well.

Generally, when contraband is discovered on an MPD prisoner, the arresting officer and /or District is notified and expected to return to the USMS Cell Block to recover the contraband and in some cases the prisoner.    It is unreasonable to expect my staff to "paper" a new case on the prisoner when he/she was received from MPD custody.  My staff will continue to assist your officers by providing written reports and testimony as necessary.

I would like to avoid embarrassment for both of our agencies by eliminating the introduction of contraband into my facility by MPD prisoners.  More importantly, I want to minimize the threat of injury or other harm to our personnel and those we serve.

Todd W. Dillard
U.S. Marshal
D.C. Superior Court

ATTACHMENTS: USM-210s / USM-11

CC: Commander ██████████

UNITED STATES GOVERNMENT

# MEMORANDUM

DATE:   4 September 1998

TO:   Supervisory Deputy U.S. Marshal █████████
       Supervisory Deputy U.S. Marshal █████████

FROM:   Deputy U.S. Marshal █████████████████████

SUBJECT:   Discovery of contraband



On 3 September 1998, ████████████ DOB █████, had been arrested by MPD Officer █████████ for UCSA Distribution of Crack Cocaine in the 800 block of 5th Street NE. On 4 September 1998, at approximately 0730 hours, DUSM ██████████ was conducting an in-custody search of ████████ (known to ██████████ as U.S. Lockup #29.) DUSM ██████████ found a small clear plastic bag which contained a white rock substance in ██████████ right shoe, under the insole. DUSM ██████████ immediately notified SDUSM ██████████ When SDUSM ████████ asked ████████ what the substance was, ████████ responded "crack." DUSM ██████████ asked ████████ how much he paid for the substance and ██████████ responded "ten dollars." This white rock substance field tested positive for cocaine.

Officer ████ was contacted and made aware of the discovery. Officer ████ returned to the courthouse and took possession of the white rock substance and charged ████████ with Possession of Cocaine.

**U.S. Department of Justice**
United States Marshals Service



### FIELD REPORT

| | | |
|---|---|---|
| TITLE OF REPORT: Discovery of contraband in the vicinity of ▩▩▩ | DATE OF INCIDENT: OCT, 19, 98 TIME: apporx 0745 | REPORT BY: DUSM ▩▩▩ |
| | REPORTING DISTRICT: Superior Court, District of Columbia | |

TYPE OF INCIDENT: Discovery of contraband          LOCATION: USMS Main Cellblock

OFFENDER NAME: ▩▩▩          DOB: ▩▩▩     PDID: ▩▩▩     DCDC:

RACE: B     SEX: M     FBI NUMBER: 108878EB2

ORIGINAL OFFENSE: Misdemeanor B/W ▩▩▩7, Unauthorized Use of Vehicle

JUDGE / SENTENCE: B/W: Judge Washington, UUV: C-10

DATE IMPOSED: N/A     TYPE OF PRISONER: from MPD     INSTITUTION: from MPD

RELEASE DATE: N/A

NOTIFICATION MADE TO: SDUSM BONK

NARRATIVE DESCRIPTION OF INCIDENT: During a routine inprocessing search of ▩▩▩ a small blue ziplock bag was observed laying on the floor in from of him. Upon closer examination it was determined that this blue ziplock contained a green, weedlike material. Upon questioning by DUSM ▩▩▩, ▩▩▩ denied ownership of the blue ziplock and stated that it was already on the floor. ▩▩▩ was not observed discarding the ziplock. SDUSM ▩▩▩ was notifiied and it was determined that no charges would be filed. The weedlike material in the bag was not field tested. The green weedlike material was disposed of. The disposition was conducted by DUSM ▩▩▩ and witnessed by DUSM ▩▩▩ NOTHING FOLLOWS

CONTINUED ON __ ATTACHED PAGES

| | | |
|---|---|---|
| SIGNATURE OF PREPARER: ▩▩▩ DUSM ▩▩▩ | DATE: October 19, 1998 | DISTRIBUTION |
| APPROVED (▩▩▩ | DATE: 10/19/98 | XX DISTRICT __ HEADQUARTERS __ OTHER |

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which loaned.**
**FOR OFFICIAL USE ONLY**

U.S. Department of Justice
United States Marshals Service



## FIELD REPORT

| TITLE OF REPORT: Discovery of Contraband on the Person of ███████ | DATE OF INCIDENT: Oct, 30, 98 <br> TIME: 0740 | REPORT BY: Dusm ███████ |
|---|---|---|
| | REPORTING DISTRICT: Superior Court, District of Columbia | |

TYPE OF INCIDENT: Discovery of Contraband

LOCATION: USMS Main Cellblock

OFFENDER NAME: ███████    DOB: ___    PDID: ███    DCDC: ___

RACE: B    SEX: M    FBI NUMBER: ___

ORIGINAL OFFENSE: No Permit

JUDGE / SENTENCE: ___

DATE IMPOSED: ___    TYPE OF PRISONER: From MPD    INSTITUTION: From MPD

RELEASE DATE: ___

NOTIFICATION MADE TO: SDUSM ███████    F10/126379

NARRATIVE DESCRIPTION OF INCIDENT: During a Routine Inprocessing search of ███████ a small ziplock bag was found in the Left Rear Pants Pocket of Medley. The ziplock contained a white powdery substance. The substance was Destroyed by DUSMs ███ and ███ at the Request of SDUSM ███████ MH 10-30-98

CONTINUED ON __ ATTACHED PAGES

| SIGNATURE OF PREPARER: ███████ | DATE: 10/30/98 | DISTRIBUTION |
|---|---|---|
| APPROVED (Name and Title) ███████ | DATE: 10/30/98 | X DISTRICT 007  ACDUSM SDUSM <br> __ HEADQUARTERS <br> __ OTHER |

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which loaned.**
**FOR OFFICIAL USE ONLY**

**U.S. Department of Justice**
United States Marshals Service



## FIELD REPORT

| TITLE OF REPORT:<br><br>Hidden Contraband (Suspected Marijuana) | DATE OF INCIDENT: 11/25/98<br>TIME: 0640 AM | REPORT BY:<br>DEO ▮▮▮▮▮▮▮ |
|---|---|---|
| | REPORTING DISTRICT: Superior Court, District of Columbia | |

TYPE OF INCIDENT:                          LOCATION:
Routine search of a lock-up upon arrival to S/C Cell-Block

OFFENDER NAME: ▮▮▮▮▮▮    DOB: ▮▮▮▮    PDID: ▮▮▮▮    DCDC: N/A

RACE: Black    SEX: Male    FBI NUMBER: N/A

ORIGINAL OFFENSE: carrying a dangerous weapon

JUDGE / SENTENCE: N/A

DATE IMPOSED: N/A    TYPE OF PRISONER: Lock-up    INSTITUTION: N/A

RELEASE DATE: N/A

NOTIFICATION MADE TO: SDUSM ▮▮▮▮

NARRATIVE DESCRIPTION OF INCIDENT: On November 25, 1998, at approximately 0640 AM, Deputy ▮▮▮▮ was Pat Searching lock-up #15. ▮▮▮▮▮s body while DEO ▮▮▮▮ was searching his loose clothing when DEO ▮▮▮▮ discovered something hidden in the waist band of his Black sweat shirt. DEO ▮▮▮▮ asked him what it was and he said that he did not know. DEO ▮▮▮▮ reported the incident to SDUSM ▮▮▮▮. While retaining lock-up #15 and completing the search of his clothing DEO ▮▮▮▮ discovered the suspicious lump in the waistband of the sweat shirt to be fifteen (15) foil wrapped packets of what appeared to be marijuana.

CONTINUED ON ___ ATTACHED PAGES

| SIGNATURE OF PREPARER: ▮▮▮▮ | DATE: November 25, 1998 | DISTRIBUTION<br>X DISTRICT   7 |
|---|---|---|
| APPROVED (Name and Title) ▮▮▮▮ | DATE: 11/25/98 | ___ HEADQUARTERS<br>X OTHER   MPD SD |

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

This report is the property of the United States Marshals Service.
Neither it nor its contents may be disseminated outside the agency to which loaned.
FOR OFFICIAL USE ONLY



| SUPERIOR COURT (US CHARGES)  DETENTION LIST | | PRINTED: 11-25-98 | COURT DATE: 11/25/9█ |
|---|---|---|---|

| OFFICER/BADGE#<br>ARREST # | TRUE NAME<br>CHARGE(S) | CHG DSP | ARREST NAME<br>CCN#  WARRANT#  DOCKET# | SX/RC/DOB<br>COMMENTS | PDID# | USAO ST USAO CHG PSA ST | LOCK-█ |
|---|---|---|---|---|---|---|---|
| ▆▆▆▆▆▆▆<br>11/24/98  2030 | UCSA PWID COCAINE (CRACK) | LOCK UP | ▆▆▆▆▆▆▆▆<br>==> WARRANTS:<br>==> DC CORR STATUS:  JAIL | F B ▆▆▆▆▆▆ | | / | 000 |
| ▆▆▆▆▆▆▆<br>11/24/98  1240 | CARRYING A DANGEROUS WEAP | LOCK UP | ▆▆▆▆▆▆▆▆<br>==> WARRANTS:<br>==> DC CORR STATUS: | M B ▆▆▆▆▆▆ | | / | 000 |
| ▆▆▆▆▆▆▆<br>11/24/98  1905 | ASSAULT ON MEMBER OF POLI | LOCK UP | ▆▆▆▆▆▆▆▆<br>==> WARRANTS:<br>==> DC CORR STATUS:  JAIL | M B ▆▆▆▆▆▆ | | / | 000 |
| ▆▆▆▆▆▆▆<br>11/24/98  1700 | UCSA PWID COCAINE (CRACK) | LOCK UP | ▆▆▆▆▆▆▆▆<br>==> WARRANTS:<br>==> DC CORR STATUS: | M ▆▆▆▆▆▆ | | / | 000 |
| ▆▆▆▆▆▆▆<br>11/24/98  1340 | BURGLARY SECOND DEGREE | LOCK UP | ▆▆▆▆▆▆▆▆<br>==> WARRANTS:<br>==> DC CORR STATUS:  JAIL | M B ▆▆▆▆▆▆ | | / | 000 |
| ▆▆▆▆▆▆▆<br>11/24/98  1640 | THEFT (SECOND DEGREE) | LOCK UP | ▆▆▆▆▆▆▆▆<br>==> WARRANTS:<br>==> DC CORR STATUS:  JAIL | M B ▆▆▆▆▆▆ | | / | 000 |
| ▆▆▆▆▆▆▆<br>11/24/98  1835 | NO PERMIT<br>UCSA PWID COCAINE (CRACK) | LOCK UP<br>LOCK UP | ▆▆▆▆▆▆▆▆<br>==> WARRANTS:<br>==> DC CORR STATUS: | M W ▆▆▆▆▆▆ | | / | 000▆ |
| ▆▆▆▆▆▆▆<br>11/24/98  2030 | UCSA DIST. MARIJUANA | LOCK UP | ▆▆▆▆▆▆▆▆<br>==> WARRANTS:<br>==> DC CORR STATUS: | M B ▆▆▆▆▆▆ | | / | 000▆ |
| ▆▆▆▆▆▆▆<br>11/24/98  0300 | SIMPLE ASSAULT | LOCK UP | ▆▆▆▆▆▆▆▆<br>==> WARRANTS:<br>==> DC CORR STATUS: | F B ▆▆▆▆▆▆ | | / | 000▆ |
| ▆▆▆▆▆▆▆<br>11/24/98  2015 | BENCH WARRANT | LOCK UP | ▆▆▆▆▆▆▆▆<br>==> WARRANTS:<br>==> DC CORR STATUS:  MINIMUM SECURI | F B ▆▆▆▆▆▆ | | / | 000▆ |
| ▆▆▆▆▆▆▆<br>11/24/98  1857 | PROSTITUTION - SOLICTING<br>BAIL JUMPING (BRA)<br>BENCH WARRANT | LOCK UP<br>LOCK UP<br>LOCK UP | ▆▆▆▆▆▆▆▆<br>==> WARRANTS:<br>==> DC CORR STATUS:  JAIL | F B ▆▆▆▆▆▆ | | / | 000▆ |
| ▆▆▆▆▆▆▆<br>11/24/98  1830 | PROSTITUTION - SOLICTING | LOCK UP | ▆▆▆▆▆▆▆▆<br>==> WARRANTS:<br>==> DC CORR STATUS:  JAIL | F B ▆▆▆▆▆▆ | | / | 000▆ |

**U.S. Department of Justice**
United States Marshals Service



## FIELD REPORT

| TITLE OF REPORT:<br><br>Hidden Contraband( Large Crack<br>PIPE) | DATE OF INCIDENT: 11-25-98<br>TIME: 0800hrs. | REPORT BY: DEO ▉▉▉▉ |
|---|---|---|
| | REPORTING DISTRICT: Superior Court, District of Columbia | |

| TYPE OF INCIDENT:<br>Routine search of lock-up female prisoner | LOCATION:<br>D.C. Superior Court Cellblock |
|---|---|

OFFENDER NAME: ▉▉▉▉▉▉     DOB: ▉▉▉▉     PDID: ▉▉▉▉     DCDC:  N/A

RACE: BLK.     SEX: Female     FBI NUMBER:  N/A

ORIGINAL OFFENSE:  SLIP

JUDGE / SENTENCE:  N/A

DATE IMPOSED:  N/A          TYPE OF PRISONER: Lock-up #25     INSTITUTION: U.S. Marshal Svc.

RELEASE DATE:  N/A                                                         Cellblock

NOTIFICATION MADE TO:  SDUSM ▉▉▉▉

NARRATIVE DESCRIPTION OF INCIDENT:  Upon arrival to the cellblock, I was conducting a routine

search when I discovered a crack pipe on lock-up #25. A strip search was done in which

no other contraband was found.  The contraband was found inside her black leather

coat pocket.

CONTINUED ON __ ATTACHED PAGES

| SIGNATURE OF PREPARER: ▉▉▉▉ | DATE: 11-25-98 | DISTRIBUTION<br>X DISTRICT<br>__ HEADQUARTERS<br>X OTHER MPD |
|---|---|---|
| APPROVED (Name ▉▉▉▉) | DATE: 11/25/98 | |

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

**This report is the property of the United States Marshals Service.**
**Neither it nor its contents may be disseminated outside the agency to which loaned.**
**FOR OFFICIAL USE ONLY**

**U.S. Department of Justice**
United States Marshals Service



### FIELD REPORT

| TITLE OF REPORT:<br><br>Hidden Contraband ( Large Crack Pipe and residue) | DATE OF INCIDENT: 11/25/98<br>TIME:<br><br>REPORTING DISTRICT: Superior Court, District of Columbia | REPORT BY:<br><br>DEO ▓▓▓▓▓▓ |
|---|---|---|

TYPE OF INCIDENT:                                        LOCATION:

Routine seach of a lock-up upon arrival to S/C Cell-Block

OFFENDER NAME: ▓▓▓▓▓▓        DOB: ▓▓▓▓▓▓    PDID: ▓▓▓▓▓▓    DCDC: N/A

RACE: Black    SEX: Female    FBI NUMBER: N/A

ORIGINAL OFFENSE: Slip

JUDGE / SENTENCE: N/A

DATE IMPOSED: N/A    TYPE OF PRISONER: Lock-up    INSTITUTION: N/A

RELEASE DATE: N/A

NOTIFICATION MADE TO: SDUSM ▓▓▓▓▓▓

NARRATIVE DESCRIPTION OF INCIDENT: On November 25, 1998, at approximately 0730 AM. I was seach-ing lock-up #45, ▓▓▓▓▓▓ I noticed she had on two pairs of pants. When I asked her to pull down one pair of pants she told me she had something to put in the trash. I asked her what was it, when she pulled out a crack pipe . I took possession of the pipe and reported my findings to SDUSM ▓▓▓▓▓▓

CONTINUED ON __ ATTACHED PAGES

| SIGNATURE OF PREPARER: ▓▓▓▓▓▓ | DATE: November 25, 1998 | DISTRIBUTION |
|---|---|---|
| | | X DISTRICT 7 |
| APPROVED (Name and Title) ▓▓▓▓▓▓ | DATE: 11/25/98 | __ HEADQUARTERS<br>X OTHER MPO  70 |

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

This report is the property of the United States Marshals Service.
Neither it nor its contents may be disseminated outside the agency to which loaned.
FOR OFFICIAL USE ONLY



**HOME-MADE "CRACK" PIPE
LOCK-UP 45   11/25/98**

| SUPERIOR COURT (US CHARGES)   DETENTION LIST | | | | | PRINTED: 11-25-98 | | COURT DATE: 11/25/ |

| OFFICER/BADGE#<br>ARREST # | TRUE NAME<br>CHARGE(S) | CHG DSP | ARREST NAME<br>CCN# WARRANT# DOCKET= | SX/RC/DOB<br>COMMENTS | PDID# | USAO ST USAO CHG | LOCK<br>PSA ST |
|---|---|---|---|---|---|---|---|
| 11/24/98  1835 | UCSA POSS. MARIJUANA | LOCK UP | ==> WARRANTS:<br>==> DC CORR STATUS: | M B | | / | 0 |
| 11/24/98  1849 | UCSA POSS. MARIJUANA<br>UCSA PWID HEROIN | LOCK UP<br>LOCK UP | ==> WARRANTS:<br>==> DC CORR STATUS:  ADULT PAROLE | M B | | / | 00 |
| 11/24/98  1940 | UCSA POSS. MARIJUANA<br>DISORDERLY CONDUCT (LOUD | LOCK UP<br>LOCK UP | ==> WARRANTS:<br>==> DC CORR STATUS:  JAIL | M B | | / | 00 |
| 11/24/98  1900 | CARRYING A DANGEROUS WEAP<br>PAROLE VIOLATION | LOCK UP<br>LOCK UP | ==> WARRANTS:<br>==> DC CORR STATUS:  ADULT PAROLE | M B | | / | 00 |
| 11/24/98  1840 | UCSA POSS. MARIJUANA | LOCK UP | ==> WARRANTS:<br>==> DC CORR STATUS: | M W | | / | 00 |
| 11/25/98  0205 | SLIP | LOCK UP | ==> WARRANTS:<br>==> DC CORR STATUS:  CORRECTIONAL T | F B | | / | 00 |
| 11/24/98  2115 | FUGITIVE FROM JUSTICE | LOCK UP | ==> WARRANTS:<br>==> DC CORR STATUS: | M W | | / | 00 |

| WARNING!  A SYSTEM ERROR OCCURRED WHILE DOWNLOADING DATA.  PRINT ADD-ON LIST TO COMPLETE LIST. |

Report Produced:   8:50a

U.S. Department of Justice
United States Marshals Service



## FIELD REPORT

| TITLE OF REPORT: *Contraband Seizure* | DATE OF INCIDENT: 12/2/98 TIME: 12:10 pm | REPORT BY: ▉▉▉ *Deputy U.S. Marshal* |
|---|---|---|
| | REPORTING DISTRICT: Superior Court, District of Columbia | |

TYPE OF INCIDENT: *Discovery of narcotic contraband on Metropolitan Police Department Lock-Up #69*

LOCATION: *United States Marshals Service Cellblock, D.C. Superior Court*

OFFENDER NAME: ▉▉▉    DOB: ▉▉▉    PDID: ▉▉▉    DCDC: *None*

RACE: *Black*  SEX: *Male*  FBI NUMBER: ▉▉▉

ORIGINAL OFFENSE: *Simple Assault*

JUDGE / SENTENCE: _____

DATE IMPOSED: _____  TYPE OF PRISONER: _____  INSTITUTION: _____

RELEASE DATE: _____

NOTIFICATION MADE TO: _____

NARRATIVE DESCRIPTION OF INCIDENT:

*On the above date and time, Deputy U.S. Marshal (DUSM) ▉▉▉ conducted an in-custody search of the subject. Upon an inspection of the subject's right shoe, DUSM ▉▉▉ discovered a small plastic baggie containing a green, leafy substance in the shoe's lining. When asked by DUSM ▉▉▉ what the item in the shoe was,*

(Continued on back of page)    CONTINUED ON ∅ ATTACHED PAGES

SIGNATURE OF PREPARER: ▉▉▉    DATE: 12/2/98

APPROVED (Name ▉▉▉)    DATE: 12/2/98

DISTRIBUTION
X DISTRICT
X HEADQUARTERS
X OTHER *MPD*

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

This report is the property of the United States Marshals Service.
Neither it nor its contents may be disseminated outside the agency to which loaned.
FOR OFFICIAL USE ONLY

the subject stated, "C , that's my smoke, I for, t about that". DUSM ████ then strip searched the subject and no additional contraband was found. The plastic baggie and its contents were documented and photographed (see attached).

Metropolitan Police Department Officer ████████, who arrested the subject, was notified of the discovered contraband and took custody of the item from DUSM ████ (see attached).



# UNITED STATES MARSHALS SERVICE
## District of Columbia

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM *(Name and Address)* ███████████████████████

CASE NO./CASE TITLE    LOCK-UP #69

SUBJECT *(Name, address)* ██████████████████████████

| Item # | Quantity | Description |
|--------|----------|-------------|
| 1 | 1 | SMALL, PLASTIC BAGGIE W/ GREEN LEAFY SUBSTANCE. |
| 2 | | ⊦⊦——— ⁻⁻ NOTHING FOLLOWS ⁻⁻———— ⊦⊦ |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

I certify that I have received and hold myself accountable for the articles listed above

NAME & TITLE *(print)* DEPUTY ██████ MARSHAL    AGENCY USMS    DATE 12/2/98    SIGNATURE ████████████

## CHAIN OF CUSTODY

| ITEM NO | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---------|------|-----------------|-------------|---------|
| 1 | 12/2/98 | NAME & AGENCY U.S. MARSHALS<br>SIGNATURE ████████ | NAME & AGENCY MPD<br>SIGNATURE ████████ | Transfer of Evidence. |
| | | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE | |
| | | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE | |

| SUPERIOR COURT (US CHARGES)   DETENTION LIST | | | | | PRINTED: 12-02-98 | COURT DATE: 12/02/98 |

| OFFICER/BADGE# ARREST # | TRUE NAME CHARGE(S) | CHG DSP | ARREST NAME CCN#  WARRANT#  DOCKET# | SX/RC/DOB COMMENTS | PDID# | USAO ST USAO CHG PSA ST | LOCK-UP |
|---|---|---|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮ 12/02/98  0630 | BENCH WARRANT BENCH WARRANT | LOCK UP LOCK UP | ▮▮▮▮▮▮▮▮▮▮▮ ==> DC CORR STATUS:   JAIL | M B ▮▮▮▮▮▮ | | /                TOT | 0006 |
| ▮▮▮▮▮▮▮▮ 11/30/98  1627 | FUGITIVE FROM JUSTICE | LOCK UP | ▮▮▮▮▮▮▮▮▮▮ ==> WARRANTS: ==> DC CORR STATUS:   YC #1 | M W ▮▮▮▮▮▮ | 1243 | I/               FUG      RPT | 0006 |
| ▮▮▮▮▮▮▮▮ 12/02/98  0630 | AGGRAVATED ASSAULT | LOCK UP | ▮▮▮▮▮▮▮ ==> WARRANTS: USW213198  ,  , ==> DC CORR STATUS:   ELECTRONIC MON | M B ▮▮▮▮▮ | | / | 0006 |
| ▮▮▮▮▮▮▮▮ 12/02/98  0730 | SIMPLE ASSAULT | LOCK UP | ▮▮▮▮▮ ==> WARRANTS: ==> DC CORR STATUS: | F B ▮▮▮▮ | | / | 0006 |
| ▮▮▮▮▮▮▮▮ 12/02/98  0730 | SIMPLE ASSAULT | LOCK UP | ▮▮▮▮▮▮ ==> WARRANTS: ==> DC CORR STATUS: | M B ▮▮▮▮▮ | | / | 0006 |
| ▮▮▮▮▮▮▮ /02/98  0845 | SIMPLE ASSAULT | LOCK UP | ▮▮▮▮▮▮▮ ==> WARRANTS: ==> DC CORR STATUS: | F B ▮▮▮▮▮▮ | | / | 0007 |

| WARNING!  A SYSTEM ERROR OCCURRED WHILE DOWNLOADING DATA.  PRINT ADD-ON LIST TO COMPLETE LIST. |

Report Produced:   2:16p

JNCIC 1288 12:52:58 12/02/98 YY NN JUUSM .

4L01JUUSM G07N57340
DCUSM1000
ATN/███████████
THIS RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST-921770PA6.
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

- FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                              FBI NO.        DATE REQUESTED
████████████████                  ███████████    1998/12/02

SEX  RACE   BIRTH DATE   HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M    B      ██████████   ███████  ███████  ████  ████  DIST OF COLUMBIA

FINGERPRINT CLASS
PO AA 03 16 14
10 TT 09 13 18

1-ARRESTED OR RECEIVED 1992/07/26
    AGENCY-POLICE DEPARTMENT WASHINGTON (DCMPD0000)
        AGENCY CASE-███████████
        CHARGE 1-PLACING OF EXPLOSIVE

    COURT-
                  DISPOSITION-

        CHARGE-PLACING OF EXPLOSIVE
        SENTENCE-
        DISMISSED 8/28/92

2-ARRESTED OR RECEIVED 1993/03/08
    AGENCY-POLICE DEPARTMENT WASHINGTON (DCMPD0000)
        AGENCY CASE-███████████
        CHARGE 1-SIMPLE ASSAULT

    COURT-
                  DISPOSITION-
        CHARGE-SIMPLE ASSAULT
        SENTENCE-
        08-26-93 DISMISSED

3-ARRESTED OR RECEIVED 1997/10/05
    AGENCY-POLICE DEPARTMENT WASHINGTON (DCMPD0000)

        CHARGE 1-UNIF CONTROL SUB ACT POSS CANNABIS
        CHARGE 2-DESTRUCTION OF PROPERTY MIS

```
   COURT-
                DISPOSITION-
      CHARGE-UNIF CONTROL SUB ACT POSS CANNABIS
      SENTENCE-
      NP
```

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR
OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.
END OF RECORD
*

| SUPERIOR COURT (US CHARGES)   DETENTION LIST | | PRINTED: 12-02-98 | COURT DATE: 12/02/98 |
|---|---|---|---|

| OFFICER/BADGE#<br>ARREST # | TRUE NAME<br>CHARGE(S) | CHG DSP | ARREST NAME<br>CCN#  WARRANT#  DOCKET# | SX/RC/DOB<br>COMMENTS | PDID# | USAO ST | USAO CHG | LOCK-UP<br>PSA ST |
|---|---|---|---|---|---|---|---|---|
| ▆▆▆▆▆▆▆▆▆▆ | PROSTITUTION - SOLICTING<br>BENCH WARRANT<br>BENCH WARRANT<br>BENCH WARRANT | LOCK UP<br>LOCK UP<br>LOCK UP<br>LOCK UP | ▆▆▆▆▆▆▆▆<br><br><br>==> WARRANTS:<br>==> DC CORR STATUS: | F W ▆▆▆▆▆<br>SLIP:HLD FOR BRA'S | 1200 | I/<br>MIS | | 0006 |
| 12/02/98  0500 | | | | | | | | |
| ▆▆▆▆▆▆▆▆ | BENCH WARRANT | LOCK UP | ▆▆▆▆▆▆▆▆<br>==> WARRANTS:<br>==> DC CORR STATUS:  JAIL | F B ▆▆▆▆▆<br>PROBATION | 131 | I/<br>TOT | TOT | 0006 |
| 12/01/98  1020 | | | | | | | | |
| ▆▆▆▆▆▆▆▆ | BENCH WARRANT<br>BENCH WARRANT | LOCK UP<br>LOCK UP | ▆▆▆▆▆▆▆▆<br><br>==> DC CORR STATUS:  JAIL | M B ▆ | | /<br>TOT | | 0006 |
| 12/02/98  0630 | | | | | | | | |
| ▆▆▆▆▆▆▆ | FUGITIVE FROM JUSTICE | LOCK UP | ▆▆▆▆▆▆▆<br>==> WARRANTS:<br>==> DC CORR STATUS:  YC #1 | M W ▆▆▆▆▆D | 1243 | I/<br>FUG | RPT | 0006 |
| 11/30/98  1627 | | | | | | | | |
| ▆▆▆▆▆▆ | AGGRAVATED ASSAULT | LOCK UP | ▆▆▆▆▆▆▆<br>==> WARRANTS:<br>==> DC CORR STATUS:  ELECTRONIC MON | M B ▆▆▆ | | / | | 0006 |
| 12/02/98  0630 | | | | | | | | |
| ▆▆▆▆▆▆ | SIMPLE ASSAULT | LOCK UP | ▆▆▆▆▆<br>==> WARRANTS:<br>==> DC CORR STATUS: | F B ▆▆ | | / | | 0006 |
| 12/02/98  0730 | | | | | | | | |
| ▆▆▆▆▆▆ | SIMPLE ASSAULT | LOCK UP | ▆▆▆▆▆<br>==> WARRANTS:<br>==> DC CORR STATUS: | M B ▆▆ | | / | | 0006 |
| 12/02/98  0730 | | | | | | | | |
| ▆▆▆▆▆▆ | SIMPLE ASSAULT | LOCK UP | ▆▆▆▆▆▆<br>==> WARRANTS:<br>==> DC CORR STATUS: | F B ▆▆▆ | | / | | 0007 |
| 12/02/98  0845 | | | | | | | | |

<< END OF LIST >>    FEMALE(S)0015    MALE(S)0055    0070    0000

| WARNING!  A SYSTEM ERROR OCCURRED WHILE DOWNLOADING DATA.  PRINT ADD-ON LIST TO COMPLETE LIST. |
|---|

Report Produced:   2:18p

**United States Department of Justice**
**United States Marshals Service**



---

## REPORT OF INVESTIGATION

| 1.CASE #: FID #: | 2.DATE OF REPORT: 12/07/98 | 3.REPORTED BY: DUSM ███████ AT: DC/SC (07) |
|---|---|---|

| 4.DEFENDANT: ███████ PDID No. ███████ |
|---|

| 5.TYPE OF REPORT (Check One): | |
|---|---|
| [X] REPORT OF INVESTIGATION | [ ] ARREST |
| [ ] COLLATERAL LEAD | [ ] INTELLIGENCE UPDATE |
| [ ] WITNESS INTERVIEW | [ ] MEMORANDUM TO FILE |
| | [ ] OTHER:_____ |

On 12/05/98, DUSM ██████ was given custody of ███████ for commitment on three outstanding warrants (i.e., ██████, ██████, and ██████ after his removal from Courtroom C-10. In addition to his commitments, DEO ████ observed that ███ had tampered with his wrist band prior to presentment before the judge necessitating further identification. While DUSM ██████ was escorting ██████ to the Lock-Up desk, ██████ had stated that he wished to speak to a psychiatrist because he thought he might do something stupid.

Earlier on 12/05/98, SDUSM ███████ had received information that two male prisoners were tampering with their wrist bands. One individual was described as a black male with a multi-colored shirt and the other was said to be a black male wearing a baseball cap with an emblem. SDUSM █████ and DEO ██████ began the task of identifying the individuals at approximately the same time that ████ was taken into Courtroom C-10. An individual later identified as ████████ was discovered to be missing a wrist band and matched the description of wearing a multi-colored shirt. ██████ was listed on the Lock-up List as US Lock-up 64. When ████ was stepped back from the courtroom, it was observed that he had a baseball cap with an emblem.

DUSM ██████ notified SDUSM ████ that ██████ had removed his wrist band and that he was requesting a psychiatrist. SDUSM ████ asked DUSMs ████ and ████ to conduct a thorough search of ████████ to determine if he had any further contraband on him. Given ██████'s statement regarding doing something stupid and his attempt to hide his identity through the removal of

| 7.SIGNATURE (DUSM): ███████████ | 8.DATE: 12/07/98 | 11.DISTRIBUTION: [X] DISTRICT 7 [ ] HEADQUARTERS [X] OTHER:█████ |
|---|---|---|
| 9.APPROVED (Name and Title): ███████ | 10.DATE: 12/7/98 | |

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE U.S. MARSHALS SERVICE.
NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE
THE AGENCY TO WHICH IT IS LOANED.

United States Department of Justice
United States Marshals Service



| REPORT OF INVESTIGATION (Continuation Sheet) | | |
|---|---|---|
| 1.CASE #:<br>  FID #: | 2.DATE OF REPORT:<br>  12/07/98 | 3.REPORTED BY: DUSM<br>█████████████ |
| 4.DEFENDANT: ███████    PDID No. ██████████ | | AT: DC/SC (07) |

his wrist band, the DUSMs conducted a strip search of the subject.

While conducting the search, DUSM ████ observed a paper towel fall from between the subject's upper legs. When ████ lifted his scrotum, DUSM ████ observed a white, foreign object protruding from the subject's rectum. When asked what it was, ████ stated that he would get it out of his rectum.

SDUSM ████ was notified and he entered the search room to inquire further. When asked, ████ stated that the object was ░three little rocks.░ ████ was apprehensive about removing the object because he felt we would be charged with its possession. SDUSM ████ advised ████ that the object had to be identified and that medical personnel would be requested if ████ felt he needed them.

In the presence of DUSMs ████ and ████, ████ attempted to remove the object on his own without success. Based upon the failed attempts, SDUSM ████ advised ████ to stop his attempts and that medical assistance was going to be summoned. SDUSM ████ left the search room to request an ambulance.

Upon his return to the search room, SDUSM ████ asked ████ what had occurred between him and ████ ████ stated that they switched wrist bands because the other guy was on the run from St. Elizabeth's. When questioned further, ████ stated that the other wrist band was in his coat pocket. DUSM ████ who was in the process of searching the clothes of ████ picked up the coat and retrieved the wrist band from the pocket. The wrist band belonged to US Lock-up 64, and had the name and identifying information o████████ on it.

The EMS arrived at approximately 1510 hours and ████ was transported to Howard University Hospital. DUSM ████ escorted ████ in the ambulance and DUSM ████ followed behind in his emergency response vehicle.

While at the hospital, ████ told the attending medical personnel and physicians contradictory stories regarding the existence of an object in his rectum. The personnel attempted to confirm the existence of the object but

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE U.S. MARSHALS SERVICE.
NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE
THE AGENCY TO WHICH IT IS LOANED.

United States Department of Justice
United States Marshals Service



| REPORT OF INVESTIGATION (Continuation Sheet) | | |
|---|---|---|
| 1.CASE #:<br>   FID #: | 2.DATE OF REPORT:<br>12/07/98 | 3.REPORTED BY: DUSM<br>████████████ |
| 4.DEFENDANT: ███████████    PDID No. ███████ | | AT: DC/SC (07) |

were unable to based upon ████████'s refusal to consent to the necessary procedure.

Blood tests conducted of ████████ indicated that he had cocaine in his system but it could not be determined at what point the cocaine had entered his system. In an earlier conversation with the Pretrial Services Agency, DUSM Fahey was told that ████████ was unable to submit a sample of urine for testing. ████████ had urinated at least three times since he was committed by the court.

On 12/05/98 at approximately 2200 hours, ████████ was discharged from Howard University Hospital and transported to the Lock-Ward of DC General Hospital by DUSMs ████████ and ████████.

---

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE U.S. MARSHALS SERVICE.
NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE
THE AGENCY TO WHICH IT IS LOANED.

**U.S. Department of Justice**
**United States Marshals Service**



# FIELD REPORT

| | | |
|---|---|---|
| TITLE OF REPORT:<br>*Drug Peraphen.*<br>*Found on Lock up* | DATE OF INCIDENT: *12/15/98*<br>TIME: *7:25 AM*<br>REPORTING DISTRICT: Superior Court, District of Columbia | REPORT BY: ▊▊▊▊▊▊ |

TYPE OF INCIDENT:                                   LOCATION: *USMS Cellblock*

OFFENDER NAME: ▊▊▊▊▊▊    DOB: ▊▊▊▊    PDID: ▊▊▊▊    DCDC: *N/A*

RACE: *B*   SEX: *F*   FBI NUMBER: *N/A*

ORIGINAL OFFENSE: *Bench Warrant*

JUDGE / SENTENCE: *N/A*

DATE IMPOSED: *N/A*   TYPE OF PRISONER: *Lock up #35*   INSTITUTION: *N/A*

RELEASE DATE: *N/A*

NOTIFICATION MADE TO: *MPD ~ 1D*

NARRATIVE DESCRIPTION OF INCIDENT: *Lock-up #35* ▊▊▊▊▊

*was searched upon her entrance into usus Cellblock. Search yielded one crack pipe in* ▊▊▊ *'s coat jacket pocket. MPD was called and* ▊▊▊▊ *was taken into their custody.*    CONTINUED ON __ ATTACHED PAGES

SIGNATURE OF PREPARER: ▊▊▊▊▊

DATE: *12/15/98*

APPROVED (Name and Title): ▊▊▊▊▊

DATE: *12/15/98*

DISTRIBUTION

✓ DISTRICT *7*
__ HEADQUARTERS
__ OTHER

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

This report is the property of the United States Marshals Service.
Neither it nor its contents may be disseminated outside the agency to which loaned.
FOR OFFICIAL USE ONLY

**U.S. Department of Justice**
United States Marshals Service



# FIELD REPORT

| TITLE OF REPORT | DATE OF INCIDENT<br>August 03, 1999 | REPORT BY ▮▮▮▮ DUSM |
|---|---|---|
| | REPORTING DISTRICT<br>Superior Court / District of Columbia | |

TYPE OF INCIDENT
Recovery of contraband from a step- back

NARRATIVE DESCRIPTION OF INCIDENT

    On August 03, 1999, Deputy ▮▮▮▮ was assigned to Courtroom 120 with Commissioner ▮▮. Commissioner ▮▮ stepped-back defendant ▮▮▮▮. While Deputy ▮▮▮▮ was searching ▮▮▮, he discovered a box cutter with a retractable razor. Deputy ▮▮▮▮ seized the box cutter and ▮▮▮ was placed in the cell. Deputy ▮▮▮ took the box cutter to the metal detector and waived it through to see if it would set off the metal detector. The metal detector did not go off. Deputy ▮▮▮▮ went down to the supervisor's office and reported the incident.

CONTINUED ON ___ ATTACHED PAGES

| SIGNATURE OF PREPARER: | DATE:<br>August 03, 1999 | DISTRIBUTION |
|---|---|---|
| | | ___ DISTRICT<br>___ HEADQUARTERS<br>___ OTHER |

USMM          5450

**U.S. Department of Justice**
United States Marshals Service

## FIELD REPORT

| | | |
|---|---|---|
| TITLE OF REPORT: Court Security Officers (CSO) failure to detect O/C | DATE OF INCIDENT: 3/25/99 TIME: 1300 | REPORT BY: DUSM ▓▓▓▓ |
| | REPORTING DISTRICT: Superior Court, District of Columbia | |

| | |
|---|---|
| TYPE OF INCIDENT: Contraband Seizure | LOCATION: Adult Cellblock |

NARRATIVE DESCRIPTION OF INCIDENT

On 3/25/99 at approximately 1300 hours, DUSM ▓▓▓▓ was in the cellblock returning a prisoner to the custody of the cellblock.  DUSM ▓▓▓ observed two cans of "Halt Dog Repellent" laying on the lockup desk. Each can held 1.5 ounces and appeared completely full.  The primary, active ingredient is CAPSAICIN.  The cans were taken from the purse of ▓▓▓▓▓▓▓ a stepback from courtroom 119.  The cans were seized as contraband as a result of a search incident to an arrest.  I interviewed ▓▓▓ and learned that she entered the courthouse at the eastern entrance on Indiana Avenue at approximately 1200 hours. ▓▓▓ told DUSM ▓▓▓▓ that she had entered the courthouse and laid her purse (which contained the two cans of Dog Repellent) on the conveyer belt of the X-ray machine. ▓▓▓ went through the Magnetometer and retrieved her purse after it had been X-rayed. ▓▓▓▓ stated that at no time did a CSO or any other individual touch her bag before or after the x-ray process. ▓▓▓▓ also stated that at no time did a CSO or any other individual ask to inspect her bag.

| SIGNATURE OF PREPARER: ▓▓▓▓▓▓▓ | DATE: 25 March 1999 | DISTRIBUTION |
|---|---|---|
| APPROVED (Name and Title) ▓▓▓▓▓▓ | DATE: 3/25/1999 | ___ DISTRICT ___ HEADQUARTERS ___ OTHER |

FORM USM-210 (Rev. 3/1/95)
Earlier editions are obsolete

**This report is the property of the United States Marshals Service.
Neither it nor its contents may be disseminated outside the agency to which loaned.
FOR OFFICIAL USE ONLY**

5450

August 19, 1999

MEMORANDUM TO: Todd W. Dillard
              U.S. Marshal

        THRU:  ██████████
               Chief Deputy U.S. Marshal

        THRU:  ████████████████████
               Acting Assistant Chief Deputy U.S. Marshal

        FROM:  ████████████████████
               Supervisory Deputy U.S. Marshal

     SUBJECT: Contraband - Lock Up # 42

     Attached USM-210 relates to suspected crack cocaine found on
Lock-Up #42 (███████████).   DC Metropolitan Police Lieutenant
████████- 5th District (███████ was contacted.  A 5th District
Scout car responded to DC Superior Court Cellblock to assume
custody of █████ for the purpose of filing additional charges.

**U.S. Department of Justice**
**United States Marshals Service**

## FIELD REPORT

| TITLE OF REPORT: | DATE OF INCIDENT: 081999 | REPORT BY: DUSM |
|---|---|---|
| Contraband | TIME: 0645 | |
| | REPORTING DISTRICT:  Superior Court, District of Columbia | |

TYPE OF INCIDENT: SUSPECTED DRUGS (CRACK COCAINE) LOCATION: USMS CELLBLOCK
FOUND IN CROTCH OF LOCK UP 42

OFFENDER NAME: �â–ˆ  DOB: �15â–ˆ  PDID: 4�15â–ˆ  DCDC: _____

RACE: B  SEX: M  FBI NUMBER: _____

ORIGINAL OFFENSE: UCSA DIST. COCAINE (CRACK)

JUDGE / SENTENCE: N/A

DATE IMPOSED: 081999  TYPE OF PRISONER: LOCK UP 42  INSTITUTION: DCSC CELLBLOCK

RELEASE DATE: ____ N/A

NOTIFICATION MADE TO: SDUSM �â–ˆ

NARRATIVE DESCRIPTION OF INCIDENT:

SEARCHING LISTED SUBJECT AFTER RECEIVING

FROM MPD 5TH DIST. FELT SUSPICIOUS BULGE IN CROTCH AREA

OF SUBJECT AND REMOVED CLEAR PLASTIC ZIP CONTAINING 46 TOTAL

SMALL ZIPS OF OFF WHITE ROCK SUBSTANCE AND POWDER SUBSTANCE.

FIELD TESTED POSITIVE FOR COCAINE AT 0705 HRS BY ▢

▢  ✗ CONTINUED ON ___ BACK ATTACHED PAGES

| SIGNATURE OF PREPARER: | DATE: 081999 | DISTRIBUTION |
|---|---|---|
| APPROVED (Name and Title) | DATE: 8/19/99 | ___ DISTRICT  ___ HEADQUARTERS  ___ OTHER |

FORM USM-210 (Rev. 5/1/95)
Earlier editions are obsolete

This report is the property of the United States Marshals Service.
Neither it nor its contents may be disseminated outside the agency to which loaned.
FOR OFFICIAL USE ONLY

MPD 5TH DISTRICT CALLED TO TAKE POSSESSION OF SUBJECT AND CONTRABAND. FIELD TEST TURNED OVER TO MPD.





**U.S. Department of Justice**

United States Marshals Service

*District of Columbia*

5450

DC Superior Court
500 Indiana Avenue, NW C-250
Washington, D.C. 20001

TO:    Todd W. Dillard
       U.S. Marshal

FROM: ████████████████
       Supervisory Deputy U.S. Marshal

SUBJECT: Contraband (Female Lock-up)

In reference to the attached USM -210, Captain ████████ (DC Metropolitan Police - 5th District ██████████ was contacted and advised of the contraband located on the prisoner, arrested and processed by his personnel.