UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Paul Bame,<br>Gregory Keltner, and<br>Ivan Welander.<br><br>Plaintiffs,<br>on behalf of themselves and all<br>other similarly situated | ) <br>) <br>) <br>) <br>) <br>) <br>) | |
|---|---|---|
| vs. | ) | Civil Action No. 1:05CV01833 (RMC)<br>No scheduled hearings. |
| John F. Clark, et al.<br><br>Defendants | ) <br>) <br>) | |

**PLAINTIFFS' UNCONTESTED MOTION FOR
CONTINUANCE OF DEADLINE
TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION,**

Plaintiffs, by counsel, hereby move for an extension of time, pursuant to FRCP Rule 6(b), within which to file their reply brief in support of their motion for class certification to, and including, April 21, 2006.  Plaintiffs filed their motion for class certification on March 8, 2006 [18] and defendants filed their opposition to that motion on April 4, 2006 [26].  Thus, plaintiff' reply brief is currently due, within five days, on April 10, 2006.

The grounds for this motion are that defendants' opposition to the motion for class certification contains lengthy documents which were not available to plaintiffs prior to this filing and require careful analysis.  Moreover, plaintiffs may need to gather additional evidence from other sources to file in response to defendants' opposition.

Defendants, by counsel, W. Mark Nebeker, has kindly informed plaintiffs' counsel that his clients do not contest this motion.

1

Respectfully submitted,

/s/ Lynn E. Cunningham
Lynn E. Cunningham, Esq.
D.C. Bar No. 221598
P.O.  Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu

Zachary Wolfe, Esq.
D.C. Bar No. 463548
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006
Phone: 202 265 5965
email: zwolfe@peopleslawresourcecenter.org

## CERFICATE OF SERVICE

I hereby certify that service of the foregoing PLAINTIFFS' UNCONTESTED MOTION FOR CONTINUANCE OF DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION, and a proposed Order has been made through the Court's electronic transmission facilities on this 7th th day of April, 2006.

/s/ Lynn E. Cunningham
Lynn E. Cunningham, Esq. (D.C. Bar No. 221598)
P.O.  Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu
Attorney for Plaintiff

2