UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Paul Bame,<br>Gregory Keltner, and<br>Ivan Welander.<br><br>Plaintiffs,<br>on behalf of themselves and all<br>other similarly situated | )<br>)<br>)<br>)<br>)<br>)<br>) | |
|---|---|---|
| vs. | ) | Civil Action No. 1:05CV01833 (RMC)<br>No scheduled hearings. |
| John F. Clark, et al.<br><br>Defendants | )<br>)<br>) | |

**ORDER**

Upon consideration of plaintiffs' uncontested motion, pursuant to FRCP Rule 6(b), for a continuance of the deadline within which to file their reply brief in support of their motion for class certification to, and including, April 21, 2006, and defendants' lack of opposition thereto, and all the premises herein, it is, this _____, day of April, 2006, hereby,

ORDERED THAT that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which the plaintiffs may file their reply brief I in support of their motion for class certification herein is enlarged up to and including April 21, 2006.

Hon. Rosemary M. Collyer<br>
UNITED STATES DISTRICT JUDGE

1

1

COPIES TO:

ATTORNEYS FOR PLAINTIFFS
Lynn E. Cunningham, Esq.
D.C. Bar No. 221598
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3374
Email: lcunningham@law.gwu.edu

Zachary Wolfe, Esq.
D.C. Bar No. 463548
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006
Phone: 202-265-5965
email: zwolfe@peopleslawresourcecenter.org

ATTORNEYS FOR DEFENDANTS
W. Mark Nebeker
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7230
Mark.nebeker@usdoj.gov