```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PAUL BAME, et al.,                )
                                  )
         Plaintiffs,              )
                                  )
    v.                            ) Civil Action No. 05-1833 RMC
                                  )
JOHN F. CLARK, et al.,            )
   Acting Director,               )
   U.S. Marshals Service,         )
                                  )
         Defendants.              )
                                  )
```

## MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

The named defendants[1] move, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time to file a dispositive motion in this action up to and including April 19, 2006. Counsel for Plaintiffs, Lynn Cunningham, Esq., had earlier indicated that plaintiffs did not oppose an enlargement of time to this date, but could not be reached to verify that this position had not changed.

Undersigned counsel asks for this additional time, because he had calendared the date for the filing of the motion as Wednesday, April 19, 2006, as requested in his March 30, 2006

---

[1] The named defendants are: John F. Clark, Acting Director, United States Marshals Service ("USMS"); Steve Conboy, United States Marshal for the Superior Court of the District of Columbia; and former United States Marshal Todd Dillard, who is sued in his individual capacity. Claims against George Walsh have previously been dismissed by Plaintiffs. Defendants do not hereby waive any defense or defenses that may be available to them pursuant to Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

unopposed motion. That motion was granted by minute order on April 3, 2006, but the Court indicated that the due date would be April 17, 2006. Counsel entered that date as well on his calendar, but believed that the later date was the actual due date and that the earlier date was that originally agreed upon by counsel in the Rule 16.3 report filed in the case. Counsel double-checked the docket this afternoon, after completing approximately seven other tasks for the day, and learned that the Court had, in fact, imposed an April 17th date for the motion. Counsel has worked diligently on the motion over the weekend, but could not finish it by today.

   WHEREFORE, the named defendants seek an enlargement of time to allow the filing of a dispositive motion on or before April 19, 2006.

                        Respectfully submitted,


                        _____
                        KENNETH L. WAINSTEIN, DC Bar #451058
                        United States Attorney


                        _____
                        RUDOLPH CONTRERAS, DC Bar #434122
                        Assistant United States Attorney


                        _____
                        W. MARK NEBEKER, DC Bar #396739
                        Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made through the Court's electronic transmission facilities on this 17th day of April, 2006.

```
W. MARK NEBEKER
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230
```