```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

PAUL BAME, et al.,                  )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              ) Civil Action No. 05-1833 RMC
                                    )
JOHN F. CLARK, et al.,              )
  Acting Director,                  )
  U.S. Marshals Service,            )
                                    )
        Defendants.                 )
_____)
```

NOTICE OF FILING

The named defendants hereby provide notice of the filing of the attached Declaration of William E. Bordley, which was requested by plaintiffs' counsel and which relates to the exhibits referenced in the Opposition To Plaintiffs' Motion For Class Certification, filed on April 3, 2006.

                    Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice Of Filing and attachment has been made through the Court's electronic transmission facilities on this 17th day of April, 2006.

------

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230