UNITED STATES DISTRICT COURT

District of Columbia

|  |  |
|---|---|
| Paul Bame, Gregory Keltner, Ivan Welander, and all other similarly situated.<br><br>v.<br><br>John F. Clark,<br>In his official capacity as<br>Acting Director<br>United States Marshal's Service<br>et al. | Case No.: 1:05CV01833 |

### Declaration

I, William E. Bordley, declare the following to be true and correct:

1. I am an Associate General Counsel for the United States Marshals Service, ("USMS") Department of Justice, Arlington, Virginia.

2. Pursuant to my official duties, I have access to records maintained in the ordinary course of business by the USMS including all records related to USMS policies and certain records maintained by USMS personnel assigned to the Superior Court for the District of Columbia ("SCDC").

3. As a matter of routine practice, SCDC personnel are instructed to report any contraband that is seized during a search of a detainee who is already in SCDC custody or who is received in the SCDC cellblock from the courts or the Metropolitan DC Police Department. Reports of seized contraband are recorded on a form USM-210 or USM-11. True and correct copies of these reports have been attached to Defendants' Opposition to Plaintiffs' Motion For

Class Certification, as Exhibit A, except that identifying information has been redacted from the exhibit.

4. The identifying information has been redacted from the forms described in paragraph 3 in order to protect the privacy interests of those involved and to comply with the Privacy Act, Title 5 U.S.C. 552a.

5. The USMS written policy regarding body searches of pretrial detainees and prisoners, in effect at the time of the incidents alleged in plaintiffs' complaint, on September 27 and 28 2002, are set forth in USMS Policy Directive (PD) 99-25, July 7, 1999. Among other things, USMS PD 99-25 describes in-custody (physical) searches and strip searches. PD 99-25 was replaced by USMs Directive 9.3 "Body Searches" effective October 6, 2003. A true and correct copy of USMS PD 99-25 is attached to Defendants' Opposition To Plaintiffs' Motion For Class Certification as Exhibit B, except that a number has been redacted from the document.

6. PD-99-25 has been redacted in part to protect privileged law enforcement information, the public disclosure of which would impair law enforcement efforts regarding the detention of prisoners.

I declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

**William E. Bordley**
Associate General Counsel
United States Marshals Service
Washington, D.C. 20530-1000

Executed on: April 13, 2006