# ANTI-CAPITALIST CONVERGENCE - WASHINGTON, DC

home | about the acc | local resources | past convergences & events | links

## The People's Strike: A Day of Non-Compliance and Resistance
## September 27, 2002

### Shut Down the City! Take Back the Freedom to Control our Lives!
### September 2002 - Washington, DC

In the city where George Bush rules from the lap of luxury...where over 12,000 people sleep on the streets just outside the White House doors while 29,000 units of housing remain abandoned yet are still private property...where 40% of children live poverty while a dinner with the elite can cost over a thousand dollars a head...where immigrants have few rights and resources ... where the powerful launch wars, bombings and sanctions ...where more people per capita have HIV than any other US city... where the World Bank and IMF dictate policies to developing countries forcing millions to live and die in poverty... in the city where citizens do not have voting rights and live under taxation without representation... in the city hailed as the capital of the free world we call for a People's Strike to shut down this machine and take back our freedom on September 27, 2002! - read the Call to Action

### Media

Press Release from the Anti-Capitalist Convergence: "Preemptive Arrests Mark Unprecedented Attack on Civil Liberties by D Police." September 27.

ACC Press Conference on the People's Strike. At DC General Hospital. Representatives of the ACC, the DC Healthcare Coalition, and the Partnership for Civil Justice will speak and take some questions. September 27.

Press Release from the Anti-Capitalist Convergence: "A Pre-Emptive Strike on Democracy." September 20.

Open letter to the media: "We want the media to understand what the People's Strike is about." August 7.

Corporate news coverage of the People's Strike.

### Personal Accounts from September 27

"The crowd chanted "We want to leave peacefully," but did not find a response. As the standoff entered the second hour, eve move by the protestors resulted in a further closing of the circle and the arrival of more officers of the law." Read more perso accounts

### Convergence and Spokescouncils

On Wednesday and Thursday, there will be street medic, legal/know your rights, and direct action preparation trainings, as w as educational events on a variety of issues. Check the Schedule of ACC events for more information. Spokescouncils will be held at 7:00pm on Wednesday and 6:00pm on Thursday, at the Welcome Center, 1459 Columbia.

### Autonomous Actions on September 27

Calling all anti-capitalist activists! Be prepared - form affinity groups now! Get into the Streets! The People's Strike: All out on September 27!

On September 27th, beginning between 6:00am and 7:00am, autonomous actions will occur all over the city as part of The People's Strike: A Day of Non-Compliance and Resistance. Activists from all over the country are coming to DC. People are getting organized and making plans to shut the city down for a day and effectively stop business as usual. What you can do.

### Planned Actions on September 27



**The Bike Strike! Bike Against Big Oil** - 7:30 am at Union Station
**March to Put the Squeeze on Capitalist Greed** - 7:00 am at Franklin Square Park
**Beat the Anti-War Drums:** Percussion Protest Against the War on Iraq - 9:00 am at Freedom Plaza. Civil Disobedience Die-follows at 10:00 am
More information and exact locations.

**Free Concert at noon:** join us in a musical resistance to capitalism and resist the IMF and World Bank. Farragut Square Par 18th and K St NW (downtown). Majority Rule, Inyur (Baltimore), Ryan Harvey (Folk), Blowback (Local political punk), Traditional muscians from Bolivia, Tim (acoutic), and possibly Pay the Price. If it is raining, call 202-306-2318 for updates if it happening.

### ACC Response to Police Brutality during the People's Strike

At 1:00 pm on Friday, Sept 27, organizers from the Anti-Capitalist Convergence held a press conference in downtown DC, to discuss the day's actions.

"We are disheartened by the violence which was perpetrated today by the police. Hundreds of people were arrested for doing nothing more than expressing their political beliefs using legal, nonviolent forms of protest and civil disobedience. Protesters and onlookers were shoved, beaten, and pepper sprayed by the police, who seemed determined to prove their "control" of th situation by hurting innocent people."

"We cannot let our freedom to dissent be taken away, and we will not stop speaking out until we live in a world where everyo is free from exploitation and oppression, a world where one's survival and access to human needs aren't determined by one's economic means."

Read entire statement

### Saturday, September 28

**Jail Solidarity** - Saturday at noon - show solidarity with people who were arrested during Friday's actions. Superior Court Building, 500 Indiana at 5th St NW. Judiciary Square Metro.

**Anti-Capitalist Noise Brigade** - Saturday at 2:30pm. On the south side of the Washington Monument. Bring your drums, banners, and noisemakers. Feeds into the MGJ March

**Rhythms of Revolution - Protest In Song** - Saturday at 6:00pm. Performances by David Rovics, Jim Page, Blow Back, anc more to be announced. $5 to benefit the People's Strike Convergence and Community Programs at Casa Del Pueblo. At the Sanctuary Theatre/Casa Del Pueblo, 15th and Columbia Rd NW. Columbia Heights Metro (green line).

### Welcome Center

The welcome center is at 1459 Columbia Rd NW, between 14th and 15th Streets. Columbia Heights Metro on the green line. Phone: 202-306-2318. Come here to plug in, help out, and get involved. Scenario orientations will be held every two hours or Wednesday and Thursday, starting at 11:00am. Hours: Wed 9/25: 10am - 9pm, Thu 9/26: 10am - 9pm, Fri 9/27: 8am - 9pm, Sat 9/28: 10am - 9pm

### Articles from the People's Strike Newspaper

- Our Fight Is Their Fight: Washington DC, too, is struggling against a "structural adjustment program"
- What's Happening at the Protests: Scenario Update
- The Grand Prix and Other Grand Schemes

### More Information

- Schedule of ACC events for Wednesday through Saturday
- List of local contacts for the People's Strike.

- Legal: DC Justice & Solidarity Collective. Legal trainings and resources (including "Know Your Rights" brochure)
- Childcare: The Anti-Authoritarian Babysitters Club.
- Solidarity: Watching Out for One Another
- Posters and flyers for the People's Strike
- Linking the Bank and the War: Why Go to Washington, by Starhawk
- Français: La Grève Populaire: Une Journée de Désobéissance Civile et de Résistance