UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL BAME, et al.,              )
                                )
        Plaintiffs,             )
                                )
    v.                          )    Civil Action No. 05-1833 RMC
                                )
JOHN F. CLARK, et al.,          )
  Acting Director,              )
  U.S. Marshals Service,        )
                                )
        Defendants.             )
_____)

ORDER

Upon consideration of the named defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment, the grounds stated therefore, and the entire record herein, it is this ___ day of _____, 2006, hereby

ORDERED that the motion should be and it hereby is granted; and it is,

FURTHER ORDERED that this action be and hereby is dismissed with prejudice.


_____
UNITED STATES DISTRICT JUDGE


W. MARK NEBEKER              LYNN CUNNINGHAM, ESQ.
Assistant U.S. Attorney      P.O. Box 1547
Civil Division               Dubois, WY  82513
555 4th Street, N.W.
Washington, DC  20530        ZACHARY WOLFE, ESQ.
                             People's Law Resource Center
                             1725 I St., N.W., Suite 300
                             Washington, DC  20006