UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ex 6

| | |
|---|---|
| Paul Bame, et al.  )<br>Plaintiffs on behalf of themselves  )<br>and all others similarly situated  )<br>  )<br>vs.  )<br>  )<br>John Clark, et. al.  )<br>Defendants  )<br>_____) | Civil Action No. 1:05cv01833(RMC)<br>No hearings scheduled |

## DECLARATION OF PLAINTIFF PAUL BAME
## IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

Paul Bame deposes and states as follows:

1. I am a plaintiff in this action and I make this declaration in support of plaintiffs' motion for class certification.

2. The factual allegations concerning myself directly, set forth in paragraphs 4 and 20 of the First Amended Complaint are true to the best of my information and belief.

3. Following my arrest at the protests on September 27, 2002, I was "booked", fingerprinted and photographed at around midnight of that night by the District of Columbia Metropolitan Police Department (MPD), together with other men arrested with me.

4. During my booking, the MPD staff relieved me of my backpack and all my personal materials, as well as the backpacks and any personal identification of the arrestees with me. Our backpacks and personal materials were returned to me and to the other

     arrestees by MPD officers at MPD cell block B after our release.

5    In the court cell block, I stated my name and provided identification to the public defender attorneys and through them to the court.

6    I was permitted to be released by a judge of the Superior Court on the night of September 28, 2002 in part because I had supplied my name and driver's license to court officials.

7    Attached hereto is a true copy of the Notice to Return to Court on November 21, 2002 provided me by court officials upon my release on September 28, 2002.  The Notice is dated September 28, 2002, and bears my signature and address and case number, which is D-2043-02.

8    While in the custody of U.S. Marshal Service deputies on the morning of September 28, 2002, I was ordered by the deputies to strip off all my clothes for purposes of being searched. The search involved my removal of my clothing, and squatting and coughing while being watched from behind by USMS deputies.

9    While I was being strip searched, about twelve other men were in the same room with me and also underwent strip searches at the same time.

10    From my observation made while I was awaiting being strip searched, during my being searched, the deputies conducted strip searches of men arrested at the protest in batches of ten to twelve at a time.

11    While I was held by the deputies in the MPD cell block, I observed about 80 or more men in the cell block with me, and 70 or more later in the courthouse cell block.  To the best of my knowledge, all of men lodged in the cell blocks with me had been

arrested in the same cluster of protesters with me or outside Pershing Park, and had also been strip searched by the deputies at about the same time that I was searched.

12   No contraband was found on me during while I was subjected to the search.  I witnessed no contraband being found on any other male arrestee when my batch of men was being searched.

13   I did not witness any USMS deputy or other officer prepare a report concerning a search or the results of the search or otherwise.

I certify, pursuant to 28 U.S.C. § 1746, as true under penalty of perjury under the laws of the United States of America that the following is true and correct.

Executed in the United States

_____   Date this Declaration was signed:_____
Paul Bame                                                                                              17/Apr/2006