UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ex 7

Paul Bame, et al. )
Plaintiffs on behalf of themselves )
and all others similarly situated )
)
vs. )   Civil Action No. 1:05cv01833(RMC)
)   No hearings scheduled
John Clark, et. al. )
Defendants )
_____ )

DECLARATION OF PLAINTIFF IVAN WELANDER
IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

Ivan Welander deposes and states as follows:

1#.   I am a plaintiff in this action and I make this affirmation in support of plaintiffs' motion for class certification.

2.   The factual allegations concerning myself directly, set forth in paragraphs 6 and 20 of the First Amended Complaint are true to the best of my information and belief.

3.   Following my arrest at the protests on September 27, 2002, I was "booked" at around 2 a.m. the next morning at what I believe was a police academy in Virginia by the District of Columbia Metropolitan Police Department (MPD), together with other men arrested with me.

4.   At my booking, I did not identify myself to officers of the D.C. Metropolitan Police Department and they gave my paperwork the label of "John Doe." At my booking, I had several photographs taken and my fingerprints taken.

5.   During my booking, the MPD staff relieved me of my backpack and all my personal

1