UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ex 8

| | |
|---|---|
| **DIANNA JOHNSON, et. al.,** | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 02-2364 (RMC) |
| **GOVERNMENT OF THE DISTRICT OF COLUMBIA, et. al.,** | ) |
| Defendants. | ) |

**CONSENT MOTION TO HOLD MOTIONS IN
ABEYANCE PENDING SETTLEMENT DISCUSSIONS**

All parties to this case hereby respectfully move this Court pursuant to Federal Rule of Civil Procedure ("FRCP") 23(d)(1) for an order holding in abeyance the resolution of and the necessity for responses to all motions, pending settlement talks between the parties, subject to an interim Status Conference to be held on May 30, 2003, if this date available to the Court, or on a date acceptable the Court in advance of this date, but in no event beyond May 30, 2003.

**CONSENT**

All parties – the named plaintiffs, Defendant Government of the District of Columbia (the District" or "Defendant District of Columbia") and the United States Marshals Service and the United States Marshal for the Superior Court of the District of Columbia, Todd Dillard (hereinafter "Federal Defendants") – do consent to the relief sought in this motion. LCvR 7(m).

**STANDSTILL AGREEMENT**

The parties have entered into a "stand still" agreement, contained in this Consent Motion, under the terms of which the parties agree to engage in negotiations to settle all claims brought by

plaintiffs in their class action complaint in the context of a settlement agreement that would be submitted to the Court for approval under FRCP 23(e), and all parties have further agreed to move the Court to stay the case temporarily, and to defer ruling on all pending motions, listed below, pending settlement negotiations, subject to an interim Status Conference, to occur on or before May 30, 2003. At this Status Conference, the parties commit to reporting back to the Court about the progress of settlement negotiations. If negotiations have concluded successfully or are progressing reasonably, the Court, in its discretion, may continue holding motions in abeyance or may establish a briefing schedule.

The terms of the agreement are:

1. The parties will first attempt to negotiate a settlement of plaintiffs' claim for injunctive relief in the class action complaint challenging the policies and practices of the Federal Defendants concerning searches of women arrestees and detainees in the lock up of the District of Columbia Superior Court.

2. In furtherance of the negotiations for settlement of claims for injunctive relief, and in response to the injunctive relief claims contained in the complaint herein and plaintiffs' motion for a preliminary injunction, the Federal Defendants will have implemented by Monday, April 28, 2003, new security policies and practices that will (i) permit "drop, squat and cough" searches or a strip search only, at the least, upon an individualized finding of reasonable suspicion, if not probable cause, and with the approval of a supervisor; and (ii) insure that such searches will be applied even-handedly to both men and women arrestees and detainees.

3. If the parties do in fact reach an agreement on the claims for injunctive relief, they will then attempt to resolve the plaintiffs' claims for money damages.

4. The parties have submitted this motion asking the Court to stay the case and hold in abeyance all motions now pending before the Court until at least May 30, 2003. If by that date the parties have reached an agreement that compromises all of plaintiffs' claims in the class action complaint, the parties will so report to the Court and move the Court to approve the proposed agreement under FRCP 23(e). If by May 30, 2003, the parties have not been able to reach an agreement that compromises all of plaintiffs' claims in the class action complaint, the parties will appear before the Court and make recommendations, either jointly or individually, whether the stay agreed to herein should be continued or be lifted, the motions should proceed, or some other course of action should be adopted, at which point the court will decide how the case shall proceed.

5. The motions now pending before the Court, which the parties respectively move the Court to hold in abeyance pending settlement negotiations or at least until May 30, 2003, are:

| Docket No. | Pleading caption |
| --- | --- |
| 5 | Defendant District of Columbia's motion to dismiss |
| 14 | Plaintiffs' motion to certify class |
| 15 | Federal defendants' motion for extension of time in which to respond to Plaintiffs' complaint and motion to certify class |
| 16 | Defendant District of Columbia's motion for extension of time in which to respond to motion to certify class |
| 19 | Plaintiffs' motion for preliminary injunction |
| 22 | Plaintiffs' motion to strike affidavit of Anne Wicks |

WHEREFORE, we respectfully submit that this Consent Motion to Hold Motions in Abeyance Pending Settlement Discussions should be granted.

Respectfully submitted,

| | |
|---|---|
| WILLIAM CLAIBORNE<br>D.C. Bar # 446579<br>Counsel for the Named Plaintiffs and the Classes<br>717 D Street, NW<br>Suite 210<br>Washington, DC 20004<br>Phone 202/824-0700<br>Fax 202/824-0745 | Roscoe C. Howard, Jr., D.C. Bar No. 246-470<br>United States Attorney<br><br>Mark E. Nagle, D.C. Bar No. 416-364<br>Assistant United States Attorney<br><br>Oliver W. McDaniel, D.C. Bar No. 377-360<br>Assistant United States Attorney<br>Judiciary Center Bldg., Room 10-450<br>555 4th Street, N.W.<br>Washington, DC  20530<br>(202) 616-0739<br>Counsel for United States Marshals Service and United States Marshal for the Superior Court of the District of Columbia, Todd Dillard |

| | |
|---|---|
| Lynn E. Cunningham<br>Professor of Clinical Law<br>The George Washington University Law School<br>2000 G Street, N.W.<br>Washington, D.C. 20052<br>Phone: (202)994-7659<br>Fax: (202)994-4693<br><br>Louis Kleiman<br>D.C. Bar # 124-933<br>2055 15th Street<br>Arlington, VA<br>Phone 703-524-3333<br>Fax 703-525-2222<br><br>Barrett S. Litt, Esq.<br><u>pro</u> <u>haec</u> <u>vice</u><br>3435 Wilshire Blvd.<br>Los Angeles, CA<br>Phone (213)-386-3114<br>Fax (213)-380-4585<br><br>Paul Estuar, Esq.<br><u>pro</u> <u>haec</u> <u>vice</u><br>3435 Wilshire Blvd.<br>Los Angeles, CA<br>Phone (213)-386-3114<br>Fax (213)-380-4585 | Respectfully submitted,<br><br>_____<br>Len Becker, Esq.<br>Special Litigation Counsel<br>Corporation Counsel's Office<br>District of Columbia<br>P.O. Box 14600<br>Washington, D.C. 20044-4600<br>(202)724-6532<br>Counsel for Government of the District of Columbia |