# Superior Court of the District of Columbia 

## NOTICE TO RETURN TO COURT

Case No. _D-2043-02_

YOUR CASE IS SET FOR _9_ (A.M.)(P.M.) ON _Nov 21_, 20_02_,

BEFORE JUDGE _____, IN COURTROOM NUMBER _120_ ON

THE _1st_ LEVEL, SUPERIOR COURT OF THE DISTRICT OF

COLUMBIA, 500 INDIANA AVENUE, N. W.  FAILURE TO APPEAR PROMPTLY MAY RESULT IN THE

ISSUANCE OF A WARRANT FOR YOUR ARREST.

### IMPORTANT

It is your responsibility to appear on time in the proper courtroom. Your name should be listed on the court's calendar posted at the courtroom entrance. If it is not, please check with the Clerk in the courtroom before court begins or with the Pretrial Services Agency in Room C-225, or with a Clerk at the Information Window in the lobby of the courthouse, to find out if your case will be handled in a different courtroom.

_[signature]_
Signature of Defendant

_[address]_
Address of Defendant

_Edw. Rhodes_
Deputy Clerk

_Q.L. Edwards_
_703-222-4176_

_9-28-02_
Date

Original - Court
Canary - Defendant

Form CD-1088/Oct. 00