UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Paul Bame,<br>Gregory Keltner, and<br>Ivan Welander.<br><br>Plaintiffs,<br>on behalf of themselves and all<br>other similarly situated | )<br>)<br>)<br>)<br>)<br>)<br>) | |
|---|---|---|
| vs. | ) | Civil Action No. 1:05CV01833 (RMC)<br>No scheduled hearings. |
| John F. Clark, et al.<br><br>Defendants | )<br>)<br>) | |

**PLAINTIFFS' UNCONTESTED MOTION FOR
CONTINUANCE OF DEADLINE
TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs, by counsel, hereby move for an extension of time, pursuant to FRCP Rule 6(b), within which to file their reply brief in support of their motion for class certification to, and including, May 19, 2006.   Defendants filed their motion to dismiss on April 19, 2006 [30]. Thus, plaintiff' opposition brief is currently due, within eleven days, on May 1, 2006.

The grounds for this motion are that defendants' motion sets forth complex legal and factual contentions requiring more thorough research and analysis than is readily possible within the eleven days permitted by the local court rules.   Moreover, plaintiffs may need to gather additional evidence from other sources to file in response to defendants' opposition.

Defendants, by counsel, W. Mark Nebeker, has kindly informed plaintiffs' counsel that his clients do not contest this motion.

Respectfully submitted,

/s/ Lynn E. Cunningham
Lynn E. Cunningham, Esq.
D.C. Bar No. 221598
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu

Zachary Wolfe, Esq.
D.C. Bar No. 463548
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006
Phone: 202 265 5965
email: zwolfe@peopleslawresourcecenter.org

CERFICATE OF SERVICE

I hereby certify that service of the foregoing PLAINTIFFS' UNCONTESTED MOTION FOR CONTINUANCE OF DEADLINE TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, and a proposed Order has been made through the Court's electronic transmission facilities on this 27th day of April, 2006.

/s/ Lynn E. Cunningham
Lynn E. Cunningham, Esq. (D.C. Bar No. 221598)
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu
Attorney for Plaintiff