UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Paul Bame,<br>Gregory Keltner, and<br>Ivan Welander.<br><br>Plaintiffs,<br>on behalf of themselves and all<br>other similarly situated | )<br>)<br>)<br>)<br>)<br>)<br>) | |
|---|---|---|
| vs. | ) | Civil Action No. 1:05CV01833 (RMC)<br>No scheduled hearings. |
| John F. Clark, et al.<br><br>Defendants | )<br>)<br>) | |

**PLAINTIFFS' UNCONTESTED  MOTION FOR
SECOND CONTINUANCE OF DEADLINE
TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
AND DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A REPLY**

Plaintiffs, by counsel, hereby again move for an extension of time, pursuant to FRCP Rule 6(b), within which to file their reply brief in support of their motion for class certification to, and including, June 2, 2006.   Defendants filed their motion to dismiss on April 19, 2006 [30]. Plaintiffs moved for, and were granted by the Court, an extension of time in which to file their response to defendants' motion. Thus, plaintiff' opposition brief is currently due on May 19, 2006.   Defendants have asked plaintiffs to request that their time to reply to plaintiffs' opposition be extended to June 26, 2006.

The grounds for this second motion are that defendants' motion sets forth complex legal and factual contentions requiring more thorough research and analysis than is readily possible

1

within the time permitted by the local court rules and the prior extension.  Moreover, plaintiffs may need to gather additional evidence from other sources to file in response to defendants' opposition.  Plaintiffs are close to completing their responses, but some additional time is needed to shape into final form.

     Defendants, by counsel, W. Mark Nebeker, has kindly informed plaintiffs' counsel that his clients do not contest this motion.  In addition, defendants request that they be permitted to file their reply to plaintiffs' opposition no later than June 26, 2006.  The basis for defendants' request for additional time is that Mr. Nebeker is scheduled to be in trial in another matter from June 5 until June 19, 2006, which will delay his preparation of the reply.  Plaintiffs have no objection to this additional time for the filing of defendants' reply.

Respectfully submitted,

/s/ Lynn E. Cunningham
Lynn E. Cunningham, Esq.
D.C. Bar No. 221598
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu

Zachary Wolfe, Esq.
D.C. Bar No. 463548
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006
Phone: 202 265 5965
email: zwolfe@peopleslawresourcecenter.org

CERFICATE OF SERVICE
     I hereby certify that service of the foregoing PLAINTIFFS' SECOND UNCONTESTED MOTION FOR CONTINUANCE OF DEADLINE TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, and a proposed Order has been made through the Court's electronic transmission facilities on this 16th day of May, 2006.

2

/s/ Lynn E. Cunningham
Lynn E. Cunningham, Esq. (D.C. Bar No. 221598)
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu
Attorney for Plaintiff