UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Paul Bame,<br>Gregory Keltner, and<br>Ivan Welander.<br><br>Plaintiffs,<br>on behalf of themselves and all<br>other similarly situated | )<br>)<br>)<br>)<br>)<br>)<br>) | |
|---|---|---|
| vs. | ) | Civil Action No. 1:05CV01833 (RMC)<br>No scheduled hearings. |
| John F. Clark, et al.<br><br>Defendants | )<br>)<br>) | |

**ORDER DENYING MOTION TO DISMISS**

Upon consideration of defendants' motion to dismiss or in the alternative for summary judgment [30], and plaintiffs' opposition thereto, and all the premises herein, it is, this _____, day of June, 2006, hereby,

ORDERED THAT that the said motion should be and hereby is denied; and it is

FURTHER ORDERED that plaintiffs' Third and Fourth claims set forth in their Amended Complaint [8] are hereby dismissed; and it is

FURTHER ORDERED that defendants John F. Clark and Steve Conboy, both sued in their official capacities, are hereby dismissed from this action.

Hon. Rosemary M. Collyer
UNITED STATES DISTRICT JUDGE

1

COPIES TO:

ATTORNEYS FOR PLAINTIFFS
Lynn E. Cunningham, Esq.
D.C. Bar No. 221598
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3374
Email: lcunningham@law.gwu.edu

Zachary Wolfe, Esq.
D.C. Bar No. 463548
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006
Phone: 202-265-5965
email: zwolfe@peopleslawresourcecenter.org


ATTORNEYS FOR DEFENDANTS
W. Mark Nebeker
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7230
Mark.nebeker@usdoj.gov