UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Paul Bame, <br> Gregory Keltner, and <br> Ivan Welander. <br><br> Plaintiffs, <br> on behalf of themselves and all <br> other similarly situated | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
|---|---|---|
| vs. | ) | Civil Action No. 1:05CV01833 (RMC) <br> No scheduled hearings. |
| John F. Clark, et al. <br><br> Defendants | ) <br> ) <br> ) | |

**PLAINTIFFS' MOTION TO TAKE DISCOVERY
PURSUANT TO FRCP RULE 56(F) AND STAY CONSIDERATION OF DEFENDANTS'
MOTION TO DISMISS,
AND POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Plaintiffs Paul Bame, et al., by undersigned counsel, hereby move, pursuant to F.R.Civ.P. Rule 56(f)[1], for the entry of an Order staying consideration of defendants' motion to dismiss or in the alternative for summary judgment in order to allow plaintiffs the opportunity to take discovery needed to respond to defendants' motion to dismiss.  Defendants have filed a motion to dismiss this action or in the alternative for summary judgment [30].  Defendants' motion makes a number of factual assertions which are unsupported by evidence or documents in the record, as

---

[1] Rule 56(f) provides as follows:
(f) WHEN AFFIDAVITS ARE UNAVAILABLE. Should it appear from the affidavits of a party opposing the motion that the party cannot for reasons stated present by affidavit facts essential to justify the party's opposition, the court may refuse the application for judgment or may order a continuance to permit affidavits to be obtained or depositions to be taken or discovery to be had or may make such other order as is just.

discussed in detail in plaintiffs' opposition to defendants' motion filed contemporaneously herewith.

Plaintiffs have had no opportunity to take discovery in this case previously. Hence, plaintiffs are not in a position to respond properly or adequately to the factual assertions and implications contained in defendants' motion. This action was filed initially in September, 2005. The parties filed a Meet and Confer Statement on March 15, 2006 [22] and the defendants proposed therein that no discovery commence until their proposed dispositive motion had been filed. The Court has not yet entered a scheduling order in this matter. Plaintiffs opted not to file a discovery request until the filing of the dispositive motion, in anticipation that the Court would likely stay discovery until after adjudication of the dispositive motion. However, now that the dispositive motion - the motion to dismiss - has been filed, plaintiffs are left unable to respond to defendants' factual assertions in that motion without taking limited discovery.

Plaintiffs were unable to secure the information required for their responses to the motion to dismiss outside of the litigation, beyond the material attached as exhibit to the opposition. Defendants were generally reluctant to provide, on an informal basis, the names of the deputy marshals who participated in the strip searches at issue herein, or the detailed information about events surrounding the strip searches. According, formal discovery is required to ascertain this information.

Plaintiffs have prepared discovery requests, attached hereto, which are limited to the factual issues raised by defendants' motion to dismiss.

In support of this motion, plaintiffs submit the attached affirmation by plaintiffs' counsel, Lynn E. Cunningham, the proposed discovery requests, and a proposed ORDER.

## STATEMENT PURSUANT TO LOCAL RULE 7(M)

Plaintiffs counsel has consulted by email several days in advance of the due date of this motion with defendants' counsel to determine whether defendants' will oppose this motion, but has not received a response. Plaintiffs' anticipate that defendants will oppose this motion.

## CONCLUSION

For the reasons set forth herein, defendants' motion to dismiss [30] should be denied outright or stayed pending the resolution of the discovery requests filed by plaintiffs contemporaneously with this Opposition.

Respectfully submitted,

/s/ Lynn E. Cunningham
Lynn E. Cunningham, Esq.
D.C. Bar No. 221598
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu

Zachary Wolfe, Esq.
D.C. Bar No. 463548
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006
Phone: 202 265 5965
email: zwolfe@peopleslawresourcecenter.org

CERTIFICATE OF SERVICE
I hereby certify that service of the foregoing PLAINTIFFS' MOTION TO TAKE DISCOVERY PURSUANT TO RULE 56(f) and a proposed Order has been made through the Court's electronic transmission facilities on this 2d day of June, 2006.

/s/ Lynn E. Cunningham
Lynn E. Cunningham, Esq. (D.C. Bar No. 221598)
Attorney for Plaintiffs