# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Paul Bame,<br>Gregory Keltner, and<br>Ivan Welander.<br><br>Plaintiffs,<br>on behalf of themselves and all<br>other similarly situated | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| vs. | ) | Civil Action No. 1:05CV01833 (RMC)<br>No scheduled hearings. |
| John F. Clark, et al.<br><br>Defendants | )<br>)<br>) | |

## AFFIRMATION OF PLAINTIFFS' COUNSEL
## IN SUPPORT OF MOTION TO TAKE DISCOVERY

Lynn E. Cunningham, Esq., hereby states and affirms as follows:

1.    I am lead counsel for plaintiffs in this action and I make this affirmation in support of

plaintiffs' request for discovery pursuant to F.R.Civ.P. Rule 56(f), and in response to

defendants' motion to dismiss this action or in the alternative for summary judgment

[30].

2.    For the reasons set forth in detail in plaintiffs' opposition to defendants' motion to

dismiss or in the alternative for summary judgment, plaintiffs require discovery in order

to respond properly and fully to the motion.

3.    Several examples discussed in plaintiffs' opposition memorandum should suffice to

demonstrate that the discovery requested is necessary under Rule 56(f).

1

a.    Defendants claim that some class members provided their names, while others did not.  Plaintiffs seek discovery concerning whether any class members who did provide their names escaped being strip searched.  Plaintiffs also seek discovery as to whether the USMS personnel conducting the searches took into consideration the availability of a class members' names in making a determination as to whether to conduct a search.

b.    Defendants claim that the USMS personnel were not acting under color of D.C. law in conducting the strip searches.  Plaintiffs seek copies of all memoranda of understanding between the USMS and D.C. police agencies concerning the handling of D.C. local court prisoners and detainees.

c.    Defendants claim that the plaintiff class members had intent to commit violence and to "shut down the city".  Plaintiffs seek discovery as to bases for this USMS claim.

d.    Defendants claim that the USMS personnel required the names of the plaintiff class members in order to assess the risk of their carrying weapons and contraband.  Plaintiffs seek discovery of USMS personnel ability to make use of the protestors' names in order to conduct criminal background checks, and other data gathering based on the names of protestors.

e.    Defendants' motion hints that there were in fact no weapons or contraband found as a result of the strip searches of the plaintiff class members.  Plaintiffs seek discovery to confirm whether this be true or not.

f.    Defendants have crafted several contentions based apparently on the personal

2

knowledge of the deputy U.S. marshals who conducted the searches or who determined that the searches should be conducted. Plaintiffs seek the identities of these personnel in order to conduct depositions of them to ascertain their level of knowledge and understanding of why they were conducting the searches.

4.      Plaintiffs were unable to secure the information required for their responses to the motion to dismiss outside of the litigation, beyond the material attached as exhibit to the opposition. In spite of plaintiffs' telephone and email requests to defendants during the early stages of the litigation, defendants proved reluctant to provide, on an informal basis, the names of the deputy marshals who participated in the strip searches at issue herein, or the detailed information about events surrounding the strip searches. According, formal discovery is required to ascertain this information.

5.      The information sought is not available on publicly accessible sources, to counsel' knowledge, in spite of an electronic, web-based search for to locate elements of it that might be publicly available.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on June 2, 2006.


                                              /s/Lynn E. Cunningham
                                              Lynn E. Cunningham, Esq.
                                              Attorney for Paul Bame, et al.
                                              D.C. Bar # 221598
                                              P.O. Box 1547
                                              Dubois, Wyoming 82513
                                              Telephone: 307-455-3374
                                              Email: lcunningham@clinic.nlc.gwu.edu

3