UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Paul Bame,<br>Gregory Keltner, and<br>Ivan Welander.<br><br>Plaintiffs,<br>on behalf of themselves and all<br>other similarly situated | )<br>)<br>)<br>)<br>)<br>)<br>) | |
|---|---|---|
| vs. | ) | Civil Action No. 1:05CV01833 (RMC)<br>No scheduled hearings. |
| John F. Clark, et al.<br><br>Defendants | )<br>)<br>) | |

PLAINTIFFS' DISCOVERY REQUESTS
PURSUANT TO RULE 56(f)
TO DEFENDANTS DILLARD AND 15 JOHN DOES

Plaintiffs, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 56(f) respectfully request that defendants answer the following interrogatories and produce the requested documents within thirty days or the time set by the Court.

DEFINITIONS AND INSTRUCTIONS

1. The terms "you" and "your" mean the Defendants Todd Dillard, the 15 John Does, the United States Marshal's Service (USMS) and including all agencies and departments any predecessor or successor entity, and any and all of its agents, representatives, employees, servants, consultants, contractors, subcontractors, investigators, attorneys or their agents, and any and all other persons or entities acting or purporting to act on behalf of, or in concert with the Defendants, including the D.C. Metropolitan Police Department (MPD).

1

2. The term "Strip Searches" shall include all searches involving the removal of the clothing on the persons of the members of the proposed class herein, including named plaintiffs Paul Bame, Ivan Welander, and Gregory Keltner, by any deputy U.S. Marshals or USMS personnel within or near any D.C. Superior Court holding cells, or elsewhere during the days of September 27 and 28, 2002 in the District of Columbia.

3. The term "Protest" shall include all mass civil disobedience and protests conducted in the District of Columbia on September 27, 2002 and on September 28, 2002 in and around the International Monetary Fund headquarters, the World Bank headquarters, and nearby streets.

4. The terms "identify," "identification," and "describe," when used in reference to an individual person means to state the person's:

   a. Full name;

   b. Present or last known business address and telephone number;

   c. Present or last known home address and telephone number;

   d. Social Security Number;

   e. Present and last known title, occupation, employer; and

   f. Relationship, if any, to you (including job titles and dates of service, if the person is a current or former employee or volunteer or contractor of yours).

5. The terms "identify," "identification," and "describe," when used in reference to an entity other than an individual person means to state that entity's:

   a. Present or last known address and telephone number; and

  b. Relationship, if any, to you.

6. The terms "identify," "identification," and "describe," when used in reference to a document means to state:

  a. The type of document (i.e., letter, memorandum, email, video recording, or type of tangible object);

  b. The title or caption of the document, if any;

  c. The date of preparation of the document;

  d. The identification of the author(s) or creator(s);

  e. A brief description of the contents, with sufficient specificity to enable plaintiff or the Court to understand the substance of the document;

  f. A statement of the document's present location; and

  g. The identification of its custodian.

7. The terms "identify," "identification," and "describe," when used in reference to any act, incident, occurrence, occasion, event, meeting, communication, discussion, transaction or any form of conduct, means to state:

  a. The event or events constituting such act or event;

  b. The location;

  c. The date;

  d. Identification of the persons present, participating or involved; and

  e. Where referring to a communication, the substance of any communication, including what was said and by whom.

8. The term "document" or "documents" means all written or graphic matter, tangible items, audio or video recordings, and computer or electronic data (regardless

of on what type of storage medium the data resides) including but not limited to: books, papers, email, databases, voice mail, photographs, video or audio recordings and other electronic recordings, microfilm, correspondence, ledgers, logs, journals, diaries, calendars, minutes, notes, memoranda, reports, interoffice communications, desk pads, canceled checks, invoices, balance sheets, drawing, sketches, analyses, electromagnetic records, other records, tangible objects, or copies or portions thereof.

9. The terms "relating," "regarding," "respecting," and "concerning" each are to be accorded their broadest reasonable definition and are to additionally mean evidencing in any way (legally, logically, or factually) a connection with the matter at issue.

10. The term "communication" or "communications" means any and all communication, inquiry, discussion, conference, conversation, negotiation, agreement, meeting, interview, correspondence, expression, or transmission. The term encompasses all media, methods, and manners of communication, including but not limited to oral; written; through signals, acts or conduct; by computer, telegram or facsimile; or by any other process.

11. The term "person" includes any natural person, all federal, state, county, municipal and other governmental units, agencies or public bodies, as well as any firm, company, corporation, partnership, proprietorship, joint venture, organization, groups of natural persons or other persons or entities separately identifiable whether or not such associations or entities have a separate legal existence in their own right.

12. The words "and," "or" and "and/or" shall be interpreted either

conjunctively or disjunctively, as necessary to maximize inclusion of information otherwise within the scope of the discovery request.

13. The term "any" shall be interpreted to include the word "all" and vice versa.

14. The use of the singular includes the plural and vice versa.

15. The use of the masculine includes the use of the feminine and vice versa.

16. The use of any tense of verb shall be considered to include also within its meaning all of the tenses of the verb.

17. All ranges of date are inclusive.

18. These discovery requests are continuing in character, so as to require you to supplement your responses should you obtain further or different information before trial.

## Interrogatories

1. Please identify all persons, including all employees of the USMS, who were present during the Strip Searches performed on any member of the proposed class at any time on September 27 or 28, 2002, indicating the hours during which each person was present. Your identification should include their positions in the chain of command, roles and responsibilities while present at the Strip Searches.

2. For each person who was present during the Strip Searches, please identify all actions they undertook while present at the premises, regardless of whether or not such action was within the scope of their roles and responsibilities.

3. Please identify and describe, in as much detail as possible, all persons with knowledge concerning whether plaintiff class members were ever placed in confinement with prisoners and detainees other than those persons arrested at the same protest as plaintiff class members.

4. Please identify and describe, in as much detail as possible, any and all plans formulated by the MPD and USMS personnel to house the named plaintiffs and class members with prisoners and detainees other than those persons arrested at the same protest as plaintiff class members.

5. Please state whether USMS personnel used the names provided by plaintiff class members to conduct criminal background checks on plaintiff class members, prior to strip searching them.

6. Please identify and describe all information and knowledge in the possession of the

    USMS personnel concerning each class member prior to and during the Strip Searches and the extent to which that information formed the basis for each of the Strip Searches.

7. Please identify and describe all weapons and contraband found during or as a result of the Strip Searches.

8. Please identify and describe all databases or systematized information sources available to and consulted by USMS personnel before during and after the Strip Searches relating to the background of each class member.

9. Please identify all class members who provided their names to MPD or USMS personnel and who were subjected to one of the Strip Searches.

10. Please identify and describe USMS and MPD personnel who believed or understood that the named plaintiffs, members of the plaintiff class had any intent or plan to "shut down the District of Columbia", or similar expression, and whether and to what extent this information entered into the decisions of USMS personnel to conduct the Strip Searches.

11. Please identify all USMS and MPD personnel having knowledge relating to acts of violence committed during the Protests.

12. Please identify USMS and MPD personnel who made the determination to conduct the Strip Searches.

13. Please identify all the factors relied upon by the USMS personnel to make the

determinations to conduct the Strip Searches.

14. Please state extent of knowledge of USMS personnel concerning the plans of the D.C. Superior Court judicial officers to release the plaintiff class members prior to the end of the day of September 28, 2002.

15. Please identify and describe all policies and practices, whether reduced to writing or not, that relate to reports or other communications that are required or expected in connection with the Strip Searches.

16. Please identify all persons consulted in preparing your response to these discovery requests.

17. If any document otherwise responsive to any Request for Production of Documents was but no longer is in your possession, custody, or control, please identify the document and describe the circumstances surrounding its destruction, loss, or transfer.

**Requests for production of documents**

1. All photographs, videotape, digital images, or similar documents reflecting, or relating to, the Strip Searches.

2. All photographs, videotape, digital images, or similar document reflecting activities at the premises or condition of the premises at any time between October 28 and November 14, 2003.

3. All documents referring or relating to the Strip Searches.

4. All documents referring or relating to any item recovered from the person of a class members as a result of the Strip Searches.

5. All documents reflecting or constituting communications between defendant, the MPD, and any employee of the USMS relating to the Strip Searches.

6. All documents reflecting or constituting communications between or among USMS personnel that relate to the factual allegations set forth in the First Amended Complaint herein, including but not limited to the Strip Searches, the decision to conduct the Strip Searches, the disposition of weapons or contraband recovered as a result of the Strip Searches or that otherwise reference or relate to Plaintiffs, their property, or the premises.

7. All documents relating to, reflecting or constituting investigations or disciplinary proceedings that relate to the Strip Searches.

8. All reports, logs, or other documents reflecting, recounting, or relating to Strip Searches.

9. All documents relating to, reflecting or constituting policies and practices, whether reduced to writing or not, that relate to conducting strip searches of detainees at D.C. Superior Court, including the Strip Searches.

10. All documents relating to, reflecting or constituting policies and practices, whether reduced to writing or not, that relate to care for and disposition of property and items recovered during the Strip Searches.

11. All documents relating to, reflecting or constituting all policies and practices, whether reduced to writing or not, that relate to reports or other communications that are required or expected if any property were recovered during the Strip Searches.

12. All documents containing or relating to any Memorandum of Understanding or similar agreement between the USMS and any District of Columbia agency concerning or affecting the detention of prisoners, arrestees, detainees, protestors in effect for the month of September, 2002.

13. All documents identified in response to any interrogatory.

14. All documents consulted or relied upon in responding to these discovery requests.

15. All documents consulted or relied upon in preparing your Answer to the First Amended Complaint and Defendants' Motion for Dismissal or in the Alternative for Summary Judgment in this matter

Respectfully submitted,

/s/ Lynn E. Cunningham
Lynn E. Cunningham, Esq.
D.C. Bar No. 221598
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu

Zachary Wolfe, Esq.
D.C. Bar No. 463548
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006

Phone: 202 265 5965
email: zwolfe@peopleslawresourcecenter.org