UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BAME, <u>et</u> <u>al.</u>, | ) |
| | ) |
|       Plaintiffs, | ) |
| | ) |
|   v. | )  Civil Action No. 05-1833 RMC |
| | ) |
| JOHN F. CLARK; <u>et</u> <u>al.</u>, | ) |
|   Acting Director, | ) |
|   U.S. Marshals Service, | ) |
| | ) |
|       Defendants. | ) |
| | ) |

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

The named defendants[1] move, pursuant to Fed. R. Civ. P.
6(b)(1), for an enlargement of time to respond to Plaintiffs'
Motion To Take Discovery Pursuant To FRCP Rule 56(f) And Stay
Consideration Of Defendants' Motion To Dismiss in this action up
to and including  June 29, 2006.  Counsel for Plaintiffs, Lynn
Cunningham, Esq., has indicated to agency counsel that plaintiffs
do not oppose an enlargement of time for this purpose.

Undersigned counsel asks for this additional time, because
he has been in trial before the District Court throughout the
week of June 12, 2006, and as a result has not yet had sufficient

---

[1]  The named defendants are:  John F. Clark, Acting
Director, United States Marshals Service ("USMS"); Steve Conboy,
United States Marshal for the Superior Court of the District of
Columbia; and former United States Marshal Todd Dillard, who is
sued in his individual capacity.  Claims against George Walsh
have previously been dismissed by Plaintiffs.  Defendants do not
hereby waive any defense or defenses that may be available to
them pursuant to Fed. R. Civ. P. 12 or otherwise, including
immunity from suit.

time to devote to the needed opposition.  In addition, over the course of the past two weeks, counsel had to complete a lengthy filing involving 15 agencies in another unrelated civil action. These and other matters will not permit the completion of the anticipated filing this week.

WHEREFORE, defendants seek an enlargement of time to file a response to Plaintiffs' Motion To Take For Discovery.

Respectfully submitted,


_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion For An
Enlargement Of Time, And Memorandum In Support Thereof, and a
proposed Order has been made through the Court's electronic
transmission facilities on this 15th day of June, 2006.


_____
W. MARK NEBEKER
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230