```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PAUL BAME, et al.,                    )
                                      )
          Plaintiffs,                 )
                                      )
     v.                               ) Civil Action No. 05-1833 RMC
                                      )
JOHN F. CLARK, et al.,                )
  Acting Director,                    )
  U.S. Marshals Service,              )
                                      )
          Defendants.                 )
_____)
```

ORDER

UPON CONSIDERATION of the defendants' Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2006, hereby;

ORDERED that defendants' motion be and is hereby granted; and it is

FURTHER ORDERED that the time by which the defendants may respond to Plaintiffs' Motion To Take Discovery Pursuant To FRCP Rule 56(f) And Stay Consideration Of Defendants' Motion To Dismiss in this action be and is hereby enlarged up to and including June 29, 2006.

_____
UNITED STATES DISTRICT JUDGE

copies to:

| | |
|---|---|
| W. MARK NEBEKER<br>Assistant U.S. Attorney<br>Civil Division<br>555 4th Street, N.W.<br>Washington, DC  20530 | LYNN CUNNINGHAM, ESQ.<br>P.O. Box 1547<br>Dubois, WY  82513<br><br>ZACHARY WOLFE, ESQ.<br>People's Law Resource Center<br>1725 I St., N.W., Suite 300<br>Washington, DC  20006 |