```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

PAUL BAME, et al.,                    )
                                      )
        Plaintiffs,                   )
                                      )
    v.                                ) Civil Action No. 05-1833 RMC
                                      )
JOHN F. CLARK, et al.,                )
  Acting Director,                    )
  U.S. Marshals Service,              )
                                      )
        Defendants.                   )
_____)
```

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

The named defendants[1] move, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time to reply to Plaintiff's Opposition To Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment and to respond to Plaintiffs' Motion To Take Discovery Pursuant To FRCP Rule 56(f) And Stay Consideration Of Defendants' Motion To Dismiss in this action up to and including July 17, 2006.  Counsel for Plaintiffs, Zachary J. Wolfe, Esq., has indicated that plaintiffs do not oppose the enlargement of time for these purposes.

Undersigned counsel asks for this additional time, because

---

[1] The named defendants are: John F. Clark, Acting Director, United States Marshals Service ("USMS"); Steve Conboy, United States Marshal for the Superior Court of the District of Columbia; and former United States Marshal Todd Dillard, who is sued in his individual capacity.  Claims against George Walsh have previously been dismissed by Plaintiffs.  Defendants do not hereby waive any defense or defenses that may be available to them pursuant to Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

he was in trial before the District Court throughout the week of June 12, 2006, and as a result has not yet had sufficient time to devote to the needed filings in this putative class-action. Agency counsel is assisting with drafting the filings as well, but has not yet had time to complete those drafts.  In addition, undersigned counsel is scheduled to be out of the area on leave for the first week of July.  These and other matters will not permit the completion of the anticipated filing in advance of July 17th.

   WHEREFORE, defendants seek an enlargement of time to reply to Plaintiff's opposition and respond to Plaintiffs' Motion To Take For Discovery.

                              Respectfully submitted,


                              _____
                              KENNETH L. WAINSTEIN, DC Bar #451058
                              United States Attorney


                              _____
                              RUDOLPH CONTRERAS, DC Bar #434122
                              Assistant United States Attorney


                              _____
                              W. MARK NEBEKER, DC Bar #396739
                              Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made through the Court's electronic transmission facilities on this 26th day of June, 2006.

W. MARK NEBEKER
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230