```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

PAUL BAME, et al.,                  )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              ) Civil Action No. 05-1833 RMC
                                    )
JOHN F. CLARK, et al.,              )
  Acting Director,                  )
  U.S. Marshals Service,            )
                                    )
        Defendants.                 )
_____)

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

The named defendants move, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time to reply to Plaintiff's Opposition To Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment and to respond to Plaintiffs' Motion To Take Discovery Pursuant To FRCP Rule 56(f) And Stay Consideration Of Defendants' Motion To Dismiss in this action up to and including July 21, 2006.[1] Counsel for Plaintiffs, Lynn E. Cunningham, Esq., has indicated that plaintiffs do not oppose the enlargement of time for these purposes.

Undersigned counsel asks for this additional time, because

---

[1] The named defendants had earlier asked until July 17, 2006, to complete the filings.  Although counsel's practice is to note such dates on his calendar and believed that he had, he had not.  And, he believed until this afternoon that the needed filings were not due until next week.  Immediately upon learning of this omission, he filed this motion.  Counsel regrets this error, but submits that the mistake was the result of his numerous responsibilities during the past week.  Accordingly, this request is made pursuant to Fed. R. Civ. P. 6(b)(2).

he has not yet had sufficient time to devote to the needed filings in this putative class-action. Agency counsel is assisting with drafting the filings as well, but was delayed in completing those drafts. In addition, undersigned counsel was called upon to respond on an expedited basis to a request in a subpoena matter this week and must also complete at least two other filings this week. These and other matters will not permit the completion of the anticipated filings in advance of July 21st.

   WHEREFORE, defendants seek an enlargement of time to reply to Plaintiff's opposition and respond to Plaintiffs' Motion To Take For Discovery.

                              Respectfully submitted,

                              _____
                              KENNETH L. WAINSTEIN, DC Bar #451058
                              United States Attorney


                              _____
                              RUDOLPH CONTRERAS, DC Bar #434122
                              Assistant United States Attorney


                              _____
                              W. MARK NEBEKER, DC Bar #396739
                              Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made through the Court's electronic transmission facilities on this 18th day of July, 2006.

W. MARK NEBEKER
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230