UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Paul Bame,<br>Gregory Keltner, and<br>Ivan Welander.<br><br>Plaintiffs,<br>on behalf of themselves and all<br>other similarly situated | )<br>)<br>)<br>)<br>)<br>)<br>) | |
|---|---|---|
| vs. | ) | Civil Action No. 1:05CV01833 (RMC)<br>No scheduled hearings. |
| John F. Clark, et al.<br><br>Defendants | )<br>)<br>) | |

**PLAINTIFFS' UNCONTESTED  MOTION FOR  CONTINUANCE 
TO FILE REPLY MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION TO STAY CONSIDERATION OF
MOTION TO DISMISS AND TO TAKE DISCOVERY.**

  Plaintiffs, by counsel, hereby move for an extension of time, pursuant to FRCP Rule 6(b), within which to file their reply brief in support of their motion to stay consideration of defendants' motion to dismiss and take discovery [36] to, and including, August 4, 2006. Plaintiffs' filed their motion on June 2, 2006.  Defendants filed their opposition, contemporaneously with their reply brief in support of their motion to dismiss on July 21, 2006[40 and 41].   Plaintiffs' reply brief is currently due July 26, 2006.

  The grounds for this motion are that defendants' opposition memorandum once again sets forth a number of complex legal and factual contentions requiring more thorough research and analysis than is readily possible within the time permitted by the local court rules.

1

Defendants, by counsel, W. Mark Nebeker, has kindly informed plaintiffs' counsel that his clients do not contest this motion.

Respectfully submitted,

/s/ Lynn E. Cunningham
Lynn E. Cunningham, Esq.
D.C. Bar No. 221598
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu

Zachary Wolfe, Esq.
D.C. Bar No. 463548
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006
Phone: 202 265 5965
email: zwolfe@peopleslawresourcecenter.org

CERFICATE OF SERVICE

I hereby certify that service of the foregoing PLAINTIFFS' UNCONTESTED MOTION FOR CONTINUANCE TO FILE REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO STAY CONSIDERATION OF MOTION TO DISMISS AND TO TAKE DISCOVERY, and a proposed Order has been made through the Court's electronic transmission facilities on this 25th day of July, 2006.

/s/ Lynn E. Cunningham
Lynn E. Cunningham, Esq. (D.C. Bar No. 221598)
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu
Attorney for Plaintiff

2