UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Paul Bame, Gregory Keltner, and Ivan Welander. Plaintiffs, on behalf of themselves and all other similarly situated | ) ) ) ) ) ) ) | |
|---|---|---|
| vs. | ) | Civil Action No. 1:05CV01833 (RMC) No scheduled hearings. |
| John F. Clark, et al. Defendants | ) ) ) | |

**ORDER**

Upon consideration of plaintiffs' uncontested Plaintiffs' Uncontested Motion for Continuance to File Reply Memorandum in Support of Plaintiffs' Motion to Stay Consideration of Motion to Dismiss and to Take Discovery, pursuant to FRCP Rule 6(b), for a continuance of the deadline within which to file their brief in opposition to defendants' motion to dismiss to, and including, August 4, 2006, and defendants' lack of opposition thereto, and defendants' request for an extension of time in which to file their reply to plaintiffs' opposition, and all the premises herein, it is, this _____, day of July, 2006, hereby,

ORDERED THAT the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which the plaintiffs may file their Reply Memorandum in Support of Plaintiffs' Motion to Stay Consideration of Motion to Dismiss and to Take Discovery [36] herein is enlarged up to and including August 4, 2006.

1

                Hon. Rosemary M. Collyer
             UNITED STATES DISTRICT JUDGE

COPIES TO:

ATTORNEYS FOR PLAINTIFFS
Lynn E. Cunningham, Esq.
D.C. Bar No. 221598
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3374
Email: lcunningham@law.gwu.edu

Zachary Wolfe, Esq.
D.C. Bar No. 463548
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006
Phone: 202-265-5965
email: zwolfe@peopleslawresourcecenter.org

ATTORNEYS FOR DEFENDANTS
W. Mark Nebeker
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7230
Mark.nebeker@usdoj.gov