UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PAUL BAME, *et al.* | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 05-1833 (RMC) |
| JOHN F. CLARK, *et al.* | ) | |
| Defendants. | ) | |

### ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that

1. Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment [Dkt. # 30] is **GRANTED IN PART** and **DENIED IN PART**:

   a. Defendants' motion to dismiss the claims against John F. Clark and Steve Conboy (First Am. Compl. Counts 3 and 4) is **GRANTED**;

   b. Defendants' motion to dismiss the claims against Todd Dillard (First Am. Compl. Counts 1 and 2) is **DENIED**;

2. Plaintiffs' Motion to Take Discovery [Dkt. # 35] and Motion Stay Consideration of Motion to Dismiss [Dkt. # 36] are **DENIED**.

**SO ORDERED.**

DATE: December 11, 2006                    /s/
                                           ROSEMARY M. COLLYER
                                           United States District Judge