UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BAME, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1833 RMC |
| ) | |
| JOHN F. CLARK, et al., ) | |
| Acting Director, ) | |
| U.S. Marshals Service, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

NOTICE OF APPEAL

Notice is hereby given this 9th day of January, 2007, that Defendant Todd Dillard, former United States Marshal for the Superior Court of the District of Columbia, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order entered on December 11, 2006, inter alia, denying Defendant Todd Dillard's motion to dismiss, which was based, in part, on the assertion of a qualified immunity defense.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice Of Appeal has been made through the Court's electronic transmission facilities on this 9th day of January, 2007.

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230
Fax: (202) 514-8780