## United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5007**  **September Term, 2006**

05cv01833

Filed On:

Paul Bame, et al.,
    Appellees

    v.

Todd W. Dillard, In his official capacity (Former United States Marshal for the District of Columbia),
    Appellant

John F. Clark, In his official capacity as Acting Director, United States Marshal's Service, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JUN 1 1 2007
CLERK

### ORDER

FILED
JUN 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of appellants' motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the District Court a certified copy of this order in lieu of formal mandate.

FOR THE COURT:
Mark J. Langer, Clerk

BY: *Linda Jones*
Linda Jones
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk