UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Paul Bame, et al.,                              )
                                                )
        Plaintiffs on behalf of themselves )
        and all others similarly situated  )
                                                )
        v.                                      )    Civil Action No. 1:05cv01833(RMC)
                                                )        Status conference set for 8/3/07 2:30 p.m.
Todd Dillard, et al.,                           )
                                                )
        Defendants.                             )
_____ )

PRAECIPE

        The Clerk will please file the attached proposed Order to accompany the PARTIES'

REPORT TO COURT REQUIRED PURSUANT TO L.Cv.R. 16.3(c) and (d). [Docket #48].

The proposed Order was inadvertently omitted by the parties from filing with the Report.

Respectfully submitted,

/sgd/ Lynn E. Cunningham

Lynn E. Cunningham, Ēsq.
D.C. Bar No. 221598
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu
Attorney for Plaintiffs