UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Paul Bame, et al.,                        )
                                          )
    Plaintiffs on behalf of themselves    )
    and all others similarly situated     )
                                          )
        v.                                )  Civil Action No. 1:05cv01833(RMC)
                                          )     Status conference set for 8/3/07 2:30 p.m.
Todd Dillard, et al.,                     )
                                          )
        Defendants.                       )
_____)

**SCHEDULING ORDER
TO ACCOMPANY
PARTIES' REPORT TO COURT
REQUIRED PURSUANT TO L.Cv.R. 16.3(c) and (d)**

Upon consideration of the parties Joint Report pursuant to L.Cv.R. 16.3(c) and (d), it is this       day of July, 2007 hereby ordered as follows:

1. The parties shall make initial disclosures as required by F.R.C.P. 26 no later than August 17, 2007.

2. Any further amendments to the complaint shall be made upon motion under Fed. R. Civ. P. 15. Any such motion shall be filed within 45 days after entry of this scheduling order.

3. Resolution of the case shall be bifurcated into a liability phase and a damages phase. Accordingly, substantive discovery shall also be bifurcated, so that damages discovery would occur, if necessary, after liability is determined by motion or trial.

4. The parties shall complete discovery no later than January 31, 2008.

5. [Plaintiffs propose:] plaintiffs shall comply with the discovery limits set forth in L.Cv.R. 26, provided, however, the plaintiffs' shall have until 10 days following the making of initial disclosures to file with the Court a motion for leave to take more extensive discovery.

6. [Defendants propose:] presumptive discovery limits set forth in L.Cv.R. 26 are imposed at this time, provided, however, the parties may discuss any increase to those presumptive limitations if the need arises.

7.     The parties shall file a stipulated protective order consistent with the Privacy Act, 5 U.S.C. § 552a(b)(11), and law enforcement privileges prior to making initial disclosures.

8.     Any motions for summary judgment shall be filed no later than sixty days following the completion of discovery.

9.     Disclosures by the parties for expert witnesses pursuant to F.R.C.P. Rule 26(a)(2) shall occur as follows: Plaintiffs shall provide any expert reports by October 5, 2007, and Defendants shall provide any expert reports by December 10, 2007.

10.    A status conference will be scheduled 30 days after the Court's final ruling on the parties' dispositive motions, if any are filed.  A pretrial conference, if necessary, will be scheduled at that status conference.

11.    The trial date in this matter will be set at the pretrial conference.


SO ORDERED


Hon. Rosemary M. Collyer,
United States District Judge



Copies to:

Lynn E. Cunningham, Esq.
D.C. Bar No. 221598
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu

Zachary Wolfe, Esq.
D.C. Bar No. 463548
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006
Phone: 202 265 5965
email: zwolfe@peopleslawresourcecenter.org

Attorneys for Plaintiffs

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
 555 4th Street, N.W.
Civil Division
Washington, DC 20530
(202) 514-7230

Attorneys for Defendants