UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAUL BAME, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1833 RMC |
| | ) |
| JOHN F. CLARK, et al., | ) |
| Acting Director, | ) |
| U.S. Marshals Service, | ) |
| | ) |
| Defendants. | ) |

ORDER

UPON CONSIDERATION of the Plaintiffs' Motion To Amend Pursuant To Rule 15, for the reasons set forth in opposition to plaintiffs' motion, and based upon the entire record herein, it is on this _____ day of _____, 2007, hereby

ORDERED that the Plaintiffs' Motion To Amend be and is hereby granted in part and denied in part. Plaintiffs may file a Second Amended Complaint, but may not add the parties or claims not identified in their First Amended complaint and their Second Amended Complaint shall exclude claims that have previously been resolved and that were previously asserted against "John Does."

_____
UNITED STATES DISTRICT JUDGE

copies to:

| | |
|---|---|
| W. MARK NEBEKER<br>Assistant U.S. Attorney<br>Civil Division<br>555 4th Street, N.W.<br>Washington, DC  20530 | LYNN CUNNINGHAM, ESQ.<br>P.O. Box 1547<br>Dubois, WY  82513<br><br>ZACHARY WOLFE, ESQ.<br>People's Law Resource Center<br>1725 I St., N.W., Suite 300<br>Washington, DC  20006 |