UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
PAUL BAME, et al.,            )
                              )
        Plaintiffs,           )
                              )
   v.                         )   Civil Action No. 05-1833 RMC
                              )
JOHN F. CLARK, et al.,        )
  Acting Director,            )
  U.S. Marshals Service,      )
                              )
        Defendants.           )
_____)
```

ERRATA

Defendants hereby advise the Court and plaintiffs of the filing of the attached corrected Memorandum Of Points And Authorities In Opposition To Plaintiffs' Motion To Amend Complaint To Add Parties, filed on October 4, 2007. A formatting error in yesterday's filing made the title of the document difficult to read.

                                              Respectfully submitted,

                                              _____
                                              JEFFREY A. TAYLOR, DC Bar #498610
                                              United States Attorney

                                              _____
                                              RUDOLPH CONTRERAS, DC Bar #434122
                                              Assistant United States Attorney

                                                                         /s/
                                              _____
                                              W. MARK NEBEKER, DC Bar #396739
                                              Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Errata has been made through the Court's electronic transmission facilities on this 5th day of October, 2007.

W. MARK NEBEKER, DC Bar #396739<br>
Assistant United States Attorney<br>
Civil Division<br>
555 4th Street, N.W.<br>
Washington, DC  20530<br>
(202) 514-7230