UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Paul Bame,<br>Gregory Keltner, and<br>Ivan Welander.<br><br>Plaintiffs,<br>on behalf of themselves and all<br>other similarly situated | ) <br>) <br>) <br>) <br>) <br>) <br>) | |
|---|---|---|
| vs. | ) | Civil Action No. 1:05CV01833 (RMC)<br>Status call scheduled for February 7, 2008 at 2:30 p.m.. |
| John F. Clark, et al.<br><br>Defendants | ) <br>) <br>) | |

**PLAINTIFFS' CONSENT  MOTION FOR  CONTINUANCE
IN TIME TO COMPLETE DISCOVERY.**

Plaintiffs, by counsel, hereby move for an extension of time for sixty days, pursuant to FRCP Rule 6(b), within which to complete discovery in this case.  The Court has, in its August 6, 2007 scheduling Order [50], set January 31, 2008 as the date upon which the parties are to complete their discovery in the liability phase of this lawsuit.   The plaintiffs request an extension of sixty days through March 31, 2008.

The grounds for this motion are several.  First, neither side has completed discovery, although both sides have provided initial disclosures and served written discovery requests. The parties would request time to complete responses to some written discovery, and conduct a limited number of depositions. The parties are in cooperative negotiations as to the timing and subjects of these depositions.

Second, two significant motions are outstanding, namely, plaintiffs' motion for class certification [18] filed February 8, 2006, and plaintiffs' motion to name additional defendants [51] filed September 20, 2007.  Briefing of both motions has been completed.  The outcome of

1

these motions may affect the scope of this initial, liability, phase of discovery.

Third, both sides have faced the press of other business, although both sides have been satisfactorily diligent in proceeding with discovery.

Defendants, by counsel, W. Mark Nebeker, have consented to this motion.

Respectfully submitted,

/s/ Lynn E. Cunningham
Lynn E. Cunningham, Esq.
D.C. Bar No. 221598
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu

Zachary Wolfe, Esq.
D.C. Bar No. 463548
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006
Phone: 202 265 5965
email: zwolfe@peopleslawresourcecenter.org

CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Plaintiffs' Consent Motion for Continuance In Time to Complete Discovery, and a proposed Order has been made through the Court's electronic transmission facilities on this 22$^d$ day of January, 2008.

/s/ Lynn E. Cunningham
Lynn E. Cunningham, Esq. (D.C. Bar No. 221598)
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3334/3374
Fax: 307-455-3334
Email: lcunningham@law.gwu.edu
Attorney for Plaintiffs