UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Paul Bame,<br>Gregory Keltner, and<br>Ivan Welander.<br><br>Plaintiffs,<br>on behalf of themselves and all<br>other similarly situated | ) ) ) ) ) ) ) | |
|---|---|---|
| vs. | ) | Civil Action No. 1:05CV01833 (RMC) |
| John F. Clark, et al.<br><br>Defendants | ) ) ) | |

### ORDER

Upon consideration of Plaintiffs' Consent Motion for Continuance In Time to Complete Discovery, pursuant to FRCP Rule 6(b), and defendants' consent, and all the premises herein, it is, this _____, day of January, 2008, hereby,

ORDERED THAT the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which the parties shall complete discovery on the liability phase of this lawsuit shall enlarged up to and including March 31, 2008.

Hon. Rosemary M. Collyer
UNITED STATES DISTRICT JUDGE

COPIES TO:

ATTORNEYS FOR PLAINTIFFS
Lynn E. Cunningham, Esq.
D.C. Bar No. 221598
P.O. Box 1547
Dubois, Wyoming 82513

1

Phone: 307-455-3374
Email: lcunningham@law.gwu.edu

Zachary Wolfe, Esq.
D.C. Bar No. 463548
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006
Phone: 202-265-5965
email: zwolfe@peopleslawresourcecenter.org

ATTORNEYS FOR DEFENDANTS
W. Mark Nebeker
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7230
Mark.nebeker@usdoj.gov