UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Paul Bame, et al    :
                    :
                    :    Civil Action No. 05-1833 RMC
v                   :
                    :
                    :
Todd Dillard.       :
_____;

PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Plaintiffs, Paul Bame, et al, by counsel, hereby move for an extension of time up to and including April 21, 2008 within which to respond to Defendant Todd Dillard's Supplemental Memorandum In Opposition to Plaintiffs' Motion for Class Certification [#58].

Defendant filed his supplemental memorandum on April 8, 2008. Plaintiffs received this Memorandum while on travel out of state and will not be able to prepare a proper response until returning to counsel's office, where various materials necessary for preparing the response are located.

Counsel for defendant has kindly informed plaintiffs' counsel that he consents to this extension of time.

Respectfully submitted,

/s/ Lynn E. Cunningham
Lynn E. Cunningham, Esq.
Counsel for Plaintiffs
D.C. Bar # 221598
306 Westview Drive
Dubois, WY 82513
307-455-3374

Certificate of Service

I hereby certify that a copy of the foregoing was served upon defendant's counsel, Mark Nebeker, through the Court's electronic transmission facilities on this 12th day of April, 2008.

/s/ Lynn E. Cunningham
Counsel for Plaintiffs
306 Westview Drive
Dubois, WY 82513
307-455-3374

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Paul Bame, et al        :
                        :
                        :        Civil Action No. 05-1833 RMC
v                       :
                        :
                        :
Todd Dillard.           :
_____ ;

ORDER

Upon consideration of Plaintiffs' Motion for Extension of Time within which to respond defendant's Supplemental Memorandum in Opposition to Plaintiffs' Motion for Class Certification, and defendant's consent to said motion for extension of time, it is this    day of April, 2008 hereby

ORDERED that said motion for extension of time is granted, and plaintiffs shall have up to and including April 21, 2008 to file their response to said supplemental memorandum.

_____
Rosemary M. Collyer
United States District Judge

Copies to:

Lynn E. Cunningham, Esq.
Counsel for Plaintiffs
D.C. Bar # 221598
306 Westview Drive
Dubois, WY 82513
307-455-3374

Mark Nebeker, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530