```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PAUL BAME, et al.,                  )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              ) Civil Action No. 05-1833 RMC
                                    )
JOHN F. CLARK, et al.,              )
  Acting Director,                  )
  U.S. Marshals Service,            )
                                    )
        Defendants.                 )
_____)
```

FEDERAL DEFENDANTS' INITIAL DISCLOSURES

Federal Defendants, through counsel, the United States Attorney for the District of Columbia, make initial disclosures in the referenced case as required by Fed. R. Civ. P. 26(a)(1) as set forth herein:

   (A)   WITNESSES

In addition to the Plaintiffs, those witnesses identified by the Plaintiffs in discovery and in their initial disclosures, and any expert witnesses that may be identified in this case, the Federal Defendants may present evidence from the following witnesses to support their defenses:

Former U.S. Marshal SCDC, Todd W. Dillard (retired)
Former Chief Deputy U.S. Marshal SCDC, Charles Rowe (retired)
Acting Chief Deputy U.S. Marshal SCDC, Stirling Murray
Acting Assistant Chief Deputy U.S. Marshal SCDC, Gregory Petchel
Supervisory Deputy U.S. Marshal ("SDUSM") SCDC, Ronald E. Bolls,
SDUSM SCDC, Robert Brandt
Deputy U.S. Marshal ("DUSM") SCDC Wesley Brewster
DUSM SCDC Steven Burns
DUSM SCDC William Straw
DUSM SCDC Richard Kelly
DUSM SCDC Jeremey Fischer
DUSM SCDC Brad Coleman
DUSM SCDC Steven Long
DUSM SCDC Daniel Munoz
DUSM SCDC Philip Patterson
DUSM SCDC Michael Oliver

```
Supv. Detention Enforcement Officer ("SDEO") SCDC Robert Byars
SDEO SCDC Howard Williams
Inspector ISD Barry Surles
Inspector JSD Darrell White
DUSM WD/VA Stephen Hayes
DUSM ED/TX Andrew Leach
DUSM ED/VA Mark Rouch
DUSM WD/AR Lyle Brown
DUSM D/MD David Ablondi
DUSM D/UT Robert Arnes
DUSM SD/TX Cory Britt
DUSM MD/FL Penelope Knox
DUSM D/CO Lloyd Clark
DUSM MD/FL David Moore
DUSM D/MD Sterling Johnson
DUSM D/VI Jeffrey Folley
DUSM D/VT Max  Galusha
DUSM WD/TX Daniel Galvan
DUSM D/MD Thomas McDaniel
DUSM SD/TX Shawn McMahon
DUSM ISD Lawrence Moltzan
```

　　　The place of business for all of the above-named Superior Court District of Columbia personnel is: United States Marshals Service, District of Columbia Superior Court, 500 Indiana Avenue N.W., Washington, DC  20530.  The business telephone number for all Supervisory Deputy United States Marshals, and Chiefs, is (202) 616-8500.  The business telephone number for all Detention Enforcement Officers is (202) 616-8590.  All other persons may be contacted through William E. Bordley, Associate General Counsel, Office of General Counsel U.S. Marshals Service, Washington, DC 20530.  The Telephone number is (202) 307-9054.

　　　Each witness is expected to testify as to his or her understanding of U.S. Marshals Service Policy and practices in the Superior Court Cellblock and any changes therein over time.  Each witness may also offer evidence of the need for thorough searches of the prisoners in that cell block, including anecdotal evidence of items seized from prisoners.  The witnesses may also testify as to the nature of the searches of Plaintiffs as well as other arrestees, and the bases for believing that the searches were appropriate under the circumstances.

(B)  DOCUMENTS AND TANGIBLE THINGS

Federal Defendants may use the following documents in support of their defenses in this case:

United States Marshals Service Policy Directive 99-25, Body Searches;

United States Marshals Service Forms 210, Incident Reports: searches and contraband seized

United States Marshals Service, Operations and Security Plan, Operation Safe Courts IV September 27-October 4, 2002 Superior Court Washington, District of Columbia

Items seized from Prisoners by the U.S. Marshals Service in the Superior Court and/or photographs of the items

Lock Up lists showing the people arrested on the relevant date

Criminal history records on the Plaintiffs and their fellow arrestees if any demonstrate prior criminal charges

Copies of judicial opinions relied upon in support of Federal Defendants' dispositive motion filed in this case

Copies of the exhibits cited by Federal Defendants in support of Federal Defendants' dispositive motion filed in this case

Reports of any unlawful conduct, or planned unlawful conduct, by demonstrators at the September/October 2002 IMF demonstration.

                                  Respectfully submitted,

                                  _____
                                  JEFFREY A. TAYLOR, DC Bar #498610
                                  United States Attorney

                                  _____
                                  RUDOLPH CONTRERAS, DC Bar #434122
                                  Assistant United States Attorney

                                  _____
                                  W. MARK NEBEKER, DC Bar #396739
                                  Assistant United States Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that service of the foregoing Federal Defendants' Initial Disclosures has been made by mailing and e-mailing copies thereof to:

LYNN CUNNINGHAM, ESQ.
P.O. Box 1547
Dubois, WY  82513
(307) 455-3334/3374
lcunningham@law.gwu.edu

ZACHARY J. WOLFE
People's Law Resource Center
1725 I Street, NW
Suite 300
Washington, DC 20006
(202) 265-5965
zwolfe@PeoplesLawResourceCenter.org

on this 17th day of August, 2007.

                    W. MARK NEBEKER, DC Bar #396739
                    Assistant United States Attorney
                    Civil Division
                    555 Fourth Street, N.W.
                    Washington, DC  20530
                    (202) 514-7230