UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BAME, *et al.*,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>TODD WALTHER DILLARD,  )<br>  )<br>    Defendant.  )<br>  ) | Civil Action No. 05-1833 (RMC) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' Motion for Class Certification [Dkt. # 18] is **GRANTED**; and it is

**FURTHER ORDERED** that the Court adopts the following definition for the class:

> All men who were: (1) arrested on September 27, 2002 by the D.C. Police officials during a series of mass protests in downtown Washington, D.C.; (2) remanded by D.C. Police, following their arrests, into the custody of the U.S. Marshal[] for the District of Columbia prior to being released; and (3) subjected by deputy U.S. Marshals to a strip, visual, body cavity search without any particularized or individualized reasonable suspicion that he was concealing drugs, weapons or other contraband; (4) excluding, however, all men arrested within the confines of Pershing Park on September 27, 2002.

It is **FURTHER ORDERED** that the class above be maintained as a class action pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure; and it is

**FURTHER ORDERED** that Paul Bame, Ivan Welander, Greg Keltner, Nicholas Church, and John Joel Duncan are hereby certified as the named representatives of the class; and it is

**FURTHER ORDERED** that Lynn E. Cunningham and Zachary Wolfe shall serve as class counsel in this action.

**SO ORDERED**.

Dated: May 22, 2008                             /s/
                                      ROSEMARY M. COLLYER
                                      United States District Judge