UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BAME, et al., )<br>)<br>    Plaintiffs, )<br>)<br>  v. )<br>)<br>JOHN F. CLARK, et al., )<br>  Acting Director, )<br>  U.S. Marshals Service, )<br>)<br>    Defendants. )<br>_____) | Civil Action No. 05-1833 RMC |

## ORDER

UPON CONSIDERATION of the Defendant's Motion To Amend Answer, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this \_\_\_\_\_ day of _____, 2008, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the Amended Answer To Plaintiffs' Second Amended Class Action Complaint For Compensatory And Punitive Damages be and is hereby accepted for filing.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER  
Assistant U.S. Attorney  
Civil Division  
555 4th Street, N.W.  
Washington, DC  20530

LYNN CUNNINGHAM, ESQ.  
P.O. Box 1547  
Dubois, WY  82513

ZACHARY WOLFE, ESQ.  
People's Law Resource Center  
1725 I St., N.W., Suite 300  
Washington, DC  20006