UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Paul Bame, et al., | ) | |
|---|---|---|
| Plaintiffs, on behalf of themselves and all other similarly situated | ) ) ) ) ) ) | |
| vs. | ) | Civil Action No. 1:05CV01833 (RMC) No scheduled hearings. |
| John F. Clark, et al. Defendants | ) ) | |

## ORDER

Upon consideration of defendant's motion, pursuant to FRCP Rule 15, to amend his answer, and plaintiffs' responses thereto, and all the premises herein, it is, this _____, day of _____, 2008, hereby,

ORDERED THAT that the said motion should be and hereby is denied.

Hon. Rosemary M. Collyer
UNITED STATES DISTRICT JUDGE

COPIES TO:

1

ATTORNEYS FOR PLAINTIFFS
Lynn E. Cunningham, Esq.
D.C. Bar No. 221598
P.O. Box 1547
Dubois, Wyoming 82513
Phone: 307-455-3374
Email: lcunningham@law.gwu.edu

Zachary Wolfe, Esq.
D.C. Bar No. 463548
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006
Phone: 202-265-5965
email: zwolfe@peopleslawresourcecenter.org


ATTORNEYS FOR DEFENDANTS
W. Mark Nebeker
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7230
Mark.nebeker@usdoj.gov