UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL BAME, et al.,                    )
                                      )
        Plaintiffs,                   )
                                      )
    v.                                ) Civil Action No. 05-1833 RMC
                                      )
JOHN F. CLARK, et al.,                )
  Acting Director,                    )
  U.S. Marshals Service,              )
                                      )
        Defendants.                   )
_____)

JOINT MOTION TO PERMIT CERTAIN DEPOSITIONS AFTER THE CLOSE
OF THE DISCOVERY PERIOD, AND MEMORANDUM IN SUPPORT THEREOF

The parties in the above action hereby move, pursuant to
Fed. R. Civ. P. 6(b), for an enlargement of time to complete
certain depositions in this action.  Specifically, the Court has
provisionally certified a class in this matter which for relevant
purposes includes men arrested on September 27, 2002 "excluding,
however, all men arrested within the confines of Pershing Park. .
." See Docket No. 64.  Those Pershing Park arrestees were the
subject of separate litigation.  See Second Amended Complaint, ¶
27.  Similarly, Defendant has sought to include as a defense a
settlement of an earlier class action involving the District of
Columbia.  Relevant to both of these issues would be the
identities of the arrestees at Pershing Park[1] and potentially the

_____

    [1]  Plaintiffs presented a list of protestors arrested at the
September 2002 demonstration when they filed their motion for
class certification.  See IMF Protestor Lock Up List. The
identities of those arrested at Pershing Park would assist in
identifying people on the IMF Protestor Lock Up List who are not
considered to be class members in Bame.

identities of those identified as covered in the <u>Diamond</u> settlement.[2]

The Assistant United States Attorney assigned primary responsibility in this matter has conferred with a representative of the District of Columbia in an effort to identify the arrestees, but was not able to secure a needed declaration by this date, as the District of Columbia employee was on leave. The parties therefore propose that the Court permit a document subpoena or, if necessary, a deposition of a District of Columbia designee, in order to ascertain the identities of men arrested by the Metropolitan Police Department during the September 2002 International Monetary Fund demonstration and the subsets of those individuals who were arrested at Pershing Park and who were class members in <u>Diamond v. District of Columbia</u>, Civil Action No. 03-2005 EGS (D.D.C.).

Undersigned counsel do not believe that the issues necessarily need to be addressed before resolution any dispositive motions that may be filed herein, and will continue in their efforts to secure the needed information without the need for issuance of a subpoena.  But, should more formal discovery be necessary, the parties wish to secure the Court's

---

[2]  <u>See</u> <u>Diamond v. District of Columbia</u>, Civil Action No. 03-2005 EGS (D.D.C.).

permission[3] for this limited additional discovery.

WHEREFORE, the parties jointly ask that the Court enter the accompanying proposed order.

Respectfully submitted,

| | |
|---|---|
| LYNN E. CUNNINGHAM, ESQ. | JEFFREY A. TAYLOR, DC Bar #498610 |
| DC Bar #221598 | United States Attorney |
| P.O. Box 1547 | |
| Dubois, Wyoming 82513 | |
| (307) 455-3334/3374 | |
| | RUDOLPH CONTRERAS, DC Bar #434122 |
| | Assistant United States Attorney |
| | /s/ |
| | W. MARK NEBEKER, DC Bar #396739 |
| | Assistant United States Attorney |

---

[3] The Federal Rules of Civil Procedure would seem to permit the taking of the depositions merely by stipulation of the parties, and the parties do so stipulate. See Fed. R. Civ. P. 29. Counsel, however, wish to keep the Court fully informed of the status of the matter.

-3-

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Joint Motion To Permit Certain Depositions After The Close Of The Discovery Period, And Memorandum In Support Thereof, and a proposed Order has been made through the Court's electronic transmission facilities on this 30th day of June, 2008.

_____ /s/
W. MARK NEBEKER
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230