```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PAUL BAME, et al.,                  )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )  Civil Action No. 05-1833 RMC
                                    )
JOHN F. CLARK, et al.,              )
  Acting Director,                  )
  U.S. Marshals Service,            )
                                    )
        Defendants.                 )
_____)
```

ORDER

UPON CONSIDERATION of the Joint Motion To Permit Certain Depositions After The Close Of The Discovery Period, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2008, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the parties may issue subpoenas and/or deposition notices as necessary to ascertain the identities of men arrested by the Metropolitan Police Department during the September 2002 International Monetary Fund demonstration and the subsets of those individuals who were arrested at Pershing Park and who were class members in Diamond v. District of Columbia, Civil Action No. 03-2005 EGS (D.D.C.).

```
                            _____
                            UNITED STATES DISTRICT JUDGE
```

copies to:

W. MARK NEBEKER  
Assistant U.S. Attorney  
Civil Division  
555 4th Street, N.W.  
Washington, DC  20530

LYNN CUNNINGHAM, ESQ.  
P.O. Box 1547  
Dubois, WY  82513

ZACHARY WOLFE, ESQ.  
People's Law Resource Center  
1725 I St., N.W., Suite 300  
Washington, DC  200067