UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BAME, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-1833 (RMC) |
| TODD W. DILLARD, | ) |
| Defendant. | ) |

ORDER

In accordance with the Mandate in this case issued by the United States Court of Appeals for the District of Columbia Circuit on July 11, 2011 and its underlying Opinion and Judgment dated March 25, 2011, it is hereby

**ORDERED** that summary judgment is **GRANTED** in favor of Defendant.


Date:   December 28, 2011                              /s/
                                                  ROSEMARY M. COLLYER
                                                  United States District Judge